RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
WESLEY E. OVERSON (CA SBN 154737)
WOverson@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant and Cross-Complainant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA BERRY CULTIVARS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation,<br><br>        Defendant.| Case No.<br><br>**PROOF OF SERVICE** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation,<br><br>        Cross-Complainant,<br><br>   v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC, DOUGLAS SHAW, and KIRK LARSON,<br><br>        Cross-Defendants. | |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years. |
| 3 | |
| 4 | I further declare that on the date hereof, I served a copy of: |
| 5 | **CIVIL CASE COVER SHEET** |
| 6 | **DEFENDANT AND CROSS-COMPLAINANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1454 AND EXHIBITS** |
| 7 | |
| 8 | ☒ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices. |
| 9 | |
| 10 | |
| 11 | |
| 12 | I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection. |
| 13 | |
| 14 | |
| 15 | |
| 16 | ☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b). |
| 17 | |
| 18 | |

| RECIPIENT | METHOD |
|---|---|
| Rick L. McKnight<br>Alexis Adian Smith<br>JONES DAY<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071-2300<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539<br>Email: fmcknight@jonesday.com<br>Email: asmith@jonesday.com<br><br>*Attorneys for Plaintiff,*<br>*California Berry Cultivars, LLC* | _____ Facsimile<br>_____ U.S. Mail<br>__X__ Overnight<br>_____ Personal<br>__X__ Electronic |

| RECIPIENT | METHOD |
|---|---|
| Gregory L. Lippetz<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br>Email: glippetz@jonesday.com<br><br>*Attorneys for Plaintiff,*<br>*California Berry Cultivars, LLC* | _____ Facsimile<br>_____ U.S. Mail<br>__X__ Overnight<br>_____ Personal<br>__X__ Electronic |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, this 6th day of May, 2016.

| Gina L. Gerrish | *[signature]* |
|---|---|
| (typed) | (signature) |