UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA BERRY CULTIVARS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　　　Defendant. | Case No. 16-cv-02477-VC<br><br>**ORDER REQUESTING FURTHER BRIEFING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER AND SETTING HEARING**<br><br>Re: Dkt. No. 19 |

　　The plaintiff, California Berry Cultivars, LLC, is directed to file a supplemental letter brief, not to exceed five pages, by 5 p.m. on Wednesday, May 11, 2016, addressing the following question: if CBC really needs the germplasm by May 15, 2016, shouldn't it have sued and filed a motion for a preliminary injunction in March (or earlier), as opposed to waiting until May 2 to seek a temporary restraining order?

　　A hearing on the application for a temporary restraining order will take place on Thursday, May 12, 2016, at 2pm.

　　**IT IS SO ORDERED.**

Dated: May 10, 2016

_____
VINCE CHHABRIA
United States District Judge