# EXHIBIT A



# UNIVERSITY OF CALIFORNIA, DAVIS

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO • SANTA BARBARA • SANTA CRUZ

College of Agricultural and Environmental Sciences
Office of the Dean
150 Mrak Hall
One Shields Avenue
Davis, CA  95616
(530) 752-1605

March 26, 2014

**CHRIS VAN KESSEL**
Plant Sciences

Dear Chris,

I am following up on your request dated December 20, 2013 to Interim Dean Mary Delany requesting "Release of the 180 germplasm lines as tangible research property (TRP)".

This request was initiated by Dr. Kirk Larson and Prof Doug Shaw, reviewed and recommended by the Plant Sciences Cultivar Release Committee (Doug Shaw was recused from the discussion and Ted DeJong served as acting chair) and there was discussion with Innovation Access personnel.

At this juncture, the CA&ES does not approve this request as it does not provide adequate protection of this valuable UC intellectual property and, once licensed as TRP, control of the TRP will be effectively, i.e., functionally non-existent.  Further, such loss of control of TRP will not benefit the public interest including the California strawberry industry.  As has been discussed our intention is to continue the public breeding program incorporating the disciplines of genetics and genomics with breeding.  Plant patents provide the best possible protection of UC plant intellectual property and we are considering such options.

Regards,

Helene R. Dillard
Dean

cc:  Jacob Appelsmith
     Ted DeJong
     Mary Delany
     Harris Lewin
     David McGee
     Dushyant Pathak