| | |
|---|---|
| Rick L. McKnight (State Bar No. 55183)<br>fmcknight@jonesday.com<br>Alexis Adian Smith (State Bar No. 274429)<br>asmith@jonesday.com<br>JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071.2300<br>Telephone:   +1.213.489.3939<br>Facsimile:    +1.213.243.2539<br><br>Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone:   +1.650.739.3939<br>Facsimile:    +1.650.739.3900<br><br>Attorneys for Plaintiff and Cross-Defendant,<br>California Berry Cultivars, LLC | Rachel Krevans (State Bar No. 116421)<br>rkrevans@mofo.com<br>Wesley E. Overson (State Bar No. 154737)<br>woverson@mofo.com<br>Matthew A. Chivvis (State Bar No. 251325)<br>mchivvis@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Defendant and Cross-Complainant, The Regents of the University of California |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA BERRY CULTIVARS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　　Defendant.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　　Cross-Complainant,<br><br>　　v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC, DOUGLAS SHAW, AND KIRK LARSON,<br><br>　　　　　Cross-Defendants. | **Case No. 3:16-CV-02477-VC**<br><br>**STIPULATION REGARDING CASE SCHEDULE FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to the Court's instruction at the initial case management conference held on June 7, 2016, and the corresponding Minute Entry dated June 8, 2016 (ECF No. 40), California Berry Cultivars, LLC and The Regents of the University of California jointly stipulate to the following proposed schedule:

| Event | Parties' Joint Proposal |
| --- | --- |
| **Deadline to File Amended Cross-Complaint (without leave)** | June 21, 2016 |
| **Deadline to Respond to Cross-Complaint, if no Amended Cross-Complaint filed** | June 28, 2016 |
| **Deadline to Respond to Amended Cross-Complaint, if Amended Cross-Complaint filed** | July 12, 2016 |
| **Fact Discovery Cutoff** | November 18, 2016 |
| **Last Day for Party with Burden of Proof on an Issue to Serve Opening Expert Reports** | December 9, 2016 |
| **Last Day to Serve Rebuttal Expert Reports** | January 10, 2017 |
| **Expert Discovery Cutoff** | January 26, 2017 |
| **Last Day to File Dispositive Motions or Preliminary Injunction Motions** | February 2, 2017 |
| **Last Day for Hearing on Dispositive Motions and Preliminary Injunction Motions** | March 9, 2017 |
| **Pretrial Conference** | May 1, 2017 |
| **Trial** | May 15, 2017 |

| | |
|---|---|
| Dated: June 14, 2016 | JONES DAY |
| | By: /s/ Alexis A. Smith |
| |     Alexis A. Smith |
| | Attorneys for Plaintiff and Cross-Defendant<br>CALIFORNIA BERRY CULTIVARS, LLC |
| Dated: June 14, 2016 | MORRISON & FOERSTER LLP |
| | By: /s/ Matthew A. Chivvis |
| |     Matthew A. Chivvis |
| | Attorneys for Defendant and Cross-Complainant<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |

    Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all other signatories listed and on whose behalf this filing is submitted.

| | |
|---|---|
| Dated:  June 14, 2016 | |
| | JONES DAY |
| | By: /s/ Alexis A. Smith |
| |     Alexis A. Smith |
| | Attorneys for Plaintiff and Cross-Defendant<br>CALIFORNIA BERRY CULTIVARS, LLC |