# EXHIBIT E

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4
5     ----------------------------------
      CALIFORNIA BERRY CULTIVARS, LLC, )
6                                      )
                 Plaintiff,            )    Case No.
7           vs.                        )
                                       ) 3:16-cv-02477-VC
8     THE REGENTS OF THE UNIVERSITY OF )
      CALIFORNIA, a corporation,       )
9                                      )
                 Defendant.            )
10    ----------------------------------
      THE REGENTS OF THE UNIVERSITY OF )
11    CALIFORNIA, a corporation,       )
                                       )
12               Cross-Complainant,    )
            vs.                        )
13                                     )
      CALIFORNIA BERRY CULTIVARS, LLC, )
14    DOUGLAS SHAW, and KIRK LARSON,   )
                                       )
15               Cross-Defendants.     )
      ----------------------------------
16
17         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18      VIDEO-RECORDED DEPOSITION OF KIRK DAVID LARSON, Ph.D.
19                     Irvine, California
20                 Tuesday, January 3, 2017
21                        Volume I
22    Reported by:
23    Gail E. Kennamer, CSR 4583, CCRR
24    Job No. 2511067
25    Pages 1 - 147
```

Page 1

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO DIVISION
 4
 5     ----------------------------------
       CALIFORNIA BERRY CULTIVARS, LLC,  )
 6                                       )
                 Plaintiff,              )   Case No.
 7          vs.                          )
                                         ) 3:16-cv-02477-VC
 8     THE REGENTS OF THE UNIVERSITY OF  )
       CALIFORNIA, a corporation,        )
 9                                       )
                 Defendant.              )
10     ----------------------------------
       THE REGENTS OF THE UNIVERSITY OF  )
11     CALIFORNIA, a corporation,        )
                                         )
12               Cross-Complainant,      )
            vs.                          )
13                                       )
       CALIFORNIA BERRY CULTIVARS, LLC,  )
14     DOUGLAS SHAW, and KIRK LARSON,    )
                                         )
15               Cross-Defendants.       )
       ----------------------------------
16
17          Video-Recorded Deposition of Kirk David Larson,
18     Ph.D., Volume I, taken on behalf of Defendant at 3161
19     Michelson Drive, 8th Floor, Irvine, California, beginning
20     at 10:17 a.m., and ending at 2:59 p.m., Tuesday,
21     January 3, 2017, before Gail E. Kennamer, CSR 4583, CCRR.
22
23
24
25
```

Page 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   APPEARANCES:
 2
 3   For Plaintiff and Cross-Defendants:
 4
 5        JONES DAY
 6        BY: SHARYL A. REISMAN, ESQ.
 7        250 Vesey Street
 8        New York, New York 10281-1047
 9        212.326.3939
10        sareisman@jonesday.com
11
12
13   For Defendant and Cross-Complainant:
14
15        MORRISON FOERSTER
16        BY: JACOB P. EWERDT, ESQ.
17        425 Market Street
18        San Francisco, California 94105-2482
19        415.268.6438
20        jewerdt@mofo.com
21
22
23   ALSO PRESENT:
24        Joann Yager, Videographer
25
```

Page 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                        INDEX

 2   WITNESS                                EXAMINATION

 3   KIRK DAVID LARSON, Ph.D.
     Volume I
 4

 5                       BY MR. EWERDT            10

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                              Page 4
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            Irvine, California; Tuesday, January 3, 2017

 2                          10:17 a.m.

 3

 4

 5            VIDEO OPERATOR:  Good morning.  We are on the     10:17

 6      record at 10:17 a.m. on January 3rd, 2017.  My name is

 7      Joann Yager, here with our court reporter, Gail Kennamer.

 8      We are here from Veritext Legal Solutions at the request

 9      of counsel for defendant.

10            This deposition is being held at 3161 Michelson Drive  10:17

11      in the city of Irvine, California.  Case caption,

12      California Berry Cultivars, LLC versus the Regents of the

13      University of California.  Case Number 3:16-cv-02477-VC.

14            Please note that audio and video recording will take

15      place unless all parties agree to go off the record.      10:18

16      Microphones are sensitive and may pick up whispers,

17      private conversations, and cellular interference.

18            I am not authorized to administer an oath.  I am not

19      related to any party in this action, nor am I financially

20      interested in the outcome in any way.                     10:18

21            If there are any objections to proceeding, please

22      state them at the time of your appearance.

23            May we please have introductions beginning with the

24      witness.

25            Your name, sir.                                     10:18
```

