# Exhibit 11

Highly Confidential - Attorneys' Eyes Only
Mary Delany - December 9, 2016

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4    _____
      CALIFORNIA BERRY CULTIVARS,    )
 5    LLC,                           )
                                     )
 6         Plaintiffs,               )
                                     )
 7            vs.                    )  Case No. 3:16-cv-02477
                                     )           VC
 8    THE REGENTS OF THE UNIVERSITY  )
      OF CALIFORNIA,                 )
 9                                   )
           Defendant.                )
10    _____  )
                                     )
11    and Related Claims.            )
      _____  )
12
13
14
           HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16
17        VIDEOTAPED DEPOSITION OF MARY DELANY
18              San Francisco, California
19              Friday, December 9, 2016
20                      Volume I
21
22
23
24   REPORTED BY:
25   REBECCA L. ROMANO, RPR, CSR No. 12546
```

Highly Confidential - Attorneys' Eyes Only
Mary Delany - December 9, 2016

Page 12

```
 1                    MARY DELANY
 2     having been administered an oath, was examined and
 3     testified as follows:
 4
 5                    EXAMINATION
 6     BY MR. LIPPETZ:
 7          Q.   Good morning.
 8          A.   Good morning.
 9          Q.   We met briefly off the record, but could
10     you please state your name for the record.
11          A.   Yes.  My name is Mary Delany.
12          Q.   And who are you currently employed by?
13          A.   I'm employed -- employed by the
14     University of California, Davis.
15          Q.   And what is the relationship between the
16     University of California, Davis and the named party
17     in this case, The Regents of the University of
18     California?
19          A.   The Regents of the University of
20     California have authority for the University of
21     California sister campuses, so they are the
22     oversight, the Board of Regents.
23          Q.   Okay.  And -- and this is obviously not
24     meant to trick you, although --
25          A.   Yeah.
```

Highly Confidential - Attorneys' Eyes Only
Mary Delany - December 9, 2016

Page 149

1    you what she looked at, and the additional things
2    she now has -- is prepared to testify about based
3    on that additional review.
4        Q.   (By Mr. Lippetz)  Dean Delany, do you
5    have additional testimony, as the corporate
6    representative of the Regents, regarding the
7    questions I asked you about Exhibit 145?
8        A.   Yes.  Exhibit 145 were the guidelines
9    from the University of California, Office of the
10   President, maybe a 15-or-so-page document.  And I
11   wasn't able to establish, without looking at the
12   other documents I had, whether or not there were
13   updated or further policies.
14            And so what I reviewed was guideline 10,
15   which is an implemented policy that relates to
16   item 10, the tangible research projects.  And as I
17   read it, it's word for word the same.
18            Then I also reviewed the Office of the
19   President, ANR, which is -- is Agriculture Natural
20   Resources division, which the AES and the
21   Cooperative Extension scientists report up through,
22   therefore, the 485 policy, which elaborates on
23   materials that are not outlined here in 1989
24   specifically to propagated plants.
25            So it's more specificity, which makes

Highly Confidential - Attorneys' Eyes Only
Mary Delany - December 9, 2016

Page 150

```
 1    sense in terms of ANR policy, given that it's AES
 2    and Cooperative Extension scientists who work with
 3    plants and animals, et cetera, et cetera, which is
 4    quite a different endeavor than the typical faculty
 5    members' responsibilities.
 6              So therein, then, there was the -- the
 7    policy that establishes the -- the policy for plant
 8    material and also for the reporting authority up
 9    through the dean's office and the licensing.  And
10    so that's a policy that's -- exists that we adhere
11    to.
12              So that policy, of course, was
13    established in -- well, this is -- supercedes
14    another policy.  This is 485.  Then there was 450.
15    We transferred to 485 as a name and, further back,
16    policy 450.  So this builds on that policy.
17         Q.   In your research you did at the break,
18    did anything cause you to believe that Exhibit 145
19    has been -- as a -- as a complete document has been
20    superceded or -- or canceled by the Office of the
21    President?
22         A.   This is additive --
23         Q.   Okay.
24         A.   -- to 145.
25         Q.   So --
```

Highly Confidential - Attorneys' Eyes Only
Mary Delany - December 9, 2016

Page 332

```
 1    STATE OF CALIFORNIA      ) ss:
                               )
 2    COUNTY OF CONTRA COSTA   )

 3

 4         I, Rebecca L. Romano, CSR. 12546, do hereby
 5    certify:
 6         That the foregoing deposition testimony was
 7    taken before me at the time and place therein set
 8    forth and at which time the witness was
 9    administered the oath;
10         That the testimony of the witness and all
11    objections made by counsel at the time of the
12    examination were recorded stenographically by me,
13    and were thereafter transcribed under my direction
14    and supervision, and that the foregoing pages
15    contain a full, true and accurate record of all
16    proceedings and testimony to the best of my skill
17    and ability.
18         I further certify that I am neither counsel
19    for any party to said action, nor am I related to
20    any party to said action, nor am I in any way
21    interested in the outcome thereof.
22         IN WITNESS WHEREOF, I have subscribed my name
23    this 23rd day of December, 2016.
24                         _____
                           Rebecca L. Romano, RPR,
25                         CSR. No 12546
```

Highly Confidential - Attorneys' Eyes Only
Mary Delany - December 9, 2016

Page 333

```
 1                DEPOSITION ERRATA SHEET
 2   Case Name: California Berry Cultivars, LLC v. The
             Regents of the University of California
 3   Name of Witness: Mary Delany, Ph.D.
     Date of Deposition: December 9, 2016
 4   Job No.: 120916-RRD
     Reason Codes: 1. To clarify the record.
 5                 2. To conform to the facts.
                   3. To Correct transcript errors.
 6   Page  55  Line  5   Reason  (3)

 7   From  SITTING       to   SIFTING

 8   Page  168  Line  21  Reason  (3)

 9   From  the VIDEOGRAPHER  to  the DEPONENT

10   Page  235  Line  7   Reason  (3)

11   From  THE VIDEOGRAPHER  to  the DEPONENT

12   Page  245  Line  12  Reason  (3)

13   From  SITTING       to   SIFTING

14   Page  322  Line  14  Reason  (3)

15   From  Forward       to   Board

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24   Page _____ Line _____ Reason _____

25   From _____ to _____
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

```
1                    DEPOSITION ERRATA SHEET

2       Page _____ Line _____ Reason _____

3       From _____ to _____

4       Page _____ Line _____ Reason _____

5       From _____ to _____

6       Page _____ Line _____ Reason _____

7       From _____ to _____

8       Page _____ Line _____ Reason _____

9       From _____ to _____

10      Page _____ Line _____ Reason _____

11      From _____ to _____

12      Page _____ Line _____ Reason _____

13      From _____ to _____

14      Page _____ Line _____ Reason _____

15      From _____ to _____

16      Page _____ Line _____ Reason _____

17      From _____ to _____

18      Page _____ Line _____ Reason _____

19      From _____ to _____

20      Page _____ Line _____ Reason _____

21      From _____ to _____

22      (X) Subject to the above changes, I certify that
            the transcript is true and correct
23          ____ No changes have been made. I certify that
            the transcript is true and correct.
24
                        [signature: Mary E. Delany]
25                      MARY DELANY, Ph. D.
```