# Exhibit 18

| Row | Plot | Year | Fam | SN |
|---|---|---|---|---|
| 0 | 1 | 9 | 16 | 601 |
| 0 | 2 | 9 | 154 | 603 |
| 0 | 3 | 9 | 154 | 605 |
| 0 | 4 | 10 | 1 | 603 |
| 0 | 5 | 10 | 1 | 604 |
| 0 | 6 | 10 | 1 | 609 |
| 0 | 7 | 10 | 3 | 601 |
| 0 | 8 | 10 | 5 | 602 |
| 0 | 9 | 10 | 12 | 605 |
| 0 | 10 | 10 | 15 | 605 |
| 0 | 11 | 10 | 22 | 601 |
| 0 | 12 | 10 | 25 | 601 |
| 0 | 13 | 10 | 38 | 601 |
| 0 | 14 | 10 | 70 | 602 |
| 0 | 15 | 10 | 70 | 611 |
| 0 | 16 | 10 | 76 | 604 |
| 0 | 17 | 10 | 76 | 607 |
| 0 | 18 | 10 | 76 | 609 |
| 0 | 19 | 10 | 77 | 601 |
| 0 | 20 | 10 | 78 | 603 |
| 0 | 21 | 10 | 80 | 601 |
| 0 | 22 | 10 | 80 | 605 |
| 0 | 23 | 10 | 82 | 601 |
| 0 | 24 | 10 | 82 | 602 |
| 0 | 25 | 10 | 82 | 606 |
| 0 | 26 | 10 | 82 | 608 |
| 0 | 27 | 10 | 82 | 609 |

OK 12/11/13

Received Gary W. Pearse 12/13/2013

Strawberry Clones from WEO nursery 12/13

| Row | Plot | Yr | Fam | SN |
|---|---|---|---|---|
| 1 | 1 | Albion | | |
| 1 | 2 | Benicia | | |
| 1 | 3 | Camarosa | | |
| 1 | 4 | Camino Real | | |
| 1 | 5 | Laguna | | |
| 1 | 6 | Mojave | | |
| 1 | 7 | Monterey | | |
| 1 | 8 | Palomar | | |
| 1 | 9 | Portola | | |
| 1 | 10 | San Andreas | | |
| 1 | 11 | Seascape | | |
| 1 | 12 | Selva | | |
| 1 | 13 | Ventana | | |
| 1 | 14 | 1 | 80 | 602 |
| 1 | 15 | Merced | | |
| 2 | 1 | 8 | 13 | 605 |
| 2 | 2 | 8 | 17 | 5 |
| 2 | 3 | 8 | 17 | 607 |
| 2 | 4 | 8 | 20 | 602 |
| 2 | 5 | 8 | 37 | 603 |
| 2 | 6 | 8 | 43 | 1 |
| 2 | 7 | 8 | 55 | 2 |
| 2 | 8 | 8 | 124 | 1 |
| 2 | 9 | 8 | 131 | 3 |
| 2 | 10 | 8 | 132 | 608 |
| 2 | 11 | 8 | 137 | 2 |
| 2 | 12 | 8 | 138 | 3 |
| 3 | 1 | 8 | 138 | 603 |
| 3 | 2 | 8 | 181 | 1 |
| 3 | 3 | 9 | 1 | 603 |
| 3 | 4 | 9 | 12 | 605 |
| 3 | 5 | 9 | 12 | 606 |
| 3 | 6 | 9 | 20 | 609 |
| 3 | 7 | 9 | 30 | 3 |
| 3 | 8 | 9 | 32 | 601 |
| 3 | 9 | 9 | 32 | 605 |
| 3 | 10 | 9 | 37 | 1 |
| 3 | 11 | 9 | 48 | 3 |
| 3 | 12 | 9 | 52 | 601 |
| 3 | 13 | 9 | 54 | 603 |
| 3 | 14 | 9 | 56 | 602 |
| 3 | 15 | 9 | 56 | 604 |
| 3 | 16 | 9 | 56 | 604 |
| 3 | 17 | 9 | 56 | 608 |
| 3 | 18 | 9 | 61 | 602 |
| 3 | 19 | 9 | 61 | 606 |
| 3 | 20 | 9 | 61 | 608 |
| 3 | 21 | 9 | 62 | 1 |
| 3 | 22 | 9 | 63 | 602 |
| 4 | 1 | 9 | 68 | 602 |
| 4 | 2 | 9 | 76 | 603 |
| 4 | 3 | 9 | 76 | 606 |

OK

OK

OK

OK

OK

2

| | | | | |
|---|---|---|---|---|
| 4 | 4 | 9 | 78 | 603 |
| 4 | 5 | 9 | 80 | 605 |
| 4 | 6 | 9 | 85 | 601 |
| 4 | 7 | 9 | 88 | 602 |
| 4 | 8 | 9 | 91 | 1 |
| 4 | 9 | 9 | 97 | 3 |
| 4 | 10 | 9 | 103 | 2 |
| 4 | 11 | 9 | 113 | 2 |
| 4 | 12 | 9 | 115 | 3 |
| 4 | 13 | 9 | 132 | 3 |
| 4 | 14 | 9 | 141 | 1 |
| 4 | 15 | 9 | 142 | 1 |
| 4 | 16 | 9 | 144 | 3 |
| 4 | 17 | 9 | 153 | 602 |
| 4 | 18 | 9 | 161 | 6 |
| 5 | 1 | 9 | 166 | 7 |
| 5 | 2 | 9 | 171 | 602 |
| 5 | 3 | 9 | 180 | 1 |
| 5 | 4 | 10 | 7 | 3 |
| 5 | 5 | 10 | 8 | 1 |
| 5 | 6 | 10 | 12 | 2 |
| 5 | 7 | 10 | 12 | 3 |
| 5 | 8 | 10 | 12 | 610 |
| 5 | 9 | 10 | 17 | 1 |
| 5 | 10 | 10 | 17 | 2 |
| 5 | 11 | 10 | 23 | 1 |
| 5 | 12 | 10 | 24 | 2 |
| 5 | 13 | 10 | 25 | 601 |
| 5 | 14 | 10 | 28 | 602 |
| 5 | 15 | 10 | 30 | 1 |
| 5 | 16 | 10 | 37 | 604 |
| 5 | 17 | 10 | 38 | 601 |
| 6 | 1 | 10 | 41 | 5 |
| 6 | 2 | 10 | 45 | 1 |
| 6 | 3 | 10 | 53 | 1 |
| 6 | 4 | 10 | 55 | 2 |
| 6 | 5 | 10 | 56 | 3 |
| 6 | 6 | 10 | 56 | 4 |
| 6 | 7 | 10 | 65 | 1 |
| 6 | 8 | 10 | 81 | 1 |
| 6 | 9 | 10 | 82 | 1 |
| 6 | 10 | 10 | 83 | 2 |
| 6 | 11 | 10 | 87 | 2 |
| 6 | 12 | 10 | 99 | 1 |
| 6 | 13 | 10 | 105 | 1 |
| 6 | 14 | 10 | 105 | 2 |
| 6 | 15 | 10 | 106 | 1 |
| 6 | 16 | 10 | 106 | 5 |
| 7 | 1 | 10 | 106 | 6 |
| 7 | 2 | 10 | 106 | 8 |
| 7 | 3 | 10 | 108 | 4 |
| 7 | 4 | 10 | 116 | 1 |
| 7 | 5 | 10 | 122 | 3 |
| 7 | 6 | 10 | 122 | 6 |

OK

OK

OK

3

| | | | | |
|---|---|---|---|---|
| 7 | 7 | 10 | 124 | 2 |
| 7 | 8 | 10 | 124 | 4 |
| 7 | 9 | 10 | 126 | 2 |
| 7 | 10 | 10 | 126 | 3 |
| 7 | 11 | 10 | 127 | 1 |
| 7 | 12 | 10 | 134 | 1 |
| 7 | 13 | 10 | 134 | 4 |
| 7 | 14 | 10 | 136 | 2 |
| 7 | 15 | 10 | 136 | 4 |
| 7 | 16 | 10 | 137 | 5 |
| 8 | 1 | 10 | 137 | 6 |
| 8 | 2 | 10 | 138 | 5 |
| 8 | 3 | 10 | 140 | 1 |
| 8 | 4 | 10 | 141 | 1 |
| 8 | 5 | 10 | 143 | 1 |
| 8 | 6 | 10 | 144 | 1 |
| 8 | 7 | 10 | 144 | 2 |
| 8 | 8 | 10 | 144 | 3 |
| 8 | 9 | 10 | 145 | 1 |
| 8 | 10 | 10 | 148 | 4 |
| 8 | 11 | 10 | 151 | 1 |
| 8 | 12 | 10 | 156 | 3 |
| 8 | 13 | 10 | 157 | 1 |
| 8 | 14 | 10 | 160 | 1 |
| 8 | 15 | 10 | 160 | 3 |
| 8 | 16 | 10 | 160 | 4 |
| 9 | 1 | 10 | 160 | 7 |
| 9 | 2 | 10 | 160 | 8 |
| 9 | 3 | 10 | 160 | 9 |
| 9 | 4 | 10 | 166 | 1 |
| 9 | 5 | 10 | 167 | 4 |
| 9 | 6 | 10 | 168 | 3 |
| 9 | 7 | 10 | 169 | 1 |
| 9 | 8 | 10 | 178 | 5 |
| 9 | 9 | 10 | 182 | 1 |
| 9 | 10 | 10 | 187 | 1 |
| 9 | 11 | 10 | 187 | 4 |
| 9 | 12 | 10 | 187 | 6 |
| 9 | 13 | 11 | 2 | 1 |
| 9 | 14 | 11 | 3 | 1 |
| 9 | 15 | 11 | 4 | 1 |
| 9 | 16 | 11 | 7 | 1 |
| 9 | 17 | 11 | 9 | 1 |
| 9 | 18 | 11 | 10 | 1 |
| 9 | 19 | 11 | 11 | 1 |
| 10 | 1 | 11 | 11 | 3 |
| 10 | 2 | 11 | 12 | 1 |
| 10 | 3 | 11 | 13 | 1 |
| 10 | 4 | 11 | 15 | 1 |
| 10 | 5 | 11 | 16 | 1 |
| 10 | 6 | 11 | 16 | 2 |
| 10 | 7 | 11 | 16 | 3 |
| 10 | 8 | 11 | 17 | 1 |
| 10 | 9 | 11 | 18 | 1 |

