# Exhibit 27



02228 060315 U.S. PTO

U.S. PTO
14/545653
06/03/2015

PTO/AIA/19 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# PLANT PATENT APPLICATION TRANSMITTAL

(Only for new nonprovisional applications under 37 CFR 1.53(b))

| Attorney Docket No. | 514112907900 |
|---|---|
| First Named Inventor | Douglas V. SHAW |
| Title | STRAWBERRY CULTIVARS |
| Express Mail Label No. | EF 009249648 US |

**ADDRESS TO:** Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## APPLICATION ELEMENTS
See MPEP chapter 600 & 1600 concerning plant patent application contents.

1. [X] **Fee Transmittal Form** (PTO/SB/17 or equivalent) (1 page)
2. [ ] **Applicant asserts small entity status.** See 37 CFR 1.27.
3. [ ] **Applicant certifies micro entity status.** See 37 CFR 1.29. Applicant must attach form PTO/SB/15A or B or equivalent.
4. [X] **Specification** [Total Pages 199]
   (preferred arrangement set forth below)
   - Descriptive title of the invention
   - Cross References to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Latin name of genus and species
   - Variety denomination
   - Background of the Invention
   - Brief Description of the Drawings
   - Detailed Botanical Description
   - A single claim
   - Abstract of the Disclosure
5. [X] **Color Drawing(s)** [Total Sheets 504]
   (2 copies required - 37 CFR 1.165(b))
6. [ ] **Inventor's Oath or Declaration** [Total Pages ___]
   (Including substitute statements under 37 CFR 1.64 and assignments serving as an oath or declaration under 37 CFR 1.63(e))
   a. [ ] Newly executed (original or copy)
   b. [ ] A copy from a prior application (37 CFR 1.63(d))
7. [X] **Application Data Sheet** (7 pages) *See note below.
   See 37 CFR 1.76 (PTO/AIA/14 or equivalent)

## ACCOMPANYING APPLICATION PARTS

8. [ ] **Assignment Papers** (cover sheet & document(s))
9. [ ] **37 CFR 3.73(c) Statement** (when there is an assignee)   [ ] **Power of Attorney**
10. [ ] **English Translation Document** (if applicable)
11. [ ] **Information Disclosure Statement (IDS)** (PTO/SB/08 or PTO-1449)
    [ ] Copies of foreign patent documents, publications, and other information
12. [ ] **Preliminary Amendment**
13. [X] **Return Receipt Postcard** (MPEP § 503) (Should be specifically itemized)
14. [ ] **Certified Copy of Priority Document(s)** (if foreign priority is claimed)
15. [ ] **Request Nonpublication** Under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent.
16. [ ] **Other:** _____

**Note:** Please state the Latin name and variety denomination of the plant claimed in a separate section of the specification.

*Note: (1) Benefit claims under 37 CFR 1.78 and foreign priority claims under 1.55 **must** be included in an Application Data Sheet (ADS).
(2) For applications filed under 35 U.S.C. 111, the application must contain an ADS specifying the applicant if the applicant is an assignee, person to whom the inventor is under an obligation to assign, or person who otherwise shows sufficient proprietary interest in the matter. See 37 CFR 1.46(b).

## 17. CORRESPONDENCE ADDRESS

[X] The address associated with Customer Number: 20872    OR    [ ] Correspondence address below

| Name | |
| Address | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Email | |

| Signature | *Michael R Ward* | Date | June 3, 2015 |
|---|---|---|---|
| Name (Print/Type) | Michael R. Ward | Registration No. (Attorney/Agent) | 38,651 |

I hereby certify that this paper is being deposited with the U.S. Postal Service as Express Mail, Airbill No. EF 009249648 US, on the date shown below in an envelope addressed to:
Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450

Dated: June 3, 2015    Signature: _____ (Alexis Perry)

sf-3541939

PTO/SB/17 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# FEE TRANSMITTAL

| Complete if known | |
|---|---|
| Application Number | Not Yet Assigned |
| Filing Date | Concurrently Herewith |
| First Named Inventor | Douglas V. SHAW |
| Examiner Name | Not Yet Assigned |
| Art Unit | Not Yet Assigned |
| Practitioner Docket No. | 514112907900 |

