# Exhibit 55

| | |
|---|---|
| **From:** | Douglas Shaw <dvshaw@ucdavis.edu> |
| **Sent:** | Tuesday, August 07, 2012 9:49 AM |
| **To:** | David McGee |
| **Cc:** | Dushyant Pathak; Michael Carriere; Kirk D. Larson; Harris A Lewin |
| **Subject:** | Strawberry program funding and discounts |
| **Attachments:** | Shaw and Larson contract 2000.pdf |

Director McGee:

As specified by the attached agreement of March 20, 2000 Kirk Larson and I have the right to discontinue the funding arrangement therein. After review, we have chosen at this time to discontinue all research income generated through these nursery and licensee discounts. We will no longer require funding from the California Strawberry Commission (CSC), and as such the discounts permitted by license will need to be changed. My understanding is that the California nursery licenses that specify this discount require modification 6 months prior to plant sales, and that early March has been our typical deadline for license changes. We send notice now to permit ample time for IA to make the license modifications needed to end this funding discount prior to the fall 2013 plant harvest season, i.e. using the "available contractual mechanisms" specified in the attached agreement.

The timing here should permit nurseries to make their voluntary contributions on non-California plant sales, and receive discounts, through the present season (fall of 2012) should they choose to do so. The original agreement specified that a contribution from the CSC would secure a discount for one calendar year. Our final funding from the CSC was obtained beginning February 1, 2012, so I assume this will extend their discount until January 31, 2013. Please verify that this interpretation is correct.

Also, we expect that fall of 2012 will be the final opportunity for Master Licensee contributions and discounts through their analogous "Discount License Agreements" as well.

Thanks in advance for your prompt reply to this notice.

Douglas V. Shaw

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    UC_STRAW2_00080847