# Exhibit 69

1   Rick L. McKnight (State Bar No. 55183)
    fmcknight@jonesday.com
2   Alexis Adian Smith (State Bar No. 274429)
    asmith@jonesday.com
3   JONES DAY
    555 South Flower Street
4   Fiftieth Floor
    Los Angeles, CA  90071.2300
5   Telephone:     +1.213.489.3939
    Facsimile:     +1.213.243.2539
6
    Greg L. Lippetz (State Bar No. 154228)
7   glippetz@jonesday.com
    JONES DAY
8   1755 Embarcadero Road
    Palo Alto, CA 94303
9   Telephone:     +1.650.739.3939
    Facsimile:     +1.650.739.3900
10  Attorneys for Plaintiff and Cross-Defendant
    CALIFORNIA BERRY CULTIVARS, LLC
11
                    UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13
                     SAN FRANCISCO DIVISION
14

15
    CALIFORNIA BERRY CULTIVARS, LLC,        Case No. 3:16-cv-02477-VC
16
                        Plaintiff,          **CALIFORNIA BERRY CULTIVARS,**
17                                          **LLC'S RESPONSES TO THE**
             v.                             **REGENTS OF THE UNIVERSITY OF**
18                                          **CALIFORNIA'S FIRST SET OF**
    THE REGENTS OF THE UNIVERSITY OF        **REQUESTS FOR ADMISSION**
19  CALIFORNIA,                             **(NOS. 1 - 72)**

20                      Defendant.

21
    THE REGENTS OF THE UNIVERSITY OF
22  CALIFORNIA,

23                      Cross-Complainant,

24           v.

25  CALIFORNIA BERRY CULTIVARS,
    DOUGLAS SHAW, AND KIRK LARSON
26
                        Cross-Defendants.
27

28

1    Pursuant to Rules 26 and 36 of the Federal Rule of Civil Procedure, Plaintiff California

2    Berry Cultivars, LLC ("CBC"), submits the following objections and responses to The Regents of

3    the University of California's ("University's") First Set of Requests for Admissions ("Requests").

4                                    **GENERAL OBJECTIONS**

5         A.    CBC has not yet completed its discovery relating to this case, and its investigation

6    of the facts therefore is continuing and will continue to and throughout the trial of this action.

7    CBC's responses and objections to the University's Requests therefore are made without

8    prejudice to CBC's right to introduce any and all documents and other evidence of any kind in the

9    proceedings in this action.  CBC reserves the right at any time to revise, correct, clarify,

10   supplement and/or amend the objections or responses set forth herein and any production made

11   pursuant thereto.

12        B.    CBC responds to the University's Requests as it interprets and understands each

13   Request set forth herein.  If the University subsequently asserts an interpretation of any Request

14   that differs from the understanding of CBC, then CBC reserves the right to supplement its

15   objections and/or responses.

16        C.    CBC objects to each Request to the extent it is inconsistent with or seeks to

17   impose obligations beyond those imposed by the Federal Rules of Civil Procedure, the Local

18   Rules of this Court, or any other applicable law or rules.

19        D.    CBC objects to each Request on the ground and to the extent that the burden

20   and/or expense of the proposed discovery outweighs any likely benefit of the discovery and is

21   disproportionate to the needs of the case, taking into account, for example, the needs of the case,

22   the importance of the issues at stake in the litigation, the parties' relative access to relevant

23   information, the parties' resources, and the importance of the proposed discovery in resolving the

24   issues.  The Requests seek information not relevant to any claim or defense in the action, which is

25   not proper subject matter for discovery under Rule 26 of the Federal Rules of Civil Procedure.

26        E.    CBC objects to each Request to the extent it seeks discovery of information that is

27   not in the possession, custody, or control of CBC.  CBC objects to the definition of "CBC,"

28   which is defined too broadly to include Persons, such as Persons acting pursuant to instruction

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

from CBC or under contract with CBC, on whose behalf CBC lacks the authority and knowledge to respond.  CBC similarly lacks the authority and knowledge to respond on behalf of members, such as Douglas Shaw and Kirk Larson, with respect to such members' roles or activities outside of the scope of their roles and activities as members of CBC.  CBC provides the following responses and objections on its behalf as CBC is defined above.

F.      CBC objects to each Request to the extent that it seeks information protected by the attorney-client privilege, the work product doctrine, the common interest privilege, Federal Rule of Evidence 501 and/or any other applicable common law or statutory privileges, doctrines, or immunities and the privilege with respect to non-testifying experts by the Federal Rules of Civil Procedure.  Such information is not within the scope of discovery under Rule 26 of the Federal Rules of Civil Procedure and CBC will withhold any such privileged or protected information.  Any response made by CBC is made without in any way waiving the right to object, on the grounds of competency, relevancy, materiality, privilege, or admissibility as evidence for any purpose in any subsequent proceeding in, or the hearing of, this action or any other action.

G.      In addition, CBC objects to each Request to the extent that it seeks discovery of: (i) confidential information, trade secrets, and/or other proprietary business information; (ii) third party confidential materials; and/or (iii) information that CBC is prohibited from disclosing by contract, order, statute, rule, regulation, or law.  Any such information that is provided will be given subject to the adopted "Patent Local Rule 2-2 Interim Model Protective Order," (the "Protective Order") and any new protective orders that may need to be negotiated by the parties and approved by the Court.  In the case of information subject to a confidentiality obligation owed to a third party, CBC objects to revealing such information until it has requested and received any necessary consent of the third party to the production of information.  In the absence of such consent or agreement, any such information will not be provided.

H.      CBC objects to each Request to the extent that the University seeks information and/or documents that refer or relate to a particular subject if it was intended by the University to impose any requirement upon CBC to seek information from all of CBC employees, members, affiliates, customers, and/or suppliers in a manner inconsistent with the Federal Rules of Civil

Procedure.  In seeking information, CBC has made a focused inquiry of persons who are reasonably likely to have such information and of other persons identified by these persons.

I.      CBC's responses are based on its present knowledge, information, and belief. CBC provides the following responses and objections in good faith and without prejudice to its right to present information or documents subsequently discovered or determined to be responsive and to amend or otherwise supplement its responses consistent with the Federal Rules of Civil Procedure.  Any response to any Request does not constitute an admission by CBC that it agrees with any characterization, definition or assumption contained in such Request, or as to any issue whatsoever.  Except for facts explicitly admitted herein, no admission of any nature whatsoever is to be implied by or inferred from the responses below.