Page 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | THE WITNESS:  Kirk David Larson. | 10:18 |
| 2 | MS. REISMAN:  Sharyl Reisman, Jones Day on | |
| 3 | behalf of CBC, Kirk Larson, and Doug Shaw. | |
| 4 | MR. EWERDT:  Jake Ewerdt with | |
| 5 | Morrison & Foerster on behalf of the Regents of the | 10:18 |
| 6 | University of California. | |
| 7 | VIDEO OPERATOR:  The witness may be sworn in. | |
| 8 | | |
| 9 | KIRK DAVID LARSON, Ph.D. | |
| 10 | a witness herein, having been administered an oath, was | |
| 11 | examined, and testified as follows: | |
| 12 | | |
| 13 | -EXAMINATION- | |
| 14 | | |
| 15 | BY MR. EWERDT: | 10:19 |
| 16 | Q.   Good morning, Dr. Larson. | |
| 17 | A.   Hello. | |
| 18 | Q.   Please state your full name for the record and | |
| 19 | spell it. | |
| 20 | A.   Kirk David Larson.  K-i-r-k.  David, D-a-v-i-d. | 10:19 |
| 21 | L-a-r-s-o-n. | |
| 22 | Q.   Where do you live, Mr. Larson? | |
| 23 | A.   12695 Barrett Lane, Santa Ana, California 92705. | |
| 24 | Q.   Have you had your deposition taken before? | |
| 25 | A.   Never. | 10:19 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A. Sure. | 10:23 |
| 2 | Q. You retired from the University of California in | |
| 3 | November of 2014; right? | |
| 4 | A. 2014, I think there's more details there maybe. | |
| 5 | Q. What details are you looking for? | 10:24 |
| 6 | A. Just clearing up the possible -- Well, I guess | |
| 7 | I'll leave it at that. | |
| 8 | Q. Would it be helpful if I asked if you retired | |
| 9 | from the University of California on November 7th, 2014? | |
| 10 | A. That would be nice. | 10:24 |
| 11 | Q. Okay. | |
| 12 | A. Yeah. | |
| 13 | Q. Is that your recollection that you retired from | |
| 14 | the University of California on November 7, 2014? | |
| 15 | A. Yes. | 10:24 |
| 16 | Q. And you were employed by the University of | |
| 17 | California for 23 years when you retired? | |
| 18 | A. No. | |
| 19 | Q. How long were you employed with the university | |
| 20 | when you retired? | 10:24 |
| 21 | A. I started July 1st -- July 1st, 1991. | |
| 22 | And I left the university -- Let me think now. Let | |
| 23 | me think. | |
| 24 | Q. Was it November 7, 2014 that you left the | |
| 25 | university? | 10:25 |