OK

OK

OK

OK

(4)

| | | | | |
|---|---|---|---|---|
| 10 | 10 | 11 | 18 | 2 |
| 10 | 11 | 11 | 20 | 1 |
| 10 | 12 | 11 | 20 | 2 |
| 10 | 13 | 11 | 21 | 1 |
| 10 | 14 | 11 | 23 | 1 |
| 10 | 15 | 11 | 27 | 1 |
| 10 | 16 | 11 | 30 | 1 |
| 10 | 17 | 11 | 30 | 2 |
| 10 | 18 | 11 | 30 | 3 |
| 10 | 19 | 11 | 31 | 1 |
| 10 | 20 | 11 | 32 | 1 |
| 10 | 21 | 11 | 32 | 2 |
| 10 | 22 | 11 | 33 | 1 |
| 10 | 23 | 11 | 33 | 2 |
| 10 | 24 | 11 | 33 | 3 |
| 10 | 25 | 11 | 35 | 1 |
| 10 | 26 | 11 | 35 | 2 |
| 10 | 27 | 11 | 35 | 4 |
| 10 | 28 | 11 | 35 | 5 |
| 10 | 29 | 11 | 36 | 1 |
| 11 | 1 | 11 | 36 | 2 |
| 11 | 2 | 11 | 36 | 3 |
| 11 | 3 | 11 | 36 | 4 |
| 11 | 4 | 11 | 37 | 1 |
| 11 | 5 | 11 | 37 | 2 |
| 11 | 6 | 11 | 39 | 1 |
| 11 | 7 | 11 | 39 | 2 |
| 11 | 8 | 11 | 40 | 1 |
| 11 | 9 | 11 | 42 | 1 |
| 11 | 10 | 11 | 43 | 1 |
| 11 | 11 | 11 | 46 | 1 |
| 11 | 12 | 11 | 47 | 2 |
| 11 | 13 | 11 | 47 | 4 |
| 11 | 14 | 11 | 48 | 2 |
| 11 | 15 | 11 | 48 | 3 |
| 11 | 16 | 11 | 49 | 1 |
| 11 | 17 | 11 | 49 | 2 |
| 11 | 18 | 11 | 49 | 3 |
| 11 | 19 | 11 | 49 | 5 |
| 11 | 20 | 11 | 49 | 6 |
| 11 | 21 | 11 | 50 | 1 |
| 11 | 22 | 11 | 51 | 1 |
| 11 | 23 | 11 | 51 | 2 |
| 11 | 24 | 11 | 54 | 1 |
| 11 | 25 | 11 | 55 | 2 |
| 11 | 26 | 11 | 55 | 3 |
| 11 | 27 | 11 | 55 | 4 |
| 11 | 28 | 11 | 56 | 1 |
| 11 | 29 | 11 | 56 | 2 |
| 12 | 1 | 11 | 57 | 1 |
| 12 | 2 | 11 | 57 | 2 |
| 12 | 3 | 11 | 57 | 4 |
| 12 | 4 | 11 | 61 | 1 |
| 12 | 5 | 11 | 64 | 1 |

OK

OK

ok

5

| | | | | | |
|---|---|---|---|---|---|
| 12 | 6 | 11 | 65 | 1 | |
| 12 | 7 | 11 | 67 | 1 | |
| 12 | 8 | 11 | 67 | 2 | |
| 12 | 9 | 11 | 74 | 1 | |
| 12 | 10 | 11 | 75 | 1 | |
| 12 | 11 | 11 | 76 | 1 | |
| 12 | 12 | 11 | 76 | 2 | |
| 12 | 13 | 11 | 77 | 1 | |
| 12 | 14 | 11 | 77 | 3 | |
| 12 | 15 | 11 | 80 | 1 | |
| 12 | 16 | 11 | 80 | 2 | |
| 12 | 17 | 11 | 81 | 1 | |
| 12 | 18 | 11 | 83 | 1 | |
| 12 | 19 | 11 | 85 | 1 | |
| 12 | 20 | 11 | 86 | 1 | |
| 12 | 21 | 11 | 86 | 2 | |
| 12 | 22 | 11 | 86 | 3 | |
| 12 | 23 | 11 | 89 | 1 | |
| 12 | 24 | 11 | 92 | 1 | |
| 12 | 25 | 11 | 92 | 2 | |
| 12 | 26 | 11 | 93 | 2 | |
| 12 | 27 | 11 | 96 | 1 | |
| 12 | 28 | 11 | 99 | 1 | |
| 12 | 29 | 11 | 99 | 3 | OK |
| 13 | 1 | 11 | 99 | 4 | |
| 13 | 2 | 11 | 99 | 9 | |
| 13 | 3 | 11 | 100 | 1 | |
| 13 | 4 | 11 | 100 | 2 | |
| 13 | 5 | 11 | 101 | 1 | |
| 13 | 6 | 11 | 101 | 3 | |
| 13 | 7 | 11 | 101 | 4 | |
| 13 | 8 | 11 | 101 | 5 | |
| 13 | 9 | 11 | 102 | 3 | |
| 13 | 10 | 11 | 102 | 4 | |
| 13 | 11 | 11 | 102 | 6 | |
| 13 | 12 | 11 | 103 | 1 | |
| 13 | 13 | 11 | 103 | 3 | |
| 13 | 14 | 11 | 103 | 5 | |
| 13 | 15 | 11 | 104 | 1 | |
| 13 | 16 | 11 | 104 | 3 | |
| 13 | 17 | 11 | 104 | 4 | |
| 13 | 18 | 11 | 105 | 1 | |
| 13 | 19 | 11 | 107 | 2 | |
| 13 | 20 | 11 | 107 | 3 | |
| 13 | 21 | 11 | 107 | 5 | |
| 13 | 22 | 11 | 109 | 2 | |
| 13 | 23 | 11 | 109 | 3 | |
| 13 | 24 | 11 | 110 | 1 | |
| 13 | 25 | 11 | 110 | 2 | OK |
| 13 | 26 | 11 | 110 | 3 | |
| 13 | 27 | 11 | 110 | 4 | |
| 13 | 28 | 11 | 111 | 1 | |
| 13 | 29 | 11 | 111 | 3 | |
| 14 | 1 | 11 | 112 | 2 | |

(6)

| | | | | |
|---|---|---|---|---|
| 14 | 2 | 11 | 112 | 3 |
| 14 | 3 | 11 | 113 | 1 |
| 14 | 4 | 11 | 113 | 6 |
| 14 | 5 | 11 | 114 | 4 |
| 14 | 6 | 11 | 114 | 6 |
| 14 | 7 | 11 | 115 | 3 |
| 14 | 8 | 11 | 115 | 4 |
| 14 | 9 | 11 | 115 | 5 |
| 14 | 10 | 11 | 116 | 1 |
| 14 | 11 | 11 | 116 | 2 |
| 14 | 12 | 11 | 117 | 1 |
| 14 | 13 | 11 | 118 | 1 |
| 14 | 14 | 11 | 120 | 3 |
| 14 | 15 | 11 | 120 | 4 |
| 14 | 16 | 11 | 120 | 7 |
| 14 | 17 | 11 | 120 | 8 |
| 14 | 18 | 11 | 122 | 1 |
| 14 | 19 | 11 | 123 | 2 |
| 14 | 20 | 11 | 124 | 1 |
| 14 | 21 | 11 | 124 | 2 |
| 14 | 22 | 11 | 124 | 5 |
| 14 | 23 | 11 | 125 | 1 |
| 14 | 24 | 11 | 125 | 3 |
| 14 | 25 | 11 | 127 | 1 |
| 14 | 26 | 11 | 127 | 2 |
| 14 | 27 | 11 | 128 | 1 |
| 14 | 28 | 11 | 129 | 1 |
| 14 | 29 | 11 | 129 | 2 |
| 15 | 1 | 11 | 134 | 1 |
| 15 | 2 | 11 | 134 | 2 |
| 15 | 3 | 11 | 135 | 2 |
| 15 | 4 | 11 | 135 | 3 |
| 15 | 5 | 11 | 135 | 4 |
| 15 | 6 | 11 | 136 | 1 |
| 15 | 7 | 11 | 136 | 2 |
| 15 | 8 | 11 | 136 | 3 |
| 15 | 9 | 11 | 137 | 1 |
| 15 | 10 | 11 | 141 | 1 |
| 15 | 11 | 11 | 141 | 2 |
| 15 | 12 | 11 | 141 | 4 |
| 15 | 13 | 11 | 144 | 1 |
| 15 | 14 | 11 | 145 | 1 |
| 15 | 15 | 11 | 146 | 1 |
| 15 | 16 | 11 | 146 | 3 |
| 15 | 17 | 11 | 147 | 1 |
| 15 | 18 | 11 | 148 | 1 |
| 15 | 19 | 11 | 149 | 1 |
| 15 | 20 | 11 | 149 | 2 |
| 15 | 21 | 11 | 149 | 3 |
| 15 | 22 | 11 | 150 | 1 |
| 15 | 23 | 11 | 150 | 2 |
| 15 | 24 | 11 | 151 | 1 |
| 15 | 25 | 11 | 151 | 3 |
| 15 | 26 | 11 | 151 | 4 |