[ ] Applicant asserts small entity status. See 37 CFR 1.27.
[ ] Applicant certifies micro entity status. See 37 CFR 1.29. Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

TOTAL AMOUNT OF PAYMENT    ($)  6,480.00

**METHOD OF PAYMENT** (check all that apply)
[ ] Check  [ ] Credit Card  [ ] Money Order  [ ] None  [ ] Other (please identify): ___
[x] Deposit Account    Deposit Account Number: 03-1952    Deposit Account Name: Morrison & Foerster LLP

For the above-identified deposit account, the Director is hereby authorized to (check all that apply):
[x] Charge fee(s) indicated below
[ ] Charge fee(s) indicated below, **except for the filing fee**
[x] Charge any additional fee(s) or underpayment of fee(s) under 37 CFR 1.16 and 1.17
[x] Credit any overpayment of fee(s)

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

## FEE CALCULATION

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES** (U = undiscounted fee; S = small entity fee; M = micro entity fee)

| Application Type | FILING FEES | | | SEARCH FEES | | | EXAMINATION FEES | | | Fees Paid ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | U ($) | S ($) | M ($) | U ($) | S ($) | M ($) | U ($) | S ($) | M ($) | |
| Utility | 280 | 140* | 70 | 600 | 300 | 150 | 720 | 360 | 180 | |
| Design | 180 | 90 | 45 | 120 | 60 | 30 | 460 | 230 | 115 | |
| Plant | 180 | 90 | 45 | 380 | 190 | 95 | 580 | 290 | 145 | 1,140.00 |
| Reissue | 280 | 140 | 70 | 600 | 300 | 150 | 2,160 | 1,080 | 540 | |
| Provisional | 260 | 130 | 65 | 0 | 0 | 0 | 0 | 0 | 0 | |

* The $140 small entity status filing fee for a utility application is further reduced to $70 for a small entity status applicant who files the application via EFS-Web.

**2. EXCESS CLAIM FEES**

| Fee Description | Undiscounted Fee ($) | Small Entity Fee ($) | Micro Entity Fee ($) |
|---|---|---|---|
| Each claim over 20 (including Reissues) | 80 | 40 | 20 |
| Each independent claim over 3 (including Reissues) | 420 | 210 | 105 |
| Multiple dependent claims | 780 | 390 | 195 |

| Total Claims | Extra Claims | Fee ($) | Fee Paid ($) | Multiple Dependent Claims | |
|---|---|---|---|---|---|
| ___ - 20 or HP = ___ | x ___ | = ___ | | Fee ($) | Fee Paid ($) |
| | | | | ___ | ___ |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| ___ - 3 or HP = ___ | x ___ | = ___ | |

HP = highest number of independent claims paid for, if greater than 3.

**3. APPLICATION SIZE FEE**
If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $400 ($200 for small entity) ($100 for micro entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| 703 - 100 = | 603 /50 = | 13 (round up to a whole number) x | 400.00 = | 5,200.00 |

**4. OTHER FEE(S)**                                                                Fees Paid ($)
Non-English specification, $130 fee (no small or micro entity discount)    ___
**Non-electronic filing fee under 37 CFR 1.16(t) for a utility application, $400 fee ($200 small or micro entity)**    ___
Other (e.g., late filing surcharge):   1051 Surcharge - Late filing fee, search fee, ...    140.00

| SUBMITTED BY | | | | |
|---|---|---|---|---|
| Signature | /Michael Ward/ | Registration No. (Attorney/Agent) 38,651 | Telephone | (415) 268-6237 |
| Name (Print/Type) | Michael R. Ward | | Date | June 3, 2015 |

I hereby certify that this paper is being deposited with the U.S. Postal Service as Express Mail, Airbill No. EF 009249648 US, on the date shown below in an envelope addressed to:
Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