J.      By responding to these Requests, CBC does not waive objections to the admission of these responses into evidence on the grounds of competence, relevance, materiality, or on any other proper grounds for objection at trial.  By asserting various objections, CBC does not waive other objections that may become applicable.  An answer to part or all of any Request is not intended to be, and shall not be construed to be, a waiver of any part of any objection to the Request.

K.      CBC objects to the Requests to the extent that such Requests seek legal conclusions.

All of the foregoing statements and General Objections are incorporated by reference below into each separate response.

## REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 1:

Admit that CBC possesses Albion.

### RESPONSE TO REQUEST FOR ADMISSION NO. 1:

In addition to the foregoing General Objections, CBC specifically objects to this Request to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract with CBC or members with respect to such members' roles or activities outside of the scope of

1    their roles and activities as members of CBC.

2         Subject to and without waiving the foregoing general and specific objections, CBC

3    responds as follows: CBC currently has plant material of the Albion variety in its possession.

4    **REQUEST FOR ADMISSION NO. 2:**

5         Admit that CBC obtained Albion from a Person that asexually reproduced Albion.

6    **RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

7         In addition to the foregoing General Objections, CBC specifically objects to this Request

8    to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

9    knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

10   with CBC or members with respect to such members' roles or activities outside of the scope of

11   their roles and activities as members of CBC.

12        Subject to and without waiving the foregoing general and specific objections, CBC

13   responds as follows: CBC currently has plant material of the Albion variety, which it purchased

14   from a source it is informed and believes asexually reproduced plant material of the Albion

15   variety under a license from the University.

16   **REQUEST FOR ADMISSION NO. 3:**

17        Admit that CBC asexually reproduced Albion.

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

19        In addition to the foregoing General Objections, CBC specifically objects to this Request

20   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

21   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

22   with CBC or members with respect to such members' roles or activities outside of the scope of

23   their roles and activities as members of CBC.

24        Subject to and without waiving the foregoing general and specific objections, CBC

25   responds as follows: Denied.

26   **REQUEST FOR ADMISSION NO. 4:**

27        Admit that CBC has used Albion for benchmarking.

28

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

1 | **RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

2 |     In addition to the foregoing General Objections, CBC specifically objects to this Request

3 | to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

4 | knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

5 | with CBC or members with respect to such members' roles or activities outside of the scope of

6 | their roles and activities as members of CBC.

7 |     CBC further objects to this Request as vague and ambiguous with respect to the term

8 | "benchmarking," which is undefined and subject to multiple interpretations.

9 |     Subject to and without waiving the foregoing general and specific objections, CBC

10 | responds as follows: CBC has purchased the plant material of the Albion variety to grow it for

11 | fruit production.  More specifically, CBC has planted and grown Albion for fruit production,

12 | during which time CBC has observed the characteristics of the fruit and the plant, such as the size

13 | of fruit, the appearance of the fruit, and the firmness of the fruit.  CBC has then harvested the fruit

14 | and has sold the fruit to purchasers who use the fruit to make juice.  After the fruit has been

15 | harvested, CBC has destroyed all of its Albion plants at the end of the year in which they were

16 | planted.

17 | **REQUEST FOR ADMISSION NO. 5:**

18 |     Admit that CBC has used Albion for Breeding.

19 | **RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

20 |     In addition to the foregoing General Objections, CBC specifically objects to this Request

21 | to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

22 | knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

23 | with CBC or members with respect to such members' roles or activities outside of the scope of

24 | their roles and activities as members of CBC.

25 |     Subject to and without waiving the foregoing general and specific objections, CBC

26 | responds as follows: Denied.

27 | **REQUEST FOR ADMISSION NO. 6:**

28 |     Admit that CBC has used a Plant Part of Albion for Breeding.

1

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

2

In addition to the foregoing General Objections, CBC specifically objects to this Request

3

to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

4

knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

5

with CBC or members with respect to such members' roles or activities outside of the scope of

6

their roles and activities as members of CBC.

7

Subject to and without waiving the foregoing general and specific objections, CBC

8

responds as follows: Denied.

9

**REQUEST FOR ADMISSION NO. 7:**

10

Admit that CBC possesses Palomar.

11

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

12

In addition to the foregoing General Objections, CBC specifically objects to this Request

13

to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

14

knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

15

with CBC or members with respect to such members' roles or activities outside of the scope of

16

their roles and activities as members of CBC.

17

Subject to and without waiving the foregoing general and specific objections, CBC

18

responds as follows: Denied.

19

**REQUEST FOR ADMISSION NO. 8:**

20

Admit that CBC obtained Palomar from a Person that asexually reproduced Palomar.

21

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

22

In addition to the foregoing General Objections, CBC specifically objects to this Request

23

to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

24

knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

25

with CBC or members with respect to such members' roles or activities outside of the scope of

26

their roles and activities as members of CBC.

27

Subject to and without waiving the foregoing general and specific objections, CBC

28

responds as follows: Denied.

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

**REQUEST FOR ADMISSION NO. 9:**

Admit that CBC asexually reproduced Palomar.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

In addition to the foregoing General Objections, CBC specifically objects to this Request to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract with CBC or members with respect to such members' roles or activities outside of the scope of their roles and activities as members of CBC.

Subject to and without waiving the foregoing general and specific objections, CBC responds as follows: Denied.

**REQUEST FOR ADMISSION NO. 10:**

Admit that CBC has used Palomar for benchmarking.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

In addition to the foregoing General Objections, CBC specifically objects to this Request to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract with CBC or members with respect to such members' roles or activities outside of the scope of their roles and activities as members of CBC.

CBC further objects to this Request as vague and ambiguous with respect to the term "benchmarking," which is undefined and subject to multiple interpretations.

Subject to and without waiving the foregoing general and specific objections, CBC responds as follows: Denied.

**REQUEST FOR ADMISSION NO. 11:**

Admit that CBC has used Palomar for Breeding.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

In addition to the foregoing General Objections, CBC specifically objects to this Request to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

1   with CBC or members with respect to such members' roles or activities outside of the scope of

2   their roles and activities as members of CBC.