Page 15

| | | |
|---|---|---|
| 1 | A.  Seven.  2014.  7.  7th of -- um. | 10:25 |
| 2 | MS. REISMAN:  Dr. Larson, when you can't | |
| 3 | remember, you can just say, "I don't remember." | |
| 4 | THE WITNESS:  Yeah, I don't remember right now. | |
| 5 | BY MR. EWERDT: | 10:26 |
| 6 | Q.  Did you leave the -- retired from the University | |
| 7 | of California at the same time as Dr. Shaw? | |
| 8 | MS. REISMAN:  Objection.  Foundation.  I | |
| 9 | don't -- If you know, that's fine.  If you don't know | |
| 10 | exactly when, that's fine too. | 10:26 |
| 11 | THE WITNESS:  It should be 2014.  Seventh of -- | |
| 12 | 7.  Gee, just working on it all this time. | |
| 13 | MS. REISMAN:  Dr. Larson, it's just fine.  You | |
| 14 | can just say, "I don't recall."  That's just fine. | |
| 15 | THE WITNESS:  Okay. | 10:26 |
| 16 | MS. REISMAN:  You don't know.  You don't recall. | |
| 17 | BY MR. EWERDT: | |
| 18 | Q.  When you were employed at the university, you | |
| 19 | worked for the University of California strawberry | |
| 20 | breeding program; correct? | 10:26 |
| 21 | A.  Yes. | |
| 22 | Q.  You worked at the South Coast Research and | |
| 23 | Extension Center; correct? | |
| 24 | A.  Yeah. | |
| 25 | Q.  And that was in Irvine, California? | 10:26 |

Page 16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | related to the University of California? | 10:35 |
| 2 |     MS. REISMAN:  Objection.  Form.  Vague. | |
| 3 |     THE WITNESS:  I -- I'm not quite getting -- | |
| 4 | Okay.  I heard -- No one told me.  Somebody said, "Well, | |
| 5 | there is a person in -- I don't know -- Vermont or | 10:36 |
| 6 | Massachusetts.  They had -- they had, you know -- you | |
| 7 | know, if you are an apple person, you know, and you try | |
| 8 | and be an apple person, well, you know, we try to be a | |
| 9 | strawberry people, you know.  So when people come in and | |
| 10 | they don't know strawberries, it's going to take them a | 10:36 |
| 11 | long, long, long, long time to understand what strawberry | |
| 12 | culture is in California, and it's really very | |
| 13 | complicated.  I'll just tell you that, you know.  And | |
| 14 | there's about maybe five or six people in the world maybe | |
| 15 | have that kind of knowledge.  I'm not one of them, but I'm | 10:36 |
| 16 | kind of close to them, but not, you know -- | |
| 17 |     MS. REISMAN:  Dr. Larson, we can -- We'll let | |
| 18 | Mr. Ewerdt ask some more questions so then you can answer | |
| 19 | those -- | |
| 20 |     THE WITNESS:  Great. | 10:37 |
| 21 |     MS. REISMAN:  -- questions. | |
| 22 |     THE WITNESS:  Okay. | |
| 23 |     MS. REISMAN:  Thank you. | |
| 24 |   BY MR. EWERDT: | |
| 25 |     Q.   You told me earlier you started at the | 10:37 |

```
 1   University of California on July 1st, 1991.               10:37
 2        Do you remember that?
 3        A.    Yes.
 4        Q.    How much strawberry experience did you have when
 5   you started at the University of California?              10:37
 6        A.    I had very little.
 7        Q.    How long did it take you to get the type of
 8   experience you're now talking about for the California
 9   strawberry experience?
10             MS. REISMAN:  Objection to form.                10:37
11             THE WITNESS:  Well, I'll tell you this.  You
12   know a person named Doug Shaw?
13     BY MR. EWERDT:
14        Q.    I do, yes.
15        A.    Okay.  During about ten years, Doug Shaw really  10:37
16   came out, brilliant, a brilliant man.  Somebody that I
17   would really admire quite a lot, and there's very few
18   people like that.  I'm not one of those people.  So I'm
19   getting close there, you know, and so I don't know.  So 14
20   years or something like that, 15 years, 14 years.  And    10:38
21   then -- and then I was out of the university.  I think
22   that was the trail.
23        Q.    When you were at the university, did you receive
24   checks from the university for your salary?
25        A.    Checks?  I had a salary, yes.                  10:38
```

Page 25