OK

OK

(7)

| | | | | |
|---|---|---|---|---|
| 15 | 27 | 11 | 151 | 8 |
| 15 | 28 | 11 | 153 | 1 |
| 15 | 29 | 11 | 153 | 2 |
| 16 | 1 | 11 | 153 | 4 |
| 16 | 2 | 11 | 153 | 5 |
| 16 | 3 | 11 | 153 | 7 |
| 16 | 4 | 11 | 153 | 8 |
| 16 | 5 | 11 | 153 | 9 |
| 16 | 6 | 11 | 153 | 10 |
| 16 | 7 | 11 | 153 | 11 |
| 16 | 8 | 11 | 154 | 1 |
| 16 | 9 | 11 | 154 | 4 |
| 16 | 10 | 11 | 154 | 5 |
| 16 | 11 | 11 | 155 | 1 |
| 16 | 12 | 11 | 156 | 1 |
| 16 | 13 | 11 | 157 | 1 |
| 16 | 14 | 11 | 157 | 2 |
| 16 | 15 | 11 | 158 | 1 |
| 16 | 16 | 11 | 158 | 3 |
| 16 | 17 | 11 | 160 | 1 |
| 16 | 18 | 11 | 160 | 3 |
| 16 | 19 | 11 | 161 | 1 |
| 16 | 20 | 11 | 161 | 2 |
| 16 | 21 | 11 | 166 | 3 |
| 16 | 22 | 11 | 167 | 1 |
| 16 | 23 | 11 | 167 | 2 |
| 16 | 24 | 11 | 167 | 3 |
| 16 | 25 | 11 | 167 | 4 |
| 16 | 26 | 11 | 167 | 6 |
| 16 | 27 | 11 | 172 | 1 |
| 16 | 28 | 11 | 173 | 1 |
| 16 | 29 | 11 | 179 | 1 |
| 17 | 1 | 11 | 179 | 3 |
| 17 | 2 | 11 | 180 | 1 |
| 17 | 3 | 11 | 180 | 2 |
| 17 | 4 | 11 | 181 | 1 |
| 17 | 5 | 11 | 181 | 2 |
| 17 | 6 | 11 | 185 | 2 |
| 17 | 7 | 11 | 188 | 2 |
| 17 | 8 | 11 | 190 | 3 |
| 17 | 9 | 11 | 191 | 2 |
| 17 | 10 | 11 | 193 | 2 |
| 17 | 11 | 11 | 194 | 1 |
| 17 | 12 | 11 | 195 | 2 |
| 17 | 13 | 11 | 195 | 3 |

OK

OK

OK

12/11/13

(8)

| Row | Plot | Yr | Fam | SN |
|---|---|---|---|---|
| 18 | 1 | Aiko | | |
| 18 | 2 | Aliso | | |
| 18 | 3 | Anahiem | | |
| 18 | 4 | Aptos | | |
| 18 | 5 | Aromas | | |
| 18 | 6 | Brighton | | |
| 18 | 7 | CA 1501 | | |
| 18 | 8 | Capitola | | |
| 18 | 9 | Carlsbad | | |
| 18 | 10 | Chandler | | |
| 18 | 11 | Cruz | | |
| 18 | 12 | Cuesta | | |
| 18 | 13 | Diamante | | |
| 18 | 14 | Donner | | |
| 18 | 15 | Douglas | | |
| 18 | 16 | Earliglow | | |
| 18 | 17 | F. Inumae | | |
| 18 | 18 | F. Virginiana 546 | | |
| 18 | 19 | Fern | | |
| 18 | 20 | Fresno | | |
| 18 | 21 | Gaviota | | |
| 18 | 22 | Guardian | | |
| 18 | 23 | Hecker | | |
| 18 | 24 | Irvine | | |
| 18 | 25 | Lassen | | |
| 18 | 26 | Moschata | | |
| 18 | 27 | Mrak | | |
| 18 | 28 | Muir | | |
| 18 | 29 | Oso Grande | | |
| 18 | 30 | Pacific | | |
| 18 | 31 | Pajaro | | |
| 18 | 32 | Parker | | |
| 18 | 33 | Salinas | | |
| 18 | 34 | Santana | | |
| 18 | 35 | Sequoia | | |
| 18 | 36 | Shasta | | |
| 18 | 37 | Sierra | | |
| 18 | 38 | Solana | | |
| 18 | 39 | Soquel | | |
| 18 | 40 | Sunset | | |
| 18 | 41 | Tahoe | | |
| 18 | 42 | Tioga | | |
| 18 | 43 | Toro | | |
| 18 | 44 | Torrey | | |
| 18 | 45 | Tufts | | |
| 18 | 46 | Tustin | | |
| 18 | 47 | Vista | | |
| 18 | 48 | Wiltguard | | |
| 18 | 49 | Yolo | | |
| 18 | 50 | 37 | 20 | 45 |
| 18 | 51 | 39 | 82 | 19 |
| 18 | 52 | 51 | 1 | 1 |
| 18 | 53 | 55 | 23 | 1 |

| 18 | 54 | 58 | 45 | 2 |
|---|---|---|---|---|
| 18 | 55 | 58 | 46 | 2 |
| 18 | 56 | 58 | 108 | 2 |
| 18 | 57 | 59 | 39 | 1 |
| 18 | 58 | 60 | 19 | 2 |
| 18 | 59 | 60 | 19 | 2 |
| 19 | 1 | 61 | 16 | 6 |
| 19 | 2 | 61 | 16 | 99 |
| 19 | 3 | 61 | 18 | 45 |
| 19 | 4 | 65 | 65 | 601 |
| 19 | 5 | 65 | 66 | 601 |
| 19 | 6 | 69 | 72 | 102 |
| 19 | 7 | 70 | 3 | 117 |
| 19 | 8 | 70 | 27 | 103 |
| 19 | 9 | 70 | 30 | 101 |
| 19 | 10 | 71 | 98 | 605 |
| 19 | 11 | 72 | 116 | 101 |
| 19 | 12 | 72 | 271 | 105 |
| 19 | 13 | 72 | 361 | 105 |
| 19 | 14 | 72 | 501 | 2 |
| 19 | 15 | 74 | 392 | 31 |
| 19 | 16 | 75 | 1 | 102 |
| 19 | 17 | 75 | 5 | 114 |
| 19 | 18 | 75 | 48 | 104 |
| 19 | 19 | 75 | 121 | 101 |
| 19 | 20 | 75 | 163 | 601 |
| 19 | 21 | 77 | 8 | 114 |
| 19 | 22 | 77 | 23 | 117 |
| 19 | 23 | 77 | 24 | 112 |
| 19 | 24 | 77 | 30 | 101 |
| 19 | 25 | 77 | 86 | 105 |
| 19 | 26 | 80 | 124 | 108 |
| 19 | 27 | 81 | 16 | 604 |
| 19 | 28 | 81 | 35 | 603 |
| 19 | 29 | 83 | 9 | 2 |
| 19 | 30 | 83 | 18 | 7 |
| 19 | 31 | 83 | 22 | 9 |
| 19 | 32 | 83 | 25 | 2 |
| 19 | 33 | 83 | 26 | 2 |
| 19 | 34 | 83 | 58 | 1 |
| 19 | 35 | 83 | 76 | 1 |
| 19 | 36 | 85 | 3 | 2 |
| 19 | 37 | 85 | 19 | 29 |
| 19 | 38 | 85 | 22 | 13 |
| 19 | 39 | 85 | 93 | 3 |
| 19 | 40 | 85 | 103 | 2 |
| 19 | 41 | 85 | 104 | 1 |
| 19 | 42 | 85 | 106 | 1 |
| 19 | 43 | 85 | 106 | 2 |
| 19 | 44 | 85 | 190 | 2 |
| 19 | 45 | 85 | 192 | 202 |
| 19 | 46 | 85 | 197 | 1 |
| 19 | 47 | 85 | 207 | 1 |
| 19 | 48 | 86 | 12 | 2 |

| | | | | |
|---|---|---|---|---|
| 19 | 49 | 86 | 59 | 6 |
| 19 | 50 | 86 | 65 | 202 |
| 19 | 51 | 86 | 92 | 201 |
| 19 | 52 | 86 | 92 | 202 |
| 19 | 53 | 86 | 153 | 1 |
| 19 | 54 | 86 | 169 | 1 |
| 19 | 55 | 87 | 54 | 6 |
| 19 | 56 | 87 | 63 | 3 |
| 19 | 57 | 87 | 76 | 2 |
| 19 | 58 | 87 | 107 | 4 |
| 19 | 59 | 87 | 108 | 4 |
| 20 | 1 | 87 | 112 | 6 |
| 20 | 2 | 87 | 112 | 10 |
| 20 | 3 | 87 | 120 | 1 |
| 20 | 4 | 87 | 153 | 1 |
| 20 | 5 | 87 | 153 | 2 |
| 20 | 6 | 87 | 156 | 1 |
| 20 | 7 | 87 | 156 | 507 |
| 20 | 8 | 87 | 283 | 203 |
| 20 | 9 | 87 | 289 | 201 |
| 20 | 10 | 87 | 291 | 202 |
| 20 | 11 | 87 | 293 | 210 |
| 20 | 12 | 88 | 12 | 2 |
| 20 | 13 | 88 | 12 | 6 |
| 20 | 14 | 88 | 31 | 3 |
| 20 | 15 | 88 | 35 | 601 |
| 20 | 16 | 88 | 47 | 2 |
| 20 | 17 | 88 | 47 | 3 |
| 20 | 18 | 88 | 69 | 605 |
| 20 | 19 | 88 | 108 | 603 |
| 20 | 20 | 88 | 108 | 608 |
| 20 | 21 | 88 | 118 | 603 |
| 20 | 22 | 88 | 118 | 605 |
| 20 | 23 | 88 | 118 | 606 |
| 20 | 24 | 88 | 217 | 4 |
| 20 | 25 | 88 | 270 | 1 |
| 20 | 26 | 89 | 29 | 609 |
| 20 | 27 | 89 | 29 | 623 |
| 20 | 28 | 89 | 41 | 603 |
| 20 | 29 | 89 | 206 | 2 |
| 20 | 30 | 89 | 208 | 12 |
| 20 | 31 | 89 | 218 | 31 |
| 20 | 32 | 89 | 230 | 7 |
| 20 | 33 | 89 | 231 | 32 |
| 20 | 34 | 89 | 248 | 31 |
| 20 | 35 | 89 | 250 | 31 |
| 20 | 36 | 89 | 252 | 36 |
| 20 | 37 | 89 | 259 | 32 |
| 20 | 38 | 89 | 319 | 32 |
| 20 | 39 | 89 | 320 | 33 |
| 20 | 40 | 90 | 6 | 609 |
| 20 | 41 | 90 | 212 | 3 |
| 20 | 42 | 90 | 213 | 2 |
| 20 | 43 | 90 | 214 | 17 |