Dated: June 3, 2015       Signature: _____ (Alexis Perry)

sf-3541978

UC_STRAW2_00000094

PTO/SB/17 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# FEE TRANSMITTAL

**Complete if known**

| | |
|---|---|
| Application Number | Not Yet Assigned |
| Filing Date | Concurrently Herewith |
| First Named Inventor | Douglas V. SHAW |
| Examiner Name | Not Yet Assigned |
| Art Unit | Not Yet Assigned |
| Practitioner Docket No. | 514112907900 |

☐ Applicant asserts small entity status. See 37 CFR 1.27.
☐ Applicant certifies micro entity status. See 37 CFR 1.29. Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

**TOTAL AMOUNT OF PAYMENT** ($) 6,480.00

**METHOD OF PAYMENT** (check all that apply)
☐ Check  ☐ Credit Card  ☐ Money Order  ☐ None  ☐ Other (please identify): _____
☒ Deposit Account    Deposit Account Number: 03-1952    Deposit Account Name: Morrison & Foerster LLP

For the above-identified deposit account, the Director is hereby authorized to (check all that apply):
☒ Charge fee(s) indicated below          ☐ Charge fee(s) indicated below, **except for the filing fee**
☒ Charge any additional fee(s) or underpayment of fee(s) under 37 CFR 1.16 and 1.17
☒ Credit any overpayment of fee(s)

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

## FEE CALCULATION

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES** (U = undiscounted fee; S = small entity fee; M = micro entity fee)

| | FILING FEES | | | SEARCH FEES | | | EXAMINATION FEES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Application Type** | **U ($)** | **S ($)** | **M ($)** | **U ($)** | **S ($)** | **M ($)** | **U ($)** | **S ($)** | **M ($)** | **Fees Paid ($)** |
| Utility | 280 | 140* | 70 | 600 | 300 | 150 | 720 | 360 | 180 | |
| Design | 180 | 90 | 45 | 120 | 60 | 30 | 460 | 230 | 115 | |
| Plant | 180 | 90 | 45 | 380 | 190 | 95 | 580 | 290 | 145 | 1,140.00 |
| Reissue | 280 | 140 | 70 | 600 | 300 | 150 | 2,160 | 1,080 | 540 | |
| Provisional | 260 | 130 | 65 | 0 | 0 | 0 | 0 | 0 | 0 | |

* The $140 small entity status filing fee for a utility application is further reduced to $70 for a small entity status applicant who files the application via EFS-Web.

**2. EXCESS CLAIM FEES**

| Fee Description | Undiscounted Fee ($) | Small Entity Fee ($) | Micro Entity Fee ($) |
|---|---|---|---|
| Each claim over 20 (including Reissues) | 80 | 40 | 20 |
| Each independent claim over 3 (including Reissues) | 420 | 210 | 105 |
| Multiple dependent claims | 780 | 390 | 195 |

| Total Claims | Extra Claims | Fee ($) | Fee Paid ($) | Multiple Dependent Claims | |
|---|---|---|---|---|---|
| ___ - 20 or HP = ___ | x ___ | = ___ | | Fee ($) ___ | Fee Paid ($) ___ |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| ___ - 3 or HP = ___ | x ___ | = ___ | |

HP = highest number of independent claims paid for, if greater than 3.

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $400 ($200 for small entity) ($100 for micro entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| 703 - 100 = | 603 /50 = | 13 (round up to a whole number) x | 400.00 = | 5,200.00 |

**4. OTHER FEE(S)**                                                                                     Fees Paid ($)
Non-English specification, $130 fee (no small or micro entity discount)                                  ___
Non-electronic filing fee under 37 CFR 1.16(t) for a utility application, $400 fee ($200 small or micro entity)   ___
Other (e.g., late filing surcharge): 1051 Surcharge - Late filing fee, search fee, ...                  140.00

**SUBMITTED BY**

| Signature | /Michael Ward/ | Registration No. (Attorney/Agent) | 38,651 | Telephone | (415) 268-6237 |
|---|---|---|---|---|---|
| Name (Print/Type) | Michael R. Ward | | | Date | June 3, 2015 |