3          Subject to and without waiving the foregoing general and specific objections, CBC

4   responds as follows: Denied.

5   **REQUEST FOR ADMISSION NO. 12:**

6          Admit that CBC has used a Plant Part of Palomar for Breeding.

7   **RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

8          In addition to the foregoing General Objections, CBC specifically objects to this Request

9   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

10  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

11  with CBC or members with respect to such members' roles or activities outside of the scope of

12  their roles and activities as members of CBC.

13         Subject to and without waiving the foregoing general and specific objections, CBC

14  responds as follows: Denied.

15  **REQUEST FOR ADMISSION NO. 13:**

16         Admit that CBC possesses Monterey.

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

18         In addition to the foregoing General Objections, CBC specifically objects to this Request

19  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

20  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

21  with CBC or members with respect to such members' roles or activities outside of the scope of

22  their roles and activities as members of CBC.

23         Subject to and without waiving the foregoing general and specific objections, CBC

24  responds as follows: CBC currently has plant material of the Monterey variety in its possession.

25  **REQUEST FOR ADMISSION NO. 14:**

26         Admit that CBC obtained Monterey from a Person that asexually reproduced Monterey.

27  **RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

28         In addition to the foregoing General Objections, CBC specifically objects to this Request

1  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

2  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

3  with CBC or members with respect to such members' roles or activities outside of the scope of

4  their roles and activities as members of CBC.

5      Subject to and without waiving the foregoing general and specific objections, CBC

6  responds as follows: CBC currently has plant material of the Monterey variety, which it

7  purchased from a source it is informed and believes asexually reproduced plant material of the

8  Monterey variety under a license from the University.

9  **REQUEST FOR ADMISSION NO. 15:**

10      Admit that CBC asexually reproduced Monterey.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

12      In addition to the foregoing General Objections, CBC specifically objects to this Request

13  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

14  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

15  with CBC or members with respect to such members' roles or activities outside of the scope of

16  their roles and activities as members of CBC.

17      Subject to and without waiving the foregoing general and specific objections, CBC

18  responds as follows: Denied.

19  **REQUEST FOR ADMISSION NO. 16:**

20      Admit that CBC has used Monterey for benchmarking.

21  **RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

22      In addition to the foregoing General Objections, CBC specifically objects to this Request

23  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

24  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

25  with CBC or members with respect to such members' roles or activities outside of the scope of

26  their roles and activities as members of CBC.

27      CBC further objects to this Request as vague and ambiguous with respect to the term

28  "benchmarking," which is undefined and subject to multiple interpretations.

1  Subject to and without waiving the foregoing general and specific objections, CBC

2  responds as follows: CBC has purchased the plant material of the Monterey variety to grow it for

3  fruit production.  More specifically, CBC has planted and grown Monterey for fruit production,

4  during which time CBC has observed the characteristics of the fruit and the plant, such as the size

5  of fruit, the appearance of the fruit, and the firmness of the fruit.  CBC has then harvested the fruit

6  and has sold the fruit to purchasers who use the fruit to make juice.  After the fruit has been

7  harvested, CBC has destroyed all of its Monterey plants at the end of the year in which they were

8  planted.

9  **REQUEST FOR ADMISSION NO. 17:**

10  Admit that CBC has used Monterey for Breeding.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

12  In addition to the foregoing General Objections, CBC specifically objects to this Request

13  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

14  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

15  with CBC or members with respect to such members' roles or activities outside of the scope of

16  their roles and activities as members of CBC.

17  Subject to and without waiving the foregoing general and specific objections, CBC

18  responds as follows: Denied.

19  **REQUEST FOR ADMISSION NO. 18:**

20  Admit that CBC has used a Plant Part of Monterey for Breeding.

21  **RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

22  In addition to the foregoing General Objections, CBC specifically objects to this Request

23  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

24  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

25  with CBC or members with respect to such members' roles or activities outside of the scope of

26  their roles and activities as members of CBC.

27  Subject to and without waiving the foregoing general and specific objections, CBC

28  responds as follows: Denied.

1    **REQUEST FOR ADMISSION NO. 19:**

2         Admit that CBC possesses San Andreas.

3    **RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

4         In addition to the foregoing General Objections, CBC specifically objects to this Request

5    to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

6    knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

7    with CBC or members with respect to such members' roles or activities outside of the scope of

8    their roles and activities as members of CBC.

9         Subject to and without waiving the foregoing general and specific objections, CBC

10   responds as follows: CBC currently has plant material of the San Andreas variety in its possession.

11   **REQUEST FOR ADMISSION NO. 20:**

12        Admit that CBC obtained San Andreas from a Person that asexually reproduced San

13   Andreas.

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

15        In addition to the foregoing General Objections, CBC specifically objects to this Request

16   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

17   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

18   with CBC or members with respect to such members' roles or activities outside of the scope of

19   their roles and activities as members of CBC.

20        Subject to and without waiving the foregoing general and specific objections, CBC

21   responds as follows: CBC currently has plant material of the San Andreas variety, which it

22   purchased from a source it is informed and believes asexually reproduced plant material of the

23   San Andreas variety under a license from the University.

24   **REQUEST FOR ADMISSION NO. 21:**

25        Admit that CBC asexually reproduced San Andreas.

26   **RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

27        In addition to the foregoing General Objections, CBC specifically objects to this Request

28   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

1   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

2   with CBC or members with respect to such members' roles or activities outside of the scope of

3   their roles and activities as members of CBC.

4       Subject to and without waiving the foregoing general and specific objections, CBC

5   responds as follows: Denied.

6   **REQUEST FOR ADMISSION NO. 22:**

7       Admit that CBC has used San Andreas for benchmarking.

8   **RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

9       In addition to the foregoing General Objections, CBC specifically objects to this Request

10  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

11  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

12  with CBC or members with respect to such members' roles or activities outside of the scope of

13  their roles and activities as members of CBC.

14      CBC further objects to this Request as vague and ambiguous with respect to the term

15  "benchmarking," which is undefined and subject to multiple interpretations.