OK

OK



| | | | | |
|---|---|---|---|---|
| 20 | 44 | 90 | 218 | 2 |
| 20 | 45 | 90 | 218 | 5 |
| 20 | 46 | 90 | 230 | 3 |
| 20 | 47 | 90 | 230 | 5 |
| 20 | 48 | 90 | 241 | 2 |
| 20 | 49 | 90 | 241 | 4 |
| 20 | 50 | 90 | 241 | 5 |
| 20 | 51 | 90 | 248 | 1 |
| 20 | 52 | 90 | 252 | 10 |
| 20 | 53 | 90 | 253 | 3 |
| 20 | 54 | 90 | 253 | 7 |
| 20 | 55 | 90 | 253 | 8 |
| 20 | 56 | 90 | 258 | 3 |
| 20 | 57 | 90 | 266 | 1 |
| 20 | 58 | 90 | 275 | 1 |
| 20 | 59 | 90 | 276 | 2 |
| 21 | 1 | 90 | 277 | 2 |
| 21 | 2 | 90 | 277 | 4 |
| 21 | 3 | 90 | 280 | 1 |
| 21 | 4 | 90 | 285 | 1 |
| 21 | 5 | 91 | 204 | 1 |
| 21 | 6 | 91 | 212 | 4 |
| 21 | 7 | 91 | 212 | 15 |
| 21 | 8 | 91 | 212 | 18 |
| 21 | 9 | 91 | 213 | 6 |
| 21 | 10 | 91 | 215 | 1 |
| 21 | 11 | 91 | 215 | 10 |
| 21 | 12 | 91 | 216 | 21 |
| 21 | 13 | 91 | 221 | 1 |
| 21 | 14 | 91 | 226 | 2 |
| 21 | 15 | 91 | 233 | 2 |
| 21 | 16 | 91 | 238 | 2 |
| 21 | 17 | 91 | 243 | 1 |
| 21 | 18 | 91 | 244 | 3 |
| 21 | 19 | 91 | 245 | 1 |
| 21 | 20 | 91 | 256 | 1 |
| 21 | 21 | 91 | 256 | 5 |
| 21 | 22 | 91 | 263 | 1 |
| 21 | 23 | 91 | 268 | 1 |
| 21 | 24 | 91 | 268 | 3 |
| 21 | 25 | 91 | 269 | 1 |
| 21 | 26 | 91 | 269 | 3 |
| 21 | 27 | 91 | 291 | 1 |
| 21 | 28 | 91 | 326 | 1 |
| 21 | 29 | 91 | 326 | 3 |
| 21 | 30 | 92 | 10 | 1 |
| 21 | 31 | 92 | 48 | 1 |
| 21 | 32 | 92 | 54 | 1 |
| 21 | 33 | 92 | 63 | 2 |
| 21 | 34 | 92 | 213 | 3 |
| 21 | 35 | 92 | 221 | 2 |
| 21 | 36 | 92 | 245 | 2 |
| 21 | 37 | 92 | 253 | 3 |
| 21 | 38 | 92 | 275 | 2 |

OK

OK

(12)

| | | | | |
|---|---|---|---|---|
| 21 | 39 | 92 | 285 | 3 |
| 21 | 40 | 92 | 289 | 2 |
| 21 | 41 | 92 | 289 | 4 |
| 21 | 42 | 92 | 289 | 6 |
| 21 | 43 | 92 | 291 | 3 |
| 21 | 44 | 92 | 338 | 1 |
| 21 | 45 | 92 | 339 | 2 |
| 21 | 46 | 93 | 5 | 2 |
| 21 | 47 | 93 | 12 | 6 |
| 21 | 48 | 93 | 28 | 1 |
| 21 | 49 | 93 | 28 | 3 |
| 21 | 50 | 93 | 32 | 4 |
| 21 | 51 | 93 | 33 | 2 |
| 21 | 52 | 93 | 40 | 3 |
| 21 | 53 | 93 | 40 | 4 |
| 21 | 54 | 93 | 40 | 9 |
| 21 | 55 | 93 | 46 | 3 |
| 21 | 56 | 93 | 59 | 2 |
| 21 | 57 | 93 | 60 | 2 |
| 21 | 58 | 93 | 71 | 5 |
| 21 | 59 | 93 | 72 | 9 |
| 22 | 1 | 93 | 84 | 4 |
| 22 | 2 | 93 | 84 | 5 |
| 22 | 3 | 93 | 85 | 1 |
| 22 | 4 | 93 | 198 | 603 |
| 22 | 5 | 93 | 225 | 2 |
| 22 | 6 | 93 | 226 | 1 |
| 22 | 7 | 93 | 226 | 2 |
| 22 | 8 | 94 | 1 | 1 |
| 22 | 9 | 94 | 3 | 10 |
| 22 | 10 | 94 | 9 | 5 |
| 22 | 11 | 94 | 16 | 1 |
| 22 | 12 | 94 | 19 | 5 |
| 22 | 13 | 94 | 37 | 4 |
| 22 | 14 | 94 | 68 | 3 |
| 22 | 15 | 94 | 86 | 6 |
| 22 | 16 | 94 | 251 | 604 |
| 22 | 17 | 94 | 254 | 607 |
| 22 | 18 | 94 | 255 | 604 |
| 22 | 19 | 94 | 256 | 607 |
| 22 | 20 | 94 | 257 | 604 |
| 22 | 21 | 94 | 262 | 603 |
| 22 | 22 | 94 | 265 | 607 |
| 22 | 23 | 94 | 265 | 608 |
| 22 | 24 | 94 | 270 | 602 |
| 22 | 25 | 94 | 286 | 606 |
| 22 | 26 | 94 | 296 | 602 |
| 22 | 27 | 94 | 300 | 601 |
| 22 | 28 | 94 | 306 | 1 |
| 22 | 29 | 94 | 306 | 2 |
| 22 | 30 | 95 | 51 | 604 |
| 22 | 31 | 95 | 77 | 2 |
| 22 | 32 | 95 | 79 | 5 |
| 22 | 33 | 95 | 85 | 3 |

OK

(13)



| | | | | |
|---|---|---|---|---|
| ~~22~~ | ~~34~~ | ~~95~~ | ~~96~~ | ~~1~~ N/A |
| 22 | 35 | 95 | 111 | 4 |
| 22 | 36 | 95 | 116 | 5 |
| 22 | 37 | 95 | 117 | 2 |
| 22 | 38 | 95 | 117 | 5 |
| 22 | 39 | 95 | 142 | 1 |
| 22 | 40 | 95 | 144 | 2 |
| 22 | 41 | 95 | 145 | 2 |
| 22 | 42 | 95 | 154 | 4 |
| 22 | 43 | 95 | 179 | 2 |
| 22 | 44 | 95 | 185 | 2 |
| 22 | 45 | 95 | 188 | 2 |
| 22 | 46 | 95 | 188 | 5 |
| 22 | 47 | 95 | 195 | 1 |
| 22 | 48 | 95 | 196 | 1 |
| 22 | 49 | 95 | 197 | 1 |
| 22 | 50 | 95 | 197 | 3 |
| 22 | 51 | 96 | 24 | 604 |
| 22 | 52 | 96 | 33 | 610 |
| 22 | 53 | 96 | 34 | 602 |
| 22 | 54 | 96 | 38 | 601 |
| 22 | 55 | 96 | 43 | 601 |
| 22 | 56 | 96 | 48 | 613 |
| 22 | 57 | 96 | 49 | 602 |
| 22 | 58 | 96 | 55 | 602 |
| 22 | 59 | 96 | 60 | 615 |
| 23 | 1 | 96 | 63 | 606 |
| 23 | 2 | 96 | 93 | 4 |
| 23 | 3 | 96 | 99 | 601 |
| 23 | 4 | 96 | 110 | 7 |
| 23 | 5 | 96 | 115 | 4 |
| 23 | 6 | 96 | 125 | 1 |
| 23 | 7 | 96 | 125 | 2 |
| 23 | 8 | 96 | 135 | 1 |
| 23 | 9 | 96 | 146 | 1 |
| 23 | 10 | 96 | 170 | 3 |
| 23 | 11 | 96 | 172 | 1 |
| 23 | 12 | 96 | 189 | 4 |
| 23 | 13 | 96 | 195 | 4 |
| 23 | 14 | 96 | 195 | 5 |
| 23 | 15 | 96 | 201 | 1 |
| 23 | 16 | 96 | 203 | 9 |
| 23 | 17 | 96 | 207 | 3 |
| 23 | 18 | 96 | 207 | 10 |
| 23 | 19 | 96 | 209 | 2 |
| 23 | 20 | 96 | 240 | 2 |
| 23 | 21 | 96 | 250 | 201 |
| 23 | 22 | 96 | 252 | 203 |
| 23 | 23 | 96 | 259 | 201 |
| 23 | 24 | 96 | 261 | 201 |
| 23 | 25 | 96 | 262 | 201 |
| 23 | 26 | 96 | 263 | 203 |
| 23 | 27 | 96 | 267 | 202 |
| 23 | 28 | 97 | 5 | 611 |