---

I hereby certify that this paper is being deposited with the U.S. Postal Service as Express Mail, Airbill No. EF 009249648 US, on the date shown below in an envelope addressed to:
Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

Dated: June 3, 2015    Signature: _____ (Alexis Perry)

sf-3541978

Application No. (if known):                                          Attorney Docket No.: 514112907900

# Certificate of Express Mailing Under 37 C.F.R. § 1.10

I hereby certify that this correspondence is being deposited with the United States Postal Service as Express Mail, Airbill No. EF 009249648 US in an envelope addressed to:

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

on        June 3, 2015
              Date

_____
Signature

Alexis Perry
Typed or printed name of person signing Certificate

_____      (415) 268-7000
Registration Number, if applicable      Telephone Number

Note: Each paper must have its own certificate of mailing, or this certificate must identify each submitted paper.

Plant Application Transmittal (1 page)
Fee Transmittal -2 copies- 1 page ea. (2 pages)
Application Data Sheet (7 pages)
Specification (199 pages)
Color Drawings 2 copies-504 pages ea. (1008 pages)
Return Receipt Postcard

SF-3541946

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 514112907900 |
|---|---|---|
| | Application Number | |
| Title of Invention | STRAWBERRY CULTIVARS | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1**
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Douglas | V. | SHAW | |

Residence Information (Select One)  ● US Residency   ○ Non US Residency   ○ Active US Military Service

| City | Davis | State/Province | CA | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 1002 Stanford Dr. |
|---|---|
| Address 2 | |
| City | Davis | State/Province | CA |
| Postal Code | 95616 | Country i | US |

**Inventor 2**
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Kirk | D. | LARSON | |

Residence Information (Select One)  ● US Residency   ○ Non US Residency   ○ Active US Military Service

| City | Santa Ana | State/Province | CA | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 12695 Barrett Lane |
|---|---|
| Address 2 | |
| City | Santa Ana | State/Province | CA |
| Postal Code | 92705 | Country i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.  [Add]

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 514112907900 |
|---|---|---|
| | Application Number | |
| Title of Invention | STRAWBERRY CULTIVARS | |

☐ An Address is being provided for the correspondence Information of this application.

| Customer Number | 20872 | | |
|---|---|---|---|
| Email Address | patentdocket@mofo.com | Add Email | Remove Email |

## Application Information:

| Title of the Invention | STRAWBERRY CULTIVARS | | |
|---|---|---|---|
| Attorney Docket Number | 514112907900 | Small Entity Status Claimed | ☐ |
| Application Type | Nonprovisional | | |
| Subject Matter | Plant | | |
| Total Number of Drawing Sheets (if any) | 504 | Suggested Figure for Publication (if any) | |
| Plant Submissions Only: | | | |
| Latin Name | Fragaria x ananassa Duch | Variety Denomination Name | '01.80-602' et al. |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| | | | |
|---|---|---|---|
| Please Select One: | ● Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 514112907900 |
|---|---|---|
| | Application Number | |

| Title of Invention | STRAWBERRY CULTIVARS |
|---|---|

| Customer Number | 20872 |
|---|---|

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Claims benefit of provisional | 61999632 | 2014-07-30 |
| Prior Application Status | Pending | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Claims benefit of provisional | 61997548 | 2014-06-04 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

UC_STRAW2_00000099

Case 3:16-cv-02477-VC   Document 156-10   Filed 02/09/17   Page 9 of 20

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 514112907900 |
|---|---|---|
| | Application Number | |
| Title of Invention | STRAWBERRY CULTIVARS | |

# Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

# Authorization to Permit Access:

☐ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

# Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 514112907900 |
|---|---|---|
| | Application Number | |
| Title of Invention | STRAWBERRY CULTIVARS | |

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[Clear]

(●) Assignee    ( ) Legal Representative under 35 U.S.C. 117    ( ) Joint Inventor
( ) Person to whom the inventor is obligated to assign.    ( ) Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here.    [X]

| Organization Name | The Regents of the University of California |
|---|---|

**Mailing Address Information For Applicant:**

| Address 1 | 1111 Franklin Street, 12th Floor | | |
|---|---|---|---|
| Address 2 | | | |
| City | Oakland | State/Province | CA |
| Country | US | Postal Code | 94607-5200 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