16      Subject to and without waiving the foregoing general and specific objections, CBC

17  responds as follows: CBC has purchased the plant material of the San Andreas variety to grow it

18  for fruit production.  More specifically, CBC has planted and grown San Andreas for fruit

19  production, during which time CBC has observed the characteristics of the fruit and the plant,

20  such as the size of fruit, the appearance of the fruit, and the firmness of the fruit.  CBC has then

21  harvested the fruit and has sold the fruit to purchasers who use the fruit to make juice.  After the

22  fruit has been harvested, CBC has destroyed all of its San Andreas plants at the end of the year in

23  which they were planted.

24  **REQUEST FOR ADMISSION NO. 23:**

25      Admit that CBC has used San Andreas for Breeding.

26  **RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

27      In addition to the foregoing General Objections, CBC specifically objects to this Request

28  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

1  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

2  with CBC or members with respect to such members' roles or activities outside of the scope of

3  their roles and activities as members of CBC.

4  Subject to and without waiving the foregoing general and specific objections, CBC

5  responds as follows: Denied.

6  **REQUEST FOR ADMISSION NO. 24:**

7  Admit that CBC has used a Plant Part of San Andreas for Breeding.

8  **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

9  In addition to the foregoing General Objections, CBC specifically objects to this Request

10  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

11  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

12  with CBC or members with respect to such members' roles or activities outside of the scope of

13  their roles and activities as members of CBC.

14  Subject to and without waiving the foregoing general and specific objections, CBC

15  responds as follows: Denied.

16  **REQUEST FOR ADMISSION NO. 25:**

17  Admit that CBC possesses Portola.

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

19  In addition to the foregoing General Objections, CBC specifically objects to this Request

20  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

21  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

22  with CBC or members with respect to such members' roles or activities outside of the scope of

23  their roles and activities as members of CBC.

24  Subject to and without waiving the foregoing general and specific objections, CBC

25  responds as follows: CBC currently has plant material of the Portola variety in its possession.

26  **REQUEST FOR ADMISSION NO. 26:**

27  Admit that CBC obtained Portola from a Person that asexually reproduced Portola.

28

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

2         In addition to the foregoing General Objections, CBC specifically objects to this Request

3    to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

4    knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

5    with CBC or members with respect to such members' roles or activities outside of the scope of

6    their roles and activities as members of CBC.

7         Subject to and without waiving the foregoing general and specific objections, CBC

8    responds as follows: CBC currently has plant material of the Portola variety, which it purchased

9    from a source it is informed and believes asexually reproduced plant material of the Portola

10   variety under a license from the University.

11   **REQUEST FOR ADMISSION NO. 27:**

12        Admit that CBC asexually reproduced Portola.

13   **RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

14        In addition to the foregoing General Objections, CBC specifically objects to this Request

15   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

16   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

17   with CBC or members with respect to such members' roles or activities outside of the scope of

18   their roles and activities as members of CBC.

19        Subject to and without waiving the foregoing general and specific objections, CBC

20   responds as follows: Denied.

21   **REQUEST FOR ADMISSION NO. 28:**

22        Admit that CBC has used Portola for benchmarking.

23   **RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

24        In addition to the foregoing General Objections, CBC specifically objects to this Request

25   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

26   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

27   with CBC or members with respect to such members' roles or activities outside of the scope of

28   their roles and activities as members of CBC.

1    CBC further objects to this Request as vague and ambiguous with respect to the term

2    "benchmarking," which is undefined and subject to multiple interpretations.

3    Subject to and without waiving the foregoing general and specific objections, CBC

4    responds as follows: CBC has purchased the plant material of the Portola variety to grow it for

5    fruit production.  More specifically, CBC has planted and grown Portola for fruit production,

6    during which time CBC has observed the characteristics of the fruit and the plant, such as the size

7    of fruit, the appearance of the fruit, and the firmness of the fruit.  CBC has then harvested the fruit

8    and has sold the fruit to purchasers who use the fruit to make juice.  After the fruit has been

9    harvested, CBC has destroyed all of its Portola plants at the end of the year in which they were

10   planted.

11   **REQUEST FOR ADMISSION NO. 29:**

12   Admit that CBC has used Portola for Breeding.

13   **RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

14   In addition to the foregoing General Objections, CBC specifically objects to this Request

15   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

16   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

17   with CBC or members with respect to such members' roles or activities outside of the scope of

18   their roles and activities as members of CBC.

19   Subject to and without waiving the foregoing general and specific objections, CBC

20   responds as follows: Denied.

21   **REQUEST FOR ADMISSION NO. 30:**

22   Admit that CBC has used a Plant Part of Portola for Breeding.

23   **RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

24   In addition to the foregoing General Objections, CBC specifically objects to this Request

25   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

26   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

27   with CBC or members with respect to such members' roles or activities outside of the scope of

28   their roles and activities as members of CBC.

1    Subject to and without waiving the foregoing general and specific objections, CBC

2    responds as follows: Denied.

3    **REQUEST FOR ADMISSION NO. 31:**

4    Admit that CBC possesses Benicia.

5    **RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

6    In addition to the foregoing General Objections, CBC specifically objects to this Request

7    to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

8    knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

9    with CBC or members with respect to such members' roles or activities outside of the scope of

10   their roles and activities as members of CBC.

11   Subject to and without waiving the foregoing general and specific objections, CBC

12   responds as follows: CBC currently has plant material of the Benicia variety in its possession.

13   **REQUEST FOR ADMISSION NO. 32:**

14   Admit that CBC obtained Benicia from a Person that asexually reproduced Benicia.

15   **RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

16   In addition to the foregoing General Objections, CBC specifically objects to this Request

17   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

18   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

19   with CBC or members with respect to such members' roles or activities outside of the scope of

20   their roles and activities as members of CBC.

21   Subject to and without waiving the foregoing general and specific objections, CBC

22   responds as follows: CBC currently has plant material of the Benicia variety, which it purchased

23   from a source it is informed and believes asexually reproduced plant material of the Benicia

24   variety under a license from the University.

25   **REQUEST FOR ADMISSION NO. 33:**

26   Admit that CBC asexually reproduced Benicia.

27   **RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

28   In addition to the foregoing General Objections, CBC specifically objects to this Request

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

1  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

2  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

3  with CBC or members with respect to such members' roles or activities outside of the scope of

4  their roles and activities as members of CBC.