OK

OK

(14)

| | | | | |
|---|---|---|---|---|
| 23 | 29 | 97 | 12 | 604 |
| 23 | 30 | 97 | 13 | 605 |
| 23 | 31 | 97 | 24 | 601 |
| 23 | 32 | 97 | 33 | 603 |
| 23 | 33 | 97 | 48 | 602 |
| 23 | 34 | 97 | 54 | 602 |
| 23 | 35 | 97 | 78 | 11 |
| 23 | 36 | 97 | 78 | 16 |
| 23 | 37 | 97 | 79 | 14 |
| 23 | 38 | 97 | 84 | 1 |
| 23 | 39 | 97 | 85 | 6 |
| 23 | 40 | 97 | 86 | 1 |
| 23 | 41 | 97 | 86 | 5 |
| 23 | 42 | 97 | 88 | 1 |
| 23 | 43 | 97 | 88 | 7 |
| 23 | 44 | 97 | 93 | 7 |
| 23 | 45 | 97 | 94 | 4 |
| 23 | 46 | 97 | 94 | 7 |
| 23 | 47 | 97 | 96 | 8 |
| 23 | 48 | 97 | 98 | 1 |
| 23 | 49 | 97 | 103 | 2 |
| 23 | 50 | 97 | 110 | 4 |
| 23 | 51 | 97 | 110 | 5 |
| 23 | 52 | 97 | 111 | 5 |
| 23 | 53 | 97 | 121 | 3 |
| 23 | 54 | 97 | 122 | 3 |
| 23 | 55 | 97 | 135 | 3 |
| 23 | 56 | 97 | 141 | 3 |
| 23 | 57 | 97 | 143 | 3 |
| 23 | 58 | 97 | 144 | 4 |
| 23 | 59 | 97 | 146 | 1 |
| 24 | 1 | 97 | 156 | 2 |
| 24 | 2 | 97 | 162 | 3 |
| 24 | 3 | 97 | 186 | 1 |
| 24 | 4 | 97 | 192 | 1 |
| 24 | 5 | 97 | 194 | 2 |
| 24 | 6 | 97 | 207 | 3 |
| 24 | 7 | 97 | 209 | 1 |
| 24 | 8 | 97 | 210 | 2 |
| 24 | 9 | 98 | 7 | 606 |
| 24 | 10 | 98 | 14 | 604 |
| 24 | 11 | 98 | 18 | 603 |
| 24 | 12 | 98 | 32 | 605 |
| 24 | 13 | 98 | 32 | 608 |
| 24 | 14 | 98 | 37 | 601 |
| 24 | 15 | 98 | 39 | 802 |
| 24 | 16 | 98 | 48 | 602 |
| 24 | 17 | 98 | 49 | 601 |
| 24 | 18 | 98 | 51 | 601 |
| 24 | 19 | 98 | 58 | 608 |
| 24 | 20 | 98 | 62 | 601 |
| 24 | 21 | 98 | 73 | 602 |
| 24 | 22 | 98 | 78 | 601 |
| 24 | 23 | 98 | 87 | 602 |

OK





| | | | | |
|---|---|---|---|---|
| 24 | 24 | 98 | 92 | 7 |
| 24 | 25 | 98 | 92 | 9 |
| 24 | 26 | 98 | 95 | 4 |
| 24 | 27 | 98 | 104 | 14 |
| 24 | 28 | 98 | 127 | 3 |
| 24 | 29 | 98 | 133 | 3 |
| 24 | 30 | 98 | 139 | 9 |
| 24 | 31 | 98 | 140 | 1 N/A |
| 24 | 32 | 98 | 152 | 8 |
| 24 | 33 | 98 | 153 | 3 |
| 24 | 34 | 98 | 153 | 9 |
| 24 | 35 | 98 | 153 | 13 |
| 24 | 36 | 98 | 162 | 2 |
| 24 | 37 | 98 | 163 | 2 |
| 24 | 38 | 98 | 170 | 2 |
| 24 | 39 | 98 | 174 | 6 |
| 24 | 40 | 99 | 14 | 604 OK |
| 24 | 41 | 99 | 26 | 601 |
| 24 | 42 | 99 | 51 | 604 |
| 24 | 43 | 99 | 74 | 601 |
| 24 | 44 | 99 | 79 | 601 |
| 24 | 45 | 99 | 83 | 601 |
| 24 | 46 | 99 | 88 | 6 |
| 24 | 47 | 99 | 88 | 7 |
| 24 | 48 | 99 | 88 | 10 |
| 24 | 49 | 99 | 91 | 11 |
| 24 | 50 | 99 | 95 | 4 |
| 24 | 51 | 99 | 104 | 2 |
| 24 | 52 | 99 | 105 | 1 N/A |
| 24 | 53 | 99 | 109 | 3 |
| 24 | 54 | 99 | 111 | 5 |
| 24 | 55 | 99 | 111 | 7 |
| 24 | 56 | 99 | 111 | 8 |
| 24 | 57 | 99 | 111 | 13 |
| 24 | 58 | 99 | 112 | 3 |
| 24 | 59 | 99 | 112 | 6 |
| 25 | 1 | 99 | 117 | 1 NA |
| 25 | 2 | 99 | 119 | 1 |
| 25 | 3 | 99 | 126 | 1 |
| 25 | 4 | 99 | 133 | 1 |
| 25 | 5 | 99 | 137 | 2 |
| 25 | 6 | 99 | 139 | 1 |
| 25 | 7 | 99 | 158 | 2 |
| 25 | 8 | 99 | 158 | 3 |
| 25 | 9 | 99 | 183 | 6 |
| 25 | 10 | 99 | 186 | 1 |
| 25 | 11 | 99 | 189 | 10 OK |
| 25 | 12 | 99 | 205 | 6 |
| 25 | 13 | 99 | 206 | 6 |
| 25 | 14 | 0 | 3 | 602 |
| 25 | 15 | 0 | 8 | 603 |
| 25 | 16 | 0 | 18 | 601 |
| 25 | 17 | 0 | 27 | 601 |
| 25 | 18 | 0 | 38 | 606 |

OK

16

| | | | | | |
|---|---|---|---|---|---|
| 25 | 19 | 0 | 46 | 601 | |
| 25 | 20 | 0 | 57 | 613 | |
| 25 | 21 | 0 | 57 | 627 | |
| 25 | 22 | 0 | 58 | 606 | |
| 25 | 23 | 0 | 59 | 608 | |
| 25 | 24 | 0 | 71 | 607 | |
| 25 | 25 | 0 | 82 | 3 | |
| 25 | 26 | 0 | 139 | 3 | |
| 25 | 27 | 0 | 157 | 8 | |
| 25 | 28 | 0 | 159 | 1 | |
| ~~25~~ | ~~29~~ | ~~0~~ | ~~278~~ | ~~203~~ | N/A |
| 25 | 30 | 0 | 279 | 201 | |
| 25 | 31 | 0 | 289 | 201 | |
| 25 | 32 | ~~0~~ | ~~290~~ | ~~201~~ | N/A |
| 25 | 33 | 0 | 292 | 201 | |
| 25 | 34 | 0 | 294 | 1 | |
| 25 | 35 | ~~0~~ | ~~294~~ | ~~2~~ | N/A |
| 25 | 36 | 0 | 294 | 3 | |
| 25 | 37 | ~~0~~ | ~~295~~ | ~~1~~ | N/A |
| 25 | 38 | 0 | 295 | 2 | |
| 25 | 39 | 0 | 295 | 3 | |
| 25 | 40 | 0 | 295 | 4 | |
| 25 | 41 | 0 | 296 | 5 | |
| 25 | 42 | 1 | 6 | 602 | |
| 25 | 43 | 1 | 14 | 603 | |
| 25 | 44 | 1 | 24 | 602 | |
| 25 | 45 | 1 | 30 | 603 | |
| 25 | 46 | 1 | 43 | 601 | |
| 25 | 47 | 1 | 46 | 801 | |
| 25 | 48 | 1 | 52 | 602 | |
| 25 | 49 | 1 | 53 | 602 | |
| 25 | 50 | 1 | 54 | 601 | |
| 25 | 51 | 1 | 57 | 601 | |
| 25 | 52 | 1 | 57 | 604 | |
| 25 | 53 | 1 | 61 | 602 | |
| 25 | 54 | 1 | 68 | 802 | |
| 25 | 55 | 1 | 76 | 602 | |
| 25 | 56 | 1 | 86 | 2 | OK |
| 25 | 57 | 1 | 89 | 3 | |
| 25 | 58 | 1 | 111 | 4 | |
| 25 | 59 | 1 | 118 | 2 | |
| 26 | 1 | 1 | 132 | 4 | |
| 26 | 2 | 1 | 134 | 1 | |
| 26 | 3 | 1 | 134 | 3 | |
| 26 | 4 | 1 | 134 | 10 | |
| 26 | 5 | 1 | 136 | 1 | |
| 26 | 6 | 1 | 138 | 1 | |
| 26 | 7 | 1 | 141 | 2 | |
| 26 | 8 | 1 | 150 | 1 | |
| 26 | 9 | 1 | 158 | 1 | OK |
| 26 | 10 | 1 | 187 | 6 | |
| 26 | 11 | 1 | 203 | 6 | |
| 26 | 12 | 2 | 16 | 601 | |
| 26 | 13 | 2 | 43 | 607 | |