If the Assignee or Non-Applicant Assignee is an Organization check here.    [X]

EFS Web 2.2.11

UC_STRAW2_00000101

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 514112907900 |
|---|---|---|
| | Application Number | |

| Title of Invention | STRAWBERRY CULTIVARS |
|---|---|

| Organization Name | The Regents of the University of California |
|---|---|

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | 1111 Franklin Street, 12th Floor | | |
|---|---|---|---|
| Address 2 | | | |
| City | Oakland | State/Province | CA |
| Country | US | Postal Code | 94607-5200 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| Signature | *Michael R Ward* | Date (YYYY-MM-DD) | 2015-06-03 |
|---|---|---|---|
| First Name | Michael | Last Name | Ward | Registration Number | 38651 |

Additional Signature may be generated within this form by selecting the Add button.

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

UC_STRAW2_00000103

Attorney Docket No.: 514112907900

CLAIM

What we claim is:

1.  A new and distinct cultivar of strawberry plant as shown and described herein, wherein the cultivar is selected from the group consisting of '01.80-602', '01.138-1', '03.132-3', '04.9-5', '04.18-4', '04.41-6', '04.41-7', '04.76-4', '04.77-2', '05.92-11', '05.95-4', '05.99-6', '05.107-2', '05.108-7', '05.109-2', '05.117-5', '05.120-9', '05.132-1', '05.148-2', '05.165-1', '05.197-2', '05.205-2', '05.206-5', '06.16-602', '06.20-605', '06.51-609', '06.137-2', '06.204-1', '07.1-608', '07.9-601', '07.64-2', '07.64-3', '07.64-5', '07.67-608', '07.90-606', '07.92-3', '07.120-3', '07.134-1', '07.148-1', '07.148-3', '08.5-601', '08.13-605', '08.17-5', '08.18-5', '08.37-603', '08.43-1', '08.43-4', '08.75-1', '08.114-5', '08.123-1', '08.124-1', '08.128-2', '08.129-4', '08.131-3', '08.132-3', '08.137-1', '08.138-3', '08.150-9', '09.12-605', '09.16-601', '09.20-609', '09.32-605', '09.37-1', '09.48-3', '09.56-608', '09.61-602', '09.62-1', '09.68-602', '09.78-603', '09.85-2', '09.85-601', '09.88-602', '09.91-1', '09.97-3', '09.100-3', '09.103-2', '09.108-2', '09.132-3', '09.141-1', '09.154-605', '09.166-7', '09.171-602', '09.180-1', '10.1-604', '10.5-602', '10.7-3', '10.12-3', '10.15-605', '10.17-1', '10.17-2', '10.23-1', '10.24-2', '10.25-601', '10.30-1', '10.31-602', '10.37-604', '10.38-601', '10.70-611', '10.77-601', '10.78-603', '10.80-605', '10.81-1', '10.82-601', '10.87-2', '10.99-1', '10.105-1', '10.106-1', '10.106-8', '10.116-1', '10.122-3', '10.122-6', '10.124-2', '10.126-3', '10.127-1', '10.134-4', '10.136-4', '10.137-5', '10.140-1', '10.141-1', '10.143-1', '10.144-1', '10.144-2', '10.144-3', '10.160-1', '10.160-9', '10.169-1', '10.187-4', '11.21-1', '11.32-2', '11.34-605', '11.36-601', '11.39-1', '11.49-6', '11.50-1', '11.51-1', '11.55-4', '11.57-1', '11.62-603', '11.67-1', '11.71-601', '11.80-2', '11.103-1', '11.103-3', '11.103-5', '11.105-1', '11.107-5', '11.109-2', '11.109-3', '11.110-3', '11.113-6', '11.115-3', '11.116-1', '11.129-2', '11.141-1', '11.145-1', '11.151-3', '11.151-8', '11.153-2', '11.153-3', '11.154-5', '11.157-1', '11.158-1', '11.167-4', '11.179-3', '11.180-1', '11.181-2', '11.190-3', and '11.195-3'.

sf-3529493

UC_STRAW2_00000104

Attorney Docket No.: 514112907900

# STRAWBERRY CULTIVARS

## ABSTRACT

The invention relates to new strawberry cultivars (*Fragaria* x *ananassa* Duch.) which have distinct disease/pathogen resistance, yield, appearance, size, and firmness, and which display desirable plant and fruit qualities.