5      Subject to and without waiving the foregoing general and specific objections, CBC

6  responds as follows: Denied.

7  **REQUEST FOR ADMISSION NO. 34:**

8      Admit that CBC has used Benicia for benchmarking.

9  **RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

10      In addition to the foregoing General Objections, CBC specifically objects to this Request

11  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

12  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

13  with CBC or members with respect to such members' roles or activities outside of the scope of

14  their roles and activities as members of CBC.

15      CBC further objects to this Request as vague and ambiguous with respect to the term

16  "benchmarking," which is undefined and subject to multiple interpretations.

17      Subject to and without waiving the foregoing general and specific objections, CBC

18  responds as follows: CBC has purchased the plant material of the Benicia variety to grow it for

19  fruit production.  More specifically, CBC has planted and grown Benicia for fruit production,

20  during which time CBC has observed the characteristics of the fruit and the plant, such as the size

21  of fruit, the appearance of the fruit, and the firmness of the fruit.  CBC has then harvested the fruit

22  and has sold the fruit to purchasers who use the fruit to make juice.  After the fruit has been

23  harvested, CBC has destroyed all of its Benicia plants at the end of the year in which they were

24  planted.

25  **REQUEST FOR ADMISSION NO. 35:**

26      Admit that CBC has used Benicia for Breeding.

27  **RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

28      In addition to the foregoing General Objections, CBC specifically objects to this Request

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

1    to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

2    knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

3    with CBC or members with respect to such members' roles or activities outside of the scope of

4    their roles and activities as members of CBC.

5            Subject to and without waiving the foregoing general and specific objections, CBC

6    responds as follows: Denied.

7    **REQUEST FOR ADMISSION NO. 36:**

8            Admit that CBC has used a Plant Part of Benicia for Breeding.

9    **RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

10           In addition to the foregoing General Objections, CBC specifically objects to this Request

11   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

12   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

13   with CBC or members with respect to such members' roles or activities outside of the scope of

14   their roles and activities as members of CBC.

15           Subject to and without waiving the foregoing general and specific objections, CBC

16   responds as follows: Denied.

17   **REQUEST FOR ADMISSION NO. 37:**

18           Admit that CBC possesses Mojave.

19   **RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

20           In addition to the foregoing General Objections, CBC specifically objects to this Request

21   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

22   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

23   with CBC or members with respect to such members' roles or activities outside of the scope of

24   their roles and activities as members of CBC.

25           Subject to and without waiving the foregoing general and specific objections, CBC

26   responds as follows: Denied.

27   **REQUEST FOR ADMISSION NO. 38:**

28           Admit that CBC obtained Mojave from a Person that asexually reproduced Mojave.

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

2      In addition to the foregoing General Objections, CBC specifically objects to this Request

3  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

4  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

5  with CBC or members with respect to such members' roles or activities outside of the scope of

6  their roles and activities as members of CBC.

7      Subject to and without waiving the foregoing general and specific objections, CBC

8  responds as follows: Denied.

9  **REQUEST FOR ADMISSION NO. 39:**

10      Admit that CBC asexually reproduced Mojave.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

12      In addition to the foregoing General Objections, CBC specifically objects to this Request

13  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

14  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

15  with CBC or members with respect to such members' roles or activities outside of the scope of

16  their roles and activities as members of CBC.

17      Subject to and without waiving the foregoing general and specific objections, CBC

18  responds as follows: Denied.

19  **REQUEST FOR ADMISSION NO. 40:**

20      Admit that CBC has used Mojave for benchmarking.

21  **RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

22      In addition to the foregoing General Objections, CBC specifically objects to this Request

23  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

24  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

25  with CBC or members with respect to such members' roles or activities outside of the scope of

26  their roles and activities as members of CBC.

27      CBC further objects to this Request as vague and ambiguous with respect to the term

28  "benchmarking," which is undefined and subject to multiple interpretations.

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

1  Subject to and without waiving the foregoing general and specific objections, CBC

2  responds as follows: Denied.

3  **REQUEST FOR ADMISSION NO. 41:**

4  Admit that CBC has used Mojave for Breeding.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

6  In addition to the foregoing General Objections, CBC specifically objects to this Request

7  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

8  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

9  with CBC or members with respect to such members' roles or activities outside of the scope of

10  their roles and activities as members of CBC.

11  Subject to and without waiving the foregoing general and specific objections, CBC

12  responds as follows: Denied.

13  **REQUEST FOR ADMISSION NO. 42:**

14  Admit that CBC has used a Plant Part of Mojave for Breeding.

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

16  In addition to the foregoing General Objections, CBC specifically objects to this Request

17  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

18  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

19  with CBC or members with respect to such members' roles or activities outside of the scope of

20  their roles and activities as members of CBC.

21  Subject to and without waiving the foregoing general and specific objections, CBC

22  responds as follows: Denied.

23  **REQUEST FOR ADMISSION NO. 43:**

24  Admit that CBC possesses Merced.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

26  In addition to the foregoing General Objections, CBC specifically objects to this Request

27  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

28  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

with CBC or members with respect to such members' roles or activities outside of the scope of their roles and activities as members of CBC.

Subject to and without waiving the foregoing general and specific objections, CBC responds as follows: CBC currently has plant material of the Merced variety in its possession.

**REQUEST FOR ADMISSION NO. 44:**

Admit that CBC obtained Merced from a Person that asexually reproduced Merced.

**RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

In addition to the foregoing General Objections, CBC specifically objects to this Request to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract with CBC or members with respect to such members' roles or activities outside of the scope of their roles and activities as members of CBC.

Subject to and without waiving the foregoing general and specific objections, CBC responds as follows: CBC currently has plant material of the Merced variety, which it purchased from a source it is informed and believes asexually reproduced plant material of the Merced variety under a license from the University.

**REQUEST FOR ADMISSION NO. 45:**

Admit that CBC asexually reproduced Merced.

**RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

In addition to the foregoing General Objections, CBC specifically objects to this Request to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract with CBC or members with respect to such members' roles or activities outside of the scope of their roles and activities as members of CBC.

Subject to and without waiving the foregoing general and specific objections, CBC responds as follows: Denied.