| | | | | |
|---|---|---|---|---|
| 26 | 14 | 2 | 44 | 604 |
| 26 | 15 | 2 | 57 | 601 |
| 26 | 16 | 2 | 65 | 602 |
| 26 | 17 | 2 | 68 | 605 |
| 26 | 18 | 2 | 68 | 608 |
| 26 | 19 | 2 | 71 | 603 |
| 26 | 20 | 2 | 73 | 602 |
| 26 | 21 | 2 | 74 | 609 |
| 26 | 22 | 2 | 75 | 604 |
| 26 | 23 | 2 | 79 | 602 |
| 26 | 24 | ~~2~~ | ~~81~~ | ~~609~~ n/a |
| 26 | 25 | 2 | 83 | 602 |
| 26 | 26 | 2 | 93 | 6 |
| 26 | 27 | 2 | 95 | 4 |
| 26 | 28 | 2 | 103 | 2 |
| 26 | 29 | 2 | 104 | 3 |
| 26 | 30 | 2 | 130 | 1 |
| 26 | 31 | 2 | 132 | 6 |
| 26 | 32 | 2 | 134 | 3 |
| 26 | 33 | 2 | 136 | 3 |
| 26 | 34 | 2 | 139 | 5 |
| 26 | 35 | 2 | 143 | 3 |
| 26 | 36 | 2 | 144 | 3 |
| 26 | 37 | 2 | 156 | 2 |
| 26 | 38 | 2 | 156 | 3 |
| 26 | 39 | 2 | 164 | 2 |
| 26 | 40 | 2 | 229 | 1 |
| 26 | 41 | 2 | 230 | 1 |
| 26 | 42 | 3 | 1 | 606 |
| 26 | 43 | 3 | 13 | 607 |
| 26 | 44 | 3 | 16 | 601 |
| 26 | 45 | 3 | 28 | 605 |
| 26 | 46 | 3 | 28 | 607 |
| 26 | 47 | 3 | 37 | 605 |
| 26 | 48 | 3 | 45 | 601 |
| 26 | 49 | 3 | 48 | 601 |
| 26 | 50 | 3 | 49 | 602 |
| 26 | 51 | 3 | 65 | 601 |
| 26 | 52 | 3 | 71 | 605 |
| 26 | 53 | 3 | 72 | 604 |
| 26 | 54 | 3 | 75 | 601 |
| 26 | 55 | 3 | 92 | 6 |
| 26 | 56 | 3 | 92 | 8 |
| 26 | 57 | 3 | 97 | 1 |
| 26 | 58 | 3 | 102 | 2 |
| 26 | 59 | 3 | 103 | 5 |
| 27 | 1 | 3 | 104 | 5 |
| 27 | 2 | 3 | 107 | 3 |
| 27 | 3 | 3 | 111 | 5 |
| 27 | 4 | 3 | 114 | 3 |
| 27 | 5 | 3 | 129 | 2 |
| 27 | 6 | 3 | 132 | 3 |
| 27 | 7 | 3 | 148 | 8 |
| 27 | 8 | 3 | 149 | 8 |

OK

OK

| | | | | |
|---|---|---|---|---|
| 27 | 9 | 3 | 163 | 1 |
| 27 | 10 | 3 | 172 | 4 |
| 27 | 11 | 3 | 195 | 8 |
| 27 | 12 | 3 | 203 | 3 |
| 27 | 13 | 4 | 1 | 601 |
| 27 | 14 | 4 | 2 | 5 |
| 27 | 15 | 4 | 9 | 5 |
| 27 | 16 | 4 | 13 | 604 |
| 27 | 17 | 4 | 14 | 603 |
| 27 | 18 | 4 | 18 | 4 |
| 27 | 19 | 4 | 20 | 604 |
| 27 | 20 | 4 | 38 | 4 |
| 27 | 21 | 4 | 38 | 603 |
| 27 | 22 | 4 | 41 | 6 |
| 27 | 23 | 4 | 41 | 7 |
| 27 | 24 | 4 | 42 | 607 |
| 27 | 25 | 4 | 45 | 605 |
| 27 | 26 | 4 | 53 | 1 |
| 27 | 27 | 4 | 56 | 608 |
| 27 | 28 | 4 | 58 | 607 |
| 27 | 29 | 4 | 62 | 603 |
| 27 | 30 | 4 | 73 | 2 |
| 27 | 31 | 4 | 76 | 4 |
| 27 | 32 | 4 | 77 | 2 |
| 27 | 33 | 4 | 78 | 606 |
| 27 | 34 | ~~4~~ | ~~85~~ | ~~601~~ N/A |
| 27 | 35 | 5 | 27 | 605 |
| 27 | 36 | 5 | 54 | 611 |
| 27 | 37 | 5 | 65 | 608 |
| 27 | 38 | 5 | 92 | 10 |
| 27 | 39 | 5 | 92 | 11 |
| 27 | 40 | 5 | 92 | 14 |
| 27 | 41 | 5 | 95 | 4 |
| 27 | 42 | 5 | 97 | 6 |
| 27 | 43 | 5 | 97 | 7 |
| 27 | 44 | 5 | 97 | 9 |
| 27 | 45 | 5 | 99 | 6 |
| 27 | 46 | 5 | 106 | 2 |
| 27 | 47 | 5 | 107 | 2 |
| 27 | 48 | 5 | 108 | 7 |
| 27 | 49 | 5 | 109 | 2 |
| 27 | 50 | 5 | 115 | 5 |
| 27 | 51 | 5 | 117 | 5 |
| 27 | 52 | 5 | 117 | 6 |
| 27 | 53 | 5 | 120 | 9 |
| 27 | 54 | 5 | 130 | 3 |
| 27 | 55 | 5 | 132 | 1 |
| 27 | 56 | 5 | 134 | 4 |
| 27 | 57 | 5 | 137 | 6 |
| 27 | 58 | 5 | 138 | 1 |
| 27 | 59 | 5 | 144 | 3 |
| 28 | 1 | 5 | 148 | 2 |
| 28 | 2 | 5 | 149 | 3 |
| 28 | 3 | 5 | 154 | 2 |

OK

| | | | | |
|---|---|---|---|---|
| 28 | 4 | 5 | 162 | 8 |
| 28 | 5 | 5 | 165 | 1 |
| 28 | 6 | 5 | 172 | 2 |
| 28 | 7 | 5 | 194 | 1 |
| 28 | 8 | 5 | 197 | 2 |
| 28 | 9 | 5 | 199 | 10 |
| 28 | 10 | 5 | 205 | 2 |
| 28 | 11 | 5 | 206 | 5 |
| 28 | 12 | 6 | 16 | 602 |
| 28 | 13 | 6 | 20 | 605 |
| 28 | 14 | 6 | 43 | 603 |
| 28 | 15 | 6 | 50 | 611 |
| 28 | 16 | 6 | 51 | 609 |
| 28 | 17 | 6 | 66 | 603 |
| 28 | 18 | 6 | 90 | 605 |
| 28 | 19 | 6 | 102 | 2 |
| 28 | 20 | 6 | 106 | 2 |
| 28 | 21 | 6 | 109 | 3 |
| 28 | 22 | 6 | 110 | 4 |
| 28 | 23 | 6 | 111 | 1 |
| 28 | 24 | 6 | 132 | 1 |
| 28 | 25 | 6 | 132 | 2 |
| 28 | 26 | 6 | 137 | 2 |
| 28 | 27 | 6 | 202 | 1 |
| 28 | 28 | 6 | 204 | 1 |
| 28 | 29 | 6 | 217 | 1 |
| 28 | 30 | 6 | 217 | 2 |
| 28 | 31 | 6 | 218 | 1 |
| 28 | 32 | 6 | 218 | 2 |
| 28 | 33 | 6 | 222 | 1 |
| 28 | 34 | 6 | 222 | 2 |
| 28 | 35 | 6 | 223 | 1 |
| 28 | 36 | 6 | 223 | 2 |
| 28 | 37 | 6 | 228 | 1 |
| 28 | 38 | 6 | 228 | 2 |
| 28 | 39 | ~~6~~ | ~~232~~ | ~~1~~ N/A |
| 28 | 40 | 6 | 234 | 1 |
| 28 | 41 | 7 | 1 | 608 |
| 28 | 42 | 7 | 9 | 601 |
| 28 | 43 | 7 | 27 | 1 |
| 28 | 44 | 7 | 33 | 1 |
| 28 | 45 | 7 | 39 | 601 |
| 28 | 46 | 7 | 42 | 2 |
| 28 | 47 | 7 | 43 | 1 |
| 28 | 48 | 7 | 49 | 3 |
| 28 | 49 | 7 | 50 | 601 |
| 28 | 50 | 7 | 51 | 602 |
| 28 | 51 | 7 | 64 | 2 |
| 28 | 52 | 7 | 64 | 3 |
| 28 | 53 | 7 | 64 | 5 |
| 28 | 54 | 7 | 67 | 2 |
| 28 | 55 | 7 | 67 | 608 |
| 28 | 56 | 7 | 90 | 606 |
| 28 | 57 | 7 | 92 | 3 |