UC_STRAW2_00000105

**PATENT APPLICATION SERIAL NO.** _____

## U.S. DEPARTMENT OF COMMERCE
## PATENT AND TRADEMARK OFFICE
## <u>FEE RECORD SHEET</u>

```
06/05/2015 SSANDARA 00000001 031952    14545653

01 FC:1013          180.00 DA
02 FC:1113          380.00 DA
03 FC:1313          500.00 DA
04 FC:1051          140.00 DA
05 FC:1083         5200.00 DA
```

PTO – 1556
(5/87)

*U.S. Government Printing Office 2002-489-267/69033

UC_STRAW2_00000809



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/545,653 | 06/03/2015 | Douglas V. Shaw | 514112907900 |

**CONFIRMATION NO. 6040**

20872
MORRISON & FOERSTER LLP
425 MARKET STREET
SAN FRANCISCO, CA 94105-2482

**INFORMAL NOTICE**


*OC000000075771317*

Date Mailed: 06/17/2015

## INFORMATIONAL NOTICE TO APPLICANT

Applicant is notified that the above-identified application contains the deficiencies noted below. No period for reply is set forth in this notice for correction of these deficiencies. However, if a deficiency relates to the inventor's oath or declaration, the applicant must file an oath or declaration in compliance with 37 CFR 1.63, or a substitute statement in compliance with 37 CFR 1.64, executed by or with respect to each actual inventor no later than the expiration of the time period set in the "Notice of Allowability" to avoid abandonment. See 37 CFR 1.53(f).

The item(s) indicated below are also required and should be submitted with any reply to this notice to avoid further processing delays.

- A properly executed inventor's oath or declaration has not been received for the following inventor(s):
  Douglas V. Shaw
  Kirk D. Larson

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/cvorachack/

UC_STRAW2_00000810



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 14/545,653 | 06/03/2015 | 1661 | 6480 | 514112907900 | 1 | 1 |

**CONFIRMATION NO. 6040**
**FILING RECEIPT**

20872
MORRISON & FOERSTER LLP
425 MARKET STREET
SAN FRANCISCO, CA 94105-2482

Date Mailed: 06/17/2015

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**
            Douglas V. Shaw, Davis, CA;
            Kirk D. Larson, Santa Ana, CA;
**Applicant(s)**
            The Regents of the University of California, Oakland, CA;
**Assignment For Published Patent Application**
            The Regents of the University of California, Oakland, CA

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**
            This appln claims benefit of 61/999,632 07/30/2014
            and claims benefit of 61/997,548 06/04/2014

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**If Required, Foreign Filing License Granted:** 06/15/2015

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 14/545,653**

**Projected Publication Date:** 12/10/2015

**Non-Publication Request:** No

**Early Publication Request:** No

**Title**

      Strawberry cultivars

**Preliminary Class**

      PLT

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

UC_STRAW2_00000812

# LICENSE FOR FOREIGN FILING UNDER
## Title 35, United States Code, Section 184
## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

UC_STRAW2_00000813



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/545,653 | 06/03/2015 | Douglas V. Shaw | 514112907900 |

**CONFIRMATION NO. 6040**

20872
MORRISON & FOERSTER LLP
425 MARKET STREET
SAN FRANCISCO, CA 94105-2482

**PUBLICATION NOTICE**

*OC000000079264135*

**Title:** Strawberry cultivars
**Publication No.** US-2015-0359150-P1
**Publication Date:** 12/10/2015

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

UC_STRAW2_00000814