**REQUEST FOR ADMISSION NO. 46:**

Admit that CBC has used Merced for benchmarking.

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 46:**

2        In addition to the foregoing General Objections, CBC specifically objects to this Request

3  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

4  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

5  with CBC or members with respect to such members' roles or activities outside of the scope of

6  their roles and activities as members of CBC.

7        CBC further objects to this Request as vague and ambiguous with respect to the term

8  "benchmarking," which is undefined and subject to multiple interpretations.

9        Subject to and without waiving the foregoing general and specific objections, CBC

10  responds as follows: CBC has purchased the plant material of the Merced variety to grow it for

11  fruit production.  More specifically, CBC has planted and grown Merced for fruit production,

12  during which time CBC has observed the characteristics of the fruit and the plant, such as the size

13  of fruit, the appearance of the fruit, and the firmness of the fruit.  CBC has then harvested the fruit

14  and has sold the fruit to purchasers who use the fruit to make juice.  After the fruit has been

15  harvested, CBC has destroyed all of its Merced plants at the end of the year in which they were

16  planted.

17  **REQUEST FOR ADMISSION NO. 47:**

18        Admit that CBC has used Merced for Breeding.

19  **RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

20        In addition to the foregoing General Objections, CBC specifically objects to this Request

21  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

22  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

23  with CBC or members with respect to such members' roles or activities outside of the scope of

24  their roles and activities as members of CBC.

25        Subject to and without waiving the foregoing general and specific objections, CBC

26  responds as follows: Denied.

27  **REQUEST FOR ADMISSION NO. 48:**

28        Admit that CBC has used a Plant Part of Merced for Breeding.

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

2  In addition to the foregoing General Objections, CBC specifically objects to this Request

3  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

4  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

5  with CBC or members with respect to such members' roles or activities outside of the scope of

6  their roles and activities as members of CBC.

7  Subject to and without waiving the foregoing general and specific objections, CBC

8  responds as follows: Denied.

9  **REQUEST FOR ADMISSION NO. 49:**

10  Admit that CBC possesses Petaluma.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

12  In addition to the foregoing General Objections, CBC specifically objects to this Request

13  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

14  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

15  with CBC or members with respect to such members' roles or activities outside of the scope of

16  their roles and activities as members of CBC.

17  Subject to and without waiving the foregoing general and specific objections, CBC

18  responds as follows: CBC currently has plant material of the Petaluma variety in its possession.

19  **REQUEST FOR ADMISSION NO. 50:**

20  Admit that CBC obtained Petaluma from a Person that asexually reproduced Petaluma.

21  **RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

22  In addition to the foregoing General Objections, CBC specifically objects to this Request

23  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

24  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

25  with CBC or members with respect to such members' roles or activities outside of the scope of

26  their roles and activities as members of CBC.

27  Subject to and without waiving the foregoing general and specific objections, CBC

28  responds as follows: CBC currently has plant material of the Petaluma variety, which it purchased

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

- 23 -

1  from a source it is informed and believes asexually reproduced plant material of the Petaluma

2  variety under a license from the University.

3  **REQUEST FOR ADMISSION NO. 51:**

4       Admit that CBC asexually reproduced Petaluma.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

6       In addition to the foregoing General Objections, CBC specifically objects to this Request

7  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

8  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

9  with CBC or members with respect to such members' roles or activities outside of the scope of

10  their roles and activities as members of CBC.

11       Subject to and without waiving the foregoing general and specific objections, CBC

12  responds as follows: Denied.

13  **REQUEST FOR ADMISSION NO. 52:**

14       Admit that CBC has used Petaluma for benchmarking.

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

16       In addition to the foregoing General Objections, CBC specifically objects to this Request

17  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

18  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

19  with CBC or members with respect to such members' roles or activities outside of the scope of

20  their roles and activities as members of CBC.

21       CBC further objects to this Request as vague and ambiguous with respect to the term

22  "benchmarking," which is undefined and subject to multiple interpretations.

23       Subject to and without waiving the foregoing general and specific objections, CBC

24  responds as follows: CBC has purchased the plant material of the Petaluma variety to grow it for

25  fruit production.  More specifically, CBC has planted and grown Petaluma for fruit production,

26  during which time CBC has observed the characteristics of the fruit and the plant, such as the size

27  of fruit, the appearance of the fruit, and the firmness of the fruit.  CBC has then harvested the fruit

28  and has sold the fruit to purchasers who use the fruit to make juice.  After the fruit has been

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

1   harvested, CBC has destroyed all of its Petaluma plants at the end of the year in which they were
2   planted.

3   **REQUEST FOR ADMISSION NO. 53:**

4   　　Admit that CBC has used Petaluma for Breeding.

5   **RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

6   　　In addition to the foregoing General Objections, CBC specifically objects to this Request
7   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and
8   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract
9   with CBC or members with respect to such members' roles or activities outside of the scope of
10  their roles and activities as members of CBC.

11  　　Subject to and without waiving the foregoing general and specific objections, CBC
12  responds as follows: Denied.

13  **REQUEST FOR ADMISSION NO. 54:**

14  　　Admit that CBC has used a Plant Part of Petaluma for Breeding.

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

16  　　In addition to the foregoing General Objections, CBC specifically objects to this Request
17  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and
18  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract
19  with CBC or members with respect to such members' roles or activities outside of the scope of
20  their roles and activities as members of CBC.

21  　　Subject to and without waiving the foregoing general and specific objections, CBC
22  responds as follows: Denied.

23  **REQUEST FOR ADMISSION NO. 55:**

24  　　Admit that CBC possesses Grenada.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

26  　　In addition to the foregoing General Objections, CBC specifically objects to this Request
27  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and
28  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

1    with CBC or members with respect to such members' roles or activities outside of the scope of

2    their roles and activities as members of CBC.

3          Subject to and without waiving the foregoing general and specific objections, CBC

4    responds as follows: CBC currently has plant material of the Grenada variety in its possession.

5    **REQUEST FOR ADMISSION NO. 56:**

6          Admit that CBC obtained Grenada from a Person that asexually reproduced Grenada.

7    **RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

8          In addition to the foregoing General Objections, CBC specifically objects to this Request

9    to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

10   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

11   with CBC or members with respect to such members' roles or activities outside of the scope of

12   their roles and activities as members of CBC.