| | | | | |
|---|---|---|---|---|
| 28 | 58 | 7 | 114 | 2 |
| 28 | 59 | 7 | 119 | 1 |
| 29 | 1 | 7 | 120 | 3 |
| 29 | 2 | 7 | 134 | 1 |
| 29 | 3 | 7 | 141 | 1 |
| 29 | 4 | 7 | 144 | 1 |
| 29 | 5 | 7 | 148 | 1 |
| 29 | 6 | 7 | 148 | 3 |
| 29 | 7 | 7 | 203 | 1 |
| 29 | 8 | 7 | 208 | 1 |
| 29 | 9 | 7 | 216 | 1 |
| 29 | 10 | 8 | 5 | 601 |
| 29 | 11 | 8 | 7 | 601 |
| 29 | 12 | 8 | 13 | 606 |
| 29 | 13 | 8 | 14 | 1 |
| 29 | 14 | 8 | 15 | 2 |
| 29 | 15 | 8 | 18 | 5 |
| 29 | 16 | 8 | 43 | 4 |
| 29 | 17 | 8 | 43 | 10 |
| 29 | 18 | 8 | 47 | 5 |
| 29 | 19 | 8 | 60 | 1 |
| 29 | 20 | 8 | 75 | 1 |
| 29 | 21 | 8 | 114 | 5 |
| 29 | 22 | 8 | 123 | 1 |
| 29 | 23 | 8 | 128 | 2 |
| 29 | 24 | 8 | 129 | 4 |
| 29 | 25 | 8 | 132 | 3 |
| 29 | 26 | 8 | 134 | 4 |
| 29 | 27 | 8 | 135 | 4 |
| 29 | 28 | 8 | 137 | 1 |
| 29 | 29 | 8 | 138 | 2 |
| 29 | 30 | 8 | 144 | 1 |
| 29 | 31 | 8 | 150 | 9 |
| 29 | 32 | 8 | 182 | 2 |
| 29 | 33 | 9 | 21 | 1 |
| 29 | 34 | 9 | 85 | 2 |
| 29 | 35 | 9 | 100 | 3 |
| 29 | 36 | 9 | 108 | 2 |
| 29 | 37 | 9 | 108 | 4 |
| 29 | 38 | 9 | 185 | 5 |
| 29 | 39 | 9 | 185 | 6 |

OK

| Row | Plot | yr | fam | sn |
|---|---|---|---|---|
| 1 | 27 | 12 | 2 | 1 X |
| 1 | 34 | 12 | 2 | 2 X |
| 1 | 41 | 12 | 2 | 3 X |
| 1 | 140 | 12 | 2 | 4 X |
| 1 | 30 | 12 | 2 | 5 X |
| 1 | 25 | 12 | 2 | 6 X |
| 1 | 151 | 12 | 3 | 1 X |
| 1 | 72 | 12 | 4 | 1 X |
| 1 | 180 | 12 | 4 | 2 X |
| 1 | 195 | 12 | 5 | 1 X |
| 1 | 189 | 12 | 5 | 2 X |
| 2 | 13 | 12 | 6 | 1 X |
| 2 | 140 | 12 | 7 | 1 X |
| 2 | 37 | 12 | 7 | 2 X |
| 2 | 134 | 12 | 7 | 3 X |
| 2 | 28 | 12 | 7 | 4 X |
| 2 | 53 | 12 | 8 | 1 X |
| 2 | 58 | 12 | 8 | 2 X |
| 2 | 175 | 12 | 9 | 1 X |
| 2 | 174 | 12 | 9 | 2 X |
| 2 | 181 | 12 | 9 | 3 X |
| 3 | 120 | 12 | 11 | 2 X |
| 3 | 13 | 12 | 11 | 3 X |
| 3 | 131 | 12 | 12 | 1 X |
| 3 | 38 | 12 | 12 | 2 X |
| 3 | 143 | 12 | 12 | 3 X |
| 3 | 60 | 12 | 13 | 1 X |
| 3 | 187 | 12 | 14 | 1 X |
| 4 | 169 | 12 | 18 | 1 X |
| 5 | 102 | 12 | 20 | 1 X |
| 5 | 29 | 12 | 21 | 1 X |
| 5 | 61 | 12 | 23 | 1 X |
| 5 | 173 | 12 | 23 | 2 X |
| 6 | 71 | 12 | 28 | 1 X |
| 6 | 180 | 12 | 28 | 2 X |
| 6 | 194 | 12 | 29 | 1 X |
| 7 | 36 | 12 | 31 | 1 X |
| 7 | 149 | 12 | 31 | 2 X |
| 7 | 44 | 12 | 31 | 3 X |
| 7 | 56 | 12 | 32 | 1 X |
| 7 | 192 | 12 | 34 | 1 X |
| 8 | 33 | 12 | 35 | 1 X |
| 8 | 150 | 12 | 36 | 1 X |
| 8 | 142 | 12 | 36 | 2 X |
| 8 | 158 | 12 | 37 | 1 X |
| 8 | 190 | 12 | 38 | 1 X |
| 9 | 123 | 12 | 40 | 1 X |
| 9 | 32 | 12 | 40 | 2 X |
| 9 | 145 | 12 | 41 | 1 X |
| 9 | 194 | 12 | 43 | 1 X |
| 9 | 200 | 12 | 43 | 2 X |
| 9 | 82 | 12 | 43 | 3 X |
| 10 | 9 | 12 | 44 | 1 X |

checked
12/12/13

(1)

| | | | | | |
|---|---|---|---|---|---|
| 10 | 102 | 12 | 44 | 2 | X |
| 10 | 51 | 12 | 46 | 1 | X |
| 10 | 88 | 12 | 48 | 1 | X |
| 10 | 87 | 12 | 48 | 2 | X |
| 11 | 127 | 12 | 49 | 1 | X |
| 11 | 32 | 12 | 50 | 1 | X |
| 11 | 33 | 12 | 50 | 2 | X |
| 11 | 81 | 12 | 52 | 1 | X |
| 11 | 179 | 12 | 52 | 2 | X |
| 11 | 176 | 12 | 52 | 3 | X |
| 12 | 10 | 12 | 53 | 1 | X |
| 12 | 109 | 12 | 53 | 2 | X |
| 12 | 146 | 12 | 55 | 1 | X |
| 12 | 151 | 12 | 55 | 2 | X |
| 12 | 51 | 12 | 55 | 3 | X |
| 12 | 65 | 12 | 56 | 1 | X |
| 12 | 162 | 12 | 56 | 2 | X |
| 12 | 64 | 12 | 56 | 3 | X |
| 14 | 24 | 12 | 64 | 1 | X |
| 14 | 25 | 12 | 64 | 2 | X |
| 14 | 138 | 12 | 64 | 3 | X |
| 14 | 40 | 12 | 64 | 4 | X |
| 14 | 62 | 12 | 65 | 1 | X |
| 14 | 174 | 12 | 66 | 1 | X |
| 14 | 179 | 12 | 66 | 2 | X |
| 14 | 76 | 12 | 66 | 3 | X |
| 14 | 165 | 12 | 66 | 4 | X |
| 14 | 88 | 12 | 67 | 1 | X |
| 14 | 189 | 12 | 67 | 2 | X |
| 15 | 112 | 12 | 68 | 1 | X |
| 15 | 113 | 12 | 68 | 2 | X |
| 15 | 34 | 12 | 69 | 1 | X |
| 15 | 29 | 12 | 69 | 2 | X |
| 15 | 66 | 12 | 70 | 1 | X |
| 15 | 158 | 12 | 70 | 2 | X |
| 15 | 64 | 12 | 70 | 3 | X |
| 15 | 57 | 12 | 70 | 4 | X |
| 15 | 183 | 12 | 71 | 1 | X |
| 15 | 188 | 12 | 71 | 2 | X |
| 15 | 86 | 12 | 71 | 3 | X |
| 15 | 100 | 12 | 72 | 1 | X |
| 16 | 15 | 12 | 73 | 1 | X |
| 16 | 113 | 12 | 73 | 2 | X |
| 16 | 60 | 12 | 75 | 1 | X |
| 16 | 180 | 12 | 76 | 1 | X |
| 17 | 157 | 12 | 79 | 1 | X |
| 17 | 164 | 12 | 80 | 1 | X |
| 17 | 59 | 12 | 80 | 2 | X |
| 17 | 190 | 12 | 81 | 1 | X |
| 18 | 109 | 12 | 82 | 1 | X |
| 18 | 16 | 12 | 82 | 2 | X |
| 18 | 24 | 12 | 83 | 1 | X |
| 18 | 126 | 12 | 83 | 2 | X |
| 18 | 130 | 12 | 83 | 3 | X |

| | | | | |
|---|---|---|---|---|
| 18 | 43 | 12 | 84 | 1 |
| 18 | 147 | 12 | 84 | 2 |
| 18 | 181 | 12 | 85 | 1 |
| 18 | 79 | 12 | 85 | 2 |
| 19 | 28 | 12 | 88 | 1 |
| 19 | 158 | 12 | 89 | 1 |
| 19 | 64 | 12 | 89 | 2 |
| 20 | 105 | 12 | 91 | 1 |
| 20 | 184 | 12 | 95 | 1 |
| 20 | 178 | 12 | 95 | 2 |
| 21 | 7 | 12 | 96 | 1 |
| 20 | 95 | 12 | 96 | 2 |
| 21 | 130 | 12 | 97 | 1 |
| 21 | 125 | 12 | 97 | 2 |
| 21 | 23 | 12 | 97 | 3 |
| 38 | 88 | 12 | 98 | 1 |
| 39 | 103 | 12 | 99 | 1 |
| 38 | 189 | 12 | 99 | 2 |
| 21 | 167 | 12 | 99 | 3 |
| 21 | 180 | 12 | 100 | 1 |
| 39 | 111 | 12 | 100 | 2 |
| 39 | 23 | 12 | 100 | 3 |
| 39 | 190 | 12 | 104 | 1 |
| 22 | 45 | 12 | 104 | 2 |
| 22 | 46 | 12 | 104 | 3 |
| 39 | 195 | 12 | 104 | 4 |
| 22 | 161 | 12 | 104 | 5 |
| 22 | 59 | 12 | 104 | 6 |
| 22 | 148 | 12 | 104 | 7 |
| 22 | 60 | 12 | 104 | 8 |
| 39 | 90 | 12 | 104 | 11 |
| 22 | 64 | 12 | 105 | 1 |
| 40 | 105 | 12 | 105 | 2 |
| 40 | 10 | 12 | 105 | 3 |
| 22 | 62 | 12 | 105 | 4 |
| 22 | 166 | 12 | 105 | 5 |
| 39 | 198 | 12 | 105 | 6 |
| 22 | 175 | 12 | 105 | 8 |
| 40 | 4 | 12 | 105 | 10 |
| 22 | 188 | 12 | 106 | 1 |
| 22 | 184 | 12 | 106 | 2 |
| 22 | 91 | 12 | 106 | 3 |
| 40 | 127 | 12 | 106 | 4 |
| 40 | 21 | 12 | 106 | 5 |
| 22 | 191 | 12 | 106 | 6 |
| 22 | 180 | 12 | 106 | 9 |
| 40 | 36 | 12 | 107 | 1 |
| 40 | 144 | 12 | 107 | 2 |
| 40 | 35 | 12 | 107 | 3 |
| 23 | 106 | 12 | 107 | 4 |
| 23 | 126 | 12 | 108 | 1 |
| 40 | 154 | 12 | 108 | 2 |
| 40 | 63 | 12 | 108 | 3 |
| 23 | 122 | 12 | 108 | 4 |