13         Subject to and without waiving the foregoing general and specific objections, CBC

14   responds as follows: CBC currently has plant material of the Grenada variety, which it purchased

15   from a source it is informed and believes asexually reproduced plant material of the Grenada

16   variety under a license from the University.

17   **REQUEST FOR ADMISSION NO. 57:**

18         Admit that CBC asexually reproduced Grenada.

19   **RESPONSE TO REQUEST FOR ADMISSION NO. 57:**

20         In addition to the foregoing General Objections, CBC specifically objects to this Request

21   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

22   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

23   with CBC or members with respect to such members' roles or activities outside of the scope of

24   their roles and activities as members of CBC.

25         Subject to and without waiving the foregoing general and specific objections, CBC

26   responds as follows: Denied.

27   **REQUEST FOR ADMISSION NO. 58:**

28         Admit that CBC has used Grenada for benchmarking.

**RESPONSE TO REQUEST FOR ADMISSION NO. 58:**

In addition to the foregoing General Objections, CBC specifically objects to this Request to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract with CBC or members with respect to such members' roles or activities outside of the scope of their roles and activities as members of CBC.

CBC further objects to this Request as vague and ambiguous with respect to the term "benchmarking," which is undefined and subject to multiple interpretations.

Subject to and without waiving the foregoing general and specific objections, CBC responds as follows: CBC has purchased the plant material of the Grenada variety to grow it for fruit production.  More specifically, CBC has planted and grown Grenada for fruit production, during which time CBC has observed the characteristics of the fruit and the plant, such as the size of fruit, the appearance of the fruit, and the firmness of the fruit.  CBC has then harvested the fruit and has sold the fruit to purchasers who use the fruit to make juice.  After the fruit has been harvested, CBC has destroyed all of its Grenada plants at the end of the year in which they were planted.

**REQUEST FOR ADMISSION NO. 59:**

Admit that CBC has used Grenada for Breeding.

**RESPONSE TO REQUEST FOR ADMISSION NO. 59:**

In addition to the foregoing General Objections, CBC specifically objects to this Request to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract with CBC or members with respect to such members' roles or activities outside of the scope of their roles and activities as members of CBC.

Subject to and without waiving the foregoing general and specific objections, CBC responds as follows: Denied.

**REQUEST FOR ADMISSION NO. 60:**

Admit that CBC has used a Plant Part of Grenada for Breeding.

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 60:**

2  In addition to the foregoing General Objections, CBC specifically objects to this Request

3  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

4  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

5  with CBC or members with respect to such members' roles or activities outside of the scope of

6  their roles and activities as members of CBC.

7  Subject to and without waiving the foregoing general and specific objections, CBC

8  responds as follows: Denied.

9  **REQUEST FOR ADMISSION NO. 61:**

10  Admit that CBC possesses Fronteras.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 61:**

12  In addition to the foregoing General Objections, CBC specifically objects to this Request

13  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

14  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

15  with CBC or members with respect to such members' roles or activities outside of the scope of

16  their roles and activities as members of CBC.

17  Subject to and without waiving the foregoing general and specific objections, CBC

18  responds as follows: CBC currently has plant material of the Fronteras variety in its possession.

19  **REQUEST FOR ADMISSION NO. 62:**

20  Admit that CBC obtained Fronteras from a Person that asexually reproduced Fronteras.

21  **RESPONSE TO REQUEST FOR ADMISSION NO. 62:**

22  In addition to the foregoing General Objections, CBC specifically objects to this Request

23  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

24  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

25  with CBC or members with respect to such members' roles or activities outside of the scope of

26  their roles and activities as members of CBC.

27  Subject to and without waiving the foregoing general and specific objections, CBC

28  responds as follows: CBC currently has plant material of the Fronteras variety, which it purchased

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

- 28 -

1    from a source it is informed and believes asexually reproduced plant material of the Fronteras

2    variety under a license from the University.

3    **REQUEST FOR ADMISSION NO. 63:**

4        Admit that CBC asexually reproduced Fronteras.

5    **RESPONSE TO REQUEST FOR ADMISSION NO. 63:**

6        In addition to the foregoing General Objections, CBC specifically objects to this Request

7    to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

8    knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

9    with CBC or members with respect to such members' roles or activities outside of the scope of

10   their roles and activities as members of CBC.

11       Subject to and without waiving the foregoing general and specific objections, CBC

12   responds as follows: Denied.

13   **REQUEST FOR ADMISSION NO. 64:**

14       Admit that CBC has used Fronteras for benchmarking.

15   **RESPONSE TO REQUEST FOR ADMISSION NO. 64:**

16       In addition to the foregoing General Objections, CBC specifically objects to this Request

17   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

18   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

19   with CBC or members with respect to such members' roles or activities outside of the scope of

20   their roles and activities as members of CBC.

21       CBC further objects to this Request as vague and ambiguous with respect to the term

22   "benchmarking," which is undefined and subject to multiple interpretations.

23       Subject to and without waiving the foregoing general and specific objections, CBC

24   responds as follows: CBC has purchased the plant material of the Fronteras variety to grow it for

25   fruit production.  More specifically, CBC has planted and grown Fronteras for fruit production,

26   during which time CBC has observed the characteristics of the fruit and the plant, such as the size

27   of fruit, the appearance of the fruit, and the firmness of the fruit.  CBC has then harvested the fruit

28   and has sold the fruit to purchasers who use the fruit to make juice.  After the fruit has been

1    harvested, CBC has destroyed all of its Fronteras plants at the end of the year in which they were

2    planted.

3    **REQUEST FOR ADMISSION NO. 65:**

4        Admit that CBC has used Fronteras for Breeding.

5    **RESPONSE TO REQUEST FOR ADMISSION NO. 65:**

6        In addition to the foregoing General Objections, CBC specifically objects to this Request

7    to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

8    knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

9    with CBC or members with respect to such members' roles or activities outside of the scope of

10   their roles and activities as members of CBC.

11       Subject to and without waiving the foregoing general and specific objections, CBC

12   responds as follows: Denied.