| | | | | |
|---|---|---|---|---|
| 23 | 151 | 12 | 109 | 1 |
| 23 | 145 | 12 | 109 | 2 |
| 40 | 78 | 12 | 109 | 3 |
| 23 | 156 | 12 | 110 | 1 |
| 23 | 57 | 12 | 110 | 2 |
| 40 | 95 | 12 | 110 | 3 |
| 23 | 165 | 12 | 110 | 4 |
| 23 | 71 | 12 | 111 | 1 |
| 41 | 115 | 12 | 111 | 2 |
| 24 | 105 | 12 | 112 | 1 |
| 23 | 92 | 12 | 112 | 2 |
| 23 | 100 | 12 | 112 | 3 |
| 24 | 101 | 12 | 112 | 4 |
| 41 | 33 | 12 | 112 | 7 |
| 41 | 131 | 12 | 112 | 8 |
| 41 | 46 | 12 | 113 | 1 |
| 24 | 117 | 12 | 113 | 2 |
| 24 | 115 | 12 | 113 | 3 |
| 24 | 36 | 12 | 114 | 1 |
| 24 | 147 | 12 | 115 | 1 |
| 41 | 191 | 12 | 115 | 2 |
| 41 | 79 | 12 | 115 | 3 |
| 24 | 149 | 12 | 115 | 4 |
| 24 | 148 | 12 | 115 | 5 |
| 41 | 82 | 12 | 115 | 6 |
| 41 | 185 | 12 | 115 | 7 |
| 24 | 142 | 12 | 115 | 9 |
| 24 | 71 | 12 | 116 | 1 |
| 24 | 179 | 12 | 117 | 1 |
| 42 | 17 | 12 | 117 | 2 |
| 24 | 88 | 12 | 117 | 3 |
| 25 | 10 | 12 | 118 | 1 |
| 25 | 5 | 12 | 118 | 2 |
| 42 | 39 | 12 | 118 | 3 |
| 43 | 7 | 12 | 122 | 1 |
| 43 | 106 | 12 | 122 | 2 |
| 26 | 110 | 12 | 124 | 1 |
| 43 | 63 | 12 | 125 | 1 |
| 26 | 125 | 12 | 125 | 3 |
| 43 | 200 | 12 | 127 | 1 |
| 26 | 86 | 12 | 128 | 1 |
| 26 | 183 | 12 | 128 | 2 |
| 26 | 92 | 12 | 128 | 3 |
| 44 | 118 | 12 | 128 | 4 |
| 26 | 193 | 12 | 128 | 5 |
| 44 | 129 | 12 | 129 | 2 |
| 27 | 120 | 12 | 130 | 2 |
| 44 | 168 | 12 | 131 | 1 |
| 27 | 34 | 12 | 131 | 2 |
| 27 | 149 | 12 | 132 | 1 |
| 27 | 159 | 12 | 132 | 2 |
| 27 | 54 | 12 | 132 | 3 |
| 44 | 197 | 12 | 132 | 4 |
| 27 | 60 | 12 | 132 | 5 |

| | | | | |
|---|---|---|---|---|
| 28 | 48 | 12 | 137 | 1 |
| 45 | 85 | 12 | 137 | 2 |
| 46 | 105 | 12 | 138 | 1 |
| 46 | 34 | 12 | 140 | 1 |
| 46 | 130 | 12 | 140 | 2 |
| 29 | 132 | 12 | 142 | 1 |
| 29 | 152 | 12 | 143 | 1 |
| 29 | 151 | 12 | 143 | 2 |
| 29 | 48 | 12 | 143 | 3 |
| 47 | 127 | 12 | 145 | 1 |
| 30 | 7 | 12 | 146 | 1 |
| 30 | 109 | 12 | 146 | 2 |
| 47 | 161 | 12 | 147 | 1 |
| 30 | 129 | 12 | 147 | 2 |
| 30 | 144 | 12 | 148 | 1 |
| 30 | 136 | 12 | 148 | 2 |
| 47 | 73 | 12 | 148 | 3 |
| 30 | 53 | 12 | 148 | 4 |
| 30 | 141 | 12 | 148 | 5 |
| 48 | 6 | 12 | 149 | 1 |
| 30 | 55 | 12 | 149 | 2 |
| 30 | 94 | 12 | 151 | 1 |
| 30 | 194 | 12 | 151 | 2 |
| 31 | 17 | 12 | 152 | 1 |
| 31 | 23 | 12 | 152 | 2 |
| 48 | 149 | 12 | 152 | 3 |
| 31 | 68 | 12 | 155 | 1 |
| 49 | 102 | 12 | 155 | 2 |
| 49 | 77 | 12 | 159 | 1 |
| 49 | 74 | 12 | 159 | 2 |
| 32 | 32 | 12 | 159 | 3 |
| 32 | 153 | 12 | 160 | 1 |
| 32 | 155 | 12 | 160 | 2 |
| 32 | 61 | 12 | 160 | 3 |
| 49 | 192 | 12 | 160 | 4 |
| 50 | 108 | 12 | 161 | 1 |
| 50 | 13 | 12 | 161 | 2 |
| 32 | 172 | 12 | 161 | 3 |
| 32 | 68 | 12 | 161 | 4 |
| 50 | 30 | 12 | 162 | 1 |
| 32 | 87 | 12 | 162 | 2 |
| 50 | 25 | 12 | 162 | 3 |
| 33 | 110 | 12 | 163 | 1 |
| 33 | 162 | 12 | 166 | 1 |
| 33 | 62 | 12 | 166 | 2 |
| 51 | 10 | 12 | 167 | 1 |
| 51 | 108 | 12 | 167 | 2 |
| 33 | 72 | 12 | 167 | 3 |
| 51 | 150 | 12 | 169 | 1 |
| 51 | 37 | 12 | 169 | 2 |
| 34 | 103 | 12 | 169 | 3 |
| 51 | 141 | 12 | 169 | 4 |
| 34 | 28 | 12 | 170 | 1 |
| 34 | 48 | 12 | 171 | 1 |

| | | | | |
|---|---|---|---|---|
| 51 | 82 | 12 | 171 | 5 |
| 51 | 98 | 12 | 172 | 1 |
| 51 | 93 | 12 | 172 | 2 |
| 35 | 19 | 12 | 175 | 1 |
| 35 | 40 | 12 | 176 | 1 |
| 35 | 44 | 12 | 177 | 1 |
| 52 | 100 | 12 | 178 | 1 |
| 53 | 104 | 12 | 178 | 2 |
| 53 | 10 | 12 | 178 | 3 |
| 53 | 110 | 12 | 178 | 4 |
| 52 | 96 | 12 | 178 | 5 |
| 35 | 91 | 12 | 179 | 1 |
| 53 | 23 | 12 | 179 | 2 |
| 53 | 142 | 12 | 180 | 1 |
| 36 | 112 | 12 | 180 | 2 |
| 36 | 4 | 12 | 180 | 3 |
| 36 | 101 | 12 | 180 | 4 |
| 53 | 137 | 12 | 180 | 6 |
| 36 | 121 | 12 | 181 | 1 |
| 53 | 181 | 12 | 182 | 1 |
| 53 | 78 | 12 | 182 | 2 |
| 53 | 175 | 12 | 182 | 3 |
| 53 | 75 | 12 | 182 | 4 |
| 53 | 74 | 12 | 182 | 5 |
| 53 | 80 | 12 | 182 | 6 |
| 53 | 199 | 12 | 183 | 1 |
| 36 | 173 | 12 | 184 | 1 |
| 36 | 85 | 12 | 184 | 2 |
| 37 | 102 | 12 | 185 | 1 |
| 54 | 137 | 12 | 185 | 2 |
| 54 | 55 | 12 | 186 | 1 |
| 55 | 107 | 12 | 189 | 1 |
| 37 | 75 | 12 | 189 | 2 |
| 55 | 24 | 12 | 190 | 1 |
| 37 | 84 | 12 | 190 | 2 |
| 37 | 87 | 12 | 190 | 3 |
| 37 | 179 | 12 | 190 | 4 |
| 38 | 2 | 12 | 191 | 1 |
| 38 | 29 | 12 | 192 | 1 |
| 38 | 44 | 12 | 193 | 1 |
| 38 | 139 | 12 | 193 | 2 |
| 55 | 90 | 12 | 194 | 1 |