13   **REQUEST FOR ADMISSION NO. 66:**

14       Admit that CBC has used a Plant Part of Fronteras for Breeding.

15   **RESPONSE TO REQUEST FOR ADMISSION NO. 66:**

16       In addition to the foregoing General Objections, CBC specifically objects to this Request

17   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

18   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

19   with CBC or members with respect to such members' roles or activities outside of the scope of

20   their roles and activities as members of CBC.

21       Subject to and without waiving the foregoing general and specific objections, CBC

22   responds as follows: Denied.

23   **REQUEST FOR ADMISSION NO. 67:**

24       Admit that CBC possesses Cabrillo.

25   **RESPONSE TO REQUEST FOR ADMISSION NO. 67:**

26       In addition to the foregoing General Objections, CBC specifically objects to this Request

27   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

28   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

1    with CBC or members with respect to such members' roles or activities outside of the scope of

2    their roles and activities as members of CBC.

3         Subject to and without waiving the foregoing general and specific objections, CBC

4    responds as follows: CBC currently has plant material of the Cabrillo variety in its possession.

5    **REQUEST FOR ADMISSION NO. 68:**

6         Admit that CBC obtained Cabrillo from a Person that asexually reproduced Cabrillo.

7    **RESPONSE TO REQUEST FOR ADMISSION NO. 68:**

8         In addition to the foregoing General Objections, CBC specifically objects to this Request

9    to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

10   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

11   with CBC or members with respect to such members' roles or activities outside of the scope of

12   their roles and activities as members of CBC.

13        Subject to and without waiving the foregoing general and specific objections, CBC

14   responds as follows: CBC currently has plant material of the Cabrillo variety, which it purchased

15   from a source it is informed and believes asexually reproduced plant material of the Cabrillo

16   variety under a license from the University.

17   **REQUEST FOR ADMISSION NO. 69:**

18        Admit that CBC asexually reproduced Cabrillo.

19   **RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

20        In addition to the foregoing General Objections, CBC specifically objects to this Request

21   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

22   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

23   with CBC or members with respect to such members' roles or activities outside of the scope of

24   their roles and activities as members of CBC.

25        Subject to and without waiving the foregoing general and specific objections, CBC

26   responds as follows: Denied.

27   **REQUEST FOR ADMISSION NO. 70:**

28        Admit that CBC has used Cabrillo for benchmarking.

CBC's Responses to Requests for Admission
Case No. 3:16-cv-02477-VC

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 70:**

2         In addition to the foregoing General Objections, CBC specifically objects to this Request

3   to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

4   knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

5   with CBC or members with respect to such members' roles or activities outside of the scope of

6   their roles and activities as members of CBC.

7         CBC further objects to this Request as vague and ambiguous with respect to the term

8   "benchmarking," which is undefined and subject to multiple interpretations.

9         Subject to and without waiving the foregoing general and specific objections, CBC

10  responds as follows: CBC has purchased the plant material of the Cabrillo variety to grow it for

11  fruit production.  More specifically, CBC has planted and grown Cabrillo for fruit production,

12  during which time CBC has observed the characteristics of the fruit and the plant, such as the size

13  of fruit, the appearance of the fruit, and the firmness of the fruit.  CBC has then harvested the fruit

14  and has sold the fruit to purchasers who use the fruit to make juice.  After the fruit has been

15  harvested, CBC has destroyed all of its Cabrillo plants at the end of the year in which they were

16  planted.

17  **REQUEST FOR ADMISSION NO. 71:**

18        Admit that CBC has used Cabrillo for Breeding.

19  **RESPONSE TO REQUEST FOR ADMISSION NO. 71:**

20        In addition to the foregoing General Objections, CBC specifically objects to this Request

21  to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

22  knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

23  with CBC or members with respect to such members' roles or activities outside of the scope of

24  their roles and activities as members of CBC.

25        Subject to and without waiving the foregoing general and specific objections, CBC

26  responds as follows: Denied.

27  **REQUEST FOR ADMISSION NO. 72:**

28        Admit that CBC has used a Plant Part of Cabrillo for Breeding.

1 | **RESPONSE TO REQUEST FOR ADMISSION NO. 72:**

2 |      In addition to the foregoing General Objections, CBC specifically objects to this Request

3 | to the extent it seeks information regarding Persons on whose behalf CBC lacks the authority and

4 | knowledge to respond, such as Persons acting pursuant to instruction from CBC or under contract

5 | with CBC or members with respect to such members' roles or activities outside of the scope of

6 | their roles and activities as members of CBC.

7 |      Subject to and without waiving the foregoing general and specific objections, CBC

8 | responds as follows: Denied.

9 |

10 |

11 | Dated:  July 8, 2016

12 |                       JONES DAY

13 |

14 |                     By:  /s/Greg L. Lippetz

                        Greg L. Lippetz

15 |

16 |                     Attorneys for Plaintiff and Cross-Defendant
                    CALIFORNIA BERRY CULTIVARS, LLC

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1

<u>**PROOF OF SERVICE**</u>

2

I, Jamie Daniels, declare:

3

I am a citizen of the United States and employed in Santa Clara County, California.  I am

4

over the age of eighteen years and not a party to the within-entitled action.  My business address

5

is 1755 Embarcadero Road, Palo Alto, California  94303.  On July 8, 2016, I served a copy of the

6

within document(s):

7

<u>**CALIFORNIA BERRY CULTIVARS, LLC'S RESPONSES TO THE REGENTS OF THE**</u>

8

<u>**UNIVERSITY OF CALIFORNIA'S FIRST SET OF REQUESTS FOR ADMISSION**</u>
<u>**(NOS. 1 - 72)**</u>

9

by e-mailing a copy thereof to the following individual(s) at the following e-mail addresses:

10

11

Matthew Alan Chivvis
(mchivvis@mofo.com)

12

Rachel Krevans (rkrevans@mofo.com)
Wesley Overson

13

(woverson@mofo.com)
Morrison & Foerster

14

425 Market Street
San Francisco, CA  94105

15

16

Attorneys for Defendant
The Regents of the University of

17

California

18

I declare under penalty of perjury under the laws of the State of California that the above

19

is true and correct.

20

Executed on July 8, 2016, at Palo Alto, California.

21

22

 */s/Jamie Daniels*

Jamie Daniels

23

24

25

26

27

28