1  RACHEL KREVANS (CA SBN 116421)
   RKrevans@mofo.com
2  WESLEY E. OVERSON (CA SBN 154737)
   WOverson@mofo.com
3  MATTHEW A. CHIVVIS (CA SBN 251325)
   MChivvis@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  415.268.7000
6  Facsimile:  415.268.7522

7  Attorneys for Defendant and Cross-Complainant
   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13 | CALIFORNIA BERRY CULTIVARS, LLC, | Case No. 3:16-cv-02477-VC |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF MATTHEW A. CHIVVIS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO CBC'S MOTION FOR SUMMARY JUDGMENT** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation, | |
| Defendant. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation, | |
| Cross-Complainant, | |
| v. | |
| CALIFORNIA BERRY CULTIVARS, LLC, DOUGLAS SHAW, and KIRK LARSON, | |
| Crossclaim Defendants. | |

DECL. ISO ADMIN. MOT. TO FILE UNDER SEAL JOINT DISCOVERY DISPUTE LETTER
CASE NO. 3:16-CV-02477-VC
sf-3738543

I, Matthew A. Chivvis, do hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP and an attorney of record for Defendant and Cross-Complainant, The Regents of the University of California ("the University") in the above-captioned matter. I am admitted to practice law in the State of California and before this Court. I submit this declaration in support of the University's Administrative Motion to File Under Seal Exhibits to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment. I have personal knowledge of the facts stated in this declaration, and I could and would competently testify to them if called as a witness.

2. Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated the Deposition Transcript of Douglas Shaw, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 1, as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

3. Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated CBC_DS_00003003, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 6, as "CONFIDENTIAL" pursuant to the Protective Order in this case.

4. Exhibit 9 to the Declaration of Matthew Chivvis in Support of The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment is a license agreement between the University and Lassen Canyon Nursery, Inc. The University has designated Exhibit 9 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case. (ECF No. 52). There are compelling reasons for sealing Exhibit 9. The terms of the license agreement between the University and Lassen Canyon Nursery, Inc. are confidential, proprietary, and not generally available to the public. These terms include granular details regarding the financial terms of the license, the conditions and limitations of the license, the dates of the license, and the material included in the license. The disclosure of this licensing information could result in significant

competitive harm to the University as it would provide insight into the structure of its licensing deals, forcing the University into an uneven bargaining position in future negotiations, or permit the University's competitors to obtain a competitive advantage over the University by offering alternative licensing terms. The University therefore requests that Exhibit 9 be sealed.

5. Exhibit 13 to the Declaration of Matthew Chivvis in Support of The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment is a test agreement between the University and Eurosemillas, S.A. The University has designated Exhibit 13 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case. There are compelling reasons for sealing Exhibit 13. The terms of the test agreement between the University and Eurosemillas, S.A. are confidential, proprietary, and not generally available to the public. These terms include granular details regarding the financial terms of the test agreement, the conditions and limitations of the test agreement, the dates of the test agreement, and the material included in the test agreement. The disclosure of this confidential information could result in significant competitive harm to the University as it would provide insight into the structure of its pre-commercialization agreements, forcing the University into an uneven bargaining position in future pre- and post-commercialization negotiations, or permit the University's competitors to obtain a competitive advantage over the University by offering alternative test agreement terms. The University therefore requests that Exhibit 13 be sealed.

6. Exhibit 14 to the Declaration of Matthew Chivvis in Support of The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment is a test agreement between the University and Eurosemillas, S.A. The University has designated Exhibit 14 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case. There are compelling reasons for sealing Exhibit 14. The terms of the test agreement between the University and Eurosemillas, S.A. are confidential, proprietary, and not generally available to the public. These terms include granular details regarding the financial terms of the test agreement, the conditions and limitations of the test agreement, the dates of the test agreement, and the material included in the test agreement.

1  The disclosure of this confidential information could result in significant competitive harm to the
2  University as it would provide insight into the structure of its pre-commercialization agreements,
3  forcing the University into an uneven bargaining position in future pre- and post-
4  commercialization negotiations, or permit the University's competitors to obtain a competitive
5  advantage over the University by offering alternative test agreement terms.  The University
6  therefore requests that Exhibit 14 be sealed.

7        7.      Exhibit 15 to the Declaration of Matthew Chivvis in Support of The Regents of the
8  University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion
9  for Summary Judgment is a test agreement between the University and Eurosemillas, S.A.  The
10 University has designated Exhibit 15 as "CONFIDENTIAL" pursuant to the Protective Order in
11 this case.  There are compelling reasons for sealing Exhibit 15.  The terms of the test agreement
12 between the University and Eurosemillas, S.A. are confidential, proprietary, and not generally
13 available to the public.  These terms include granular details regarding the financial terms of the
14 test agreement, the conditions and limitations of the test agreement, the dates of the test
15 agreement, and the material included in the test agreement.  The disclosure of this confidential
16 information could result in significant competitive harm to the University as it would provide
17 insight into the structure of its pre-commercialization agreements, forcing the University into an
18 uneven bargaining position in future pre- and post-commercialization negotiations, or permit the
19 University's competitors to obtain a competitive advantage over the University by offering
20 alternative test agreement terms.  The University therefore requests that Exhibit 15 be sealed.

21       8.      Exhibit 16 to the Declaration of Matthew Chivvis in Support of The Regents of the
22 University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion
23 for Summary Judgment is a test agreement between the University and Eurosemillas, S.A.  The
24 University has designated Exhibit 16 as "CONFIDENTIAL" pursuant to the Protective Order in
25 this case.  There are compelling reasons for sealing Exhibit 16.  The terms of the test agreement
26 between the University and Eurosemillas, S.A. are confidential, proprietary, and not generally
27 available to the public.  These terms include granular details regarding the financial terms of the
28 test agreement, the conditions and limitations of the test agreement, the dates of the test

1  agreement, and the material included in the test agreement.  The disclosure of this confidential
2  information could result in significant competitive harm to the University as it would provide
3  insight into the structure of its pre-commercialization agreements, forcing the University into an
4  uneven bargaining position in future pre- and post-commercialization negotiations, or permit the
5  University's competitors to obtain a competitive advantage over the University by offering
6  alternative test agreement terms.  The University therefore requests that Exhibit 16 be sealed.

7       9.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk
8  Larson designated CBC00000882, attached to The Regents of the University of California's
9  Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as
10 Exhibit 20, as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the
11 Protective Order in this case.

12      10.    Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk
13 Larson designated CBC00000883, attached to The Regents of the University of California's
14 Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as
15 Exhibit 21, as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the
16 Protective Order in this case.

17      11.    Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk
18 Larson designated CBC00000884, attached to The Regents of the University of California's
19 Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as
20 Exhibit 22, as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the
21 Protective Order in this case.

22      12.    Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk
23 Larson designated CBC00000885, attached to The Regents of the University of California's
24 Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as
25 Exhibit 23 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the
26 Protective Order in this case.

27      13.    Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk
28 Larson designated CBC_DS_00019086, attached to The Regents of the University of California's

1  Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as
2  Exhibit 31 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the
3  Protective Order in this case.

4        14.    Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk
5  Larson designated CBC_DS_00003102, attached to The Regents of the University of California's
6  Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as
7  Exhibit 34 as "CONFIDENTIAL" pursuant to the Protective Order in this case.

8        15.    Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk
9  Larson designated CBC00002070, attached to The Regents of the University of California's
10 Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as
11 Exhibit 35 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"  pursuant to the
12 Protective Order in this case.

13       16.    Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk
14 Larson designated CBC00000907-09, attached to The Regents of the University of California's
15 Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as
16 Exhibit 36 as "CONFIDENTIAL"  pursuant to the Protective Order in this case.

17       17.    Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk
18 Larson designated CBC00000917, attached to The Regents of the University of California's
19 Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as
20 Exhibit 38 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the
21 Protective Order in this case.

22       18.    Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk
23 Larson designated CBC00000919, attached to The Regents of the University of California's
24 Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as
25 Exhibit 39 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the
26 Protective Order in this case.

27       19.    Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk
28 Larson designated CBC00001949, attached to The Regents of the University of California's

1  Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as
2  Exhibit 40 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the
3  Protective Order in this case.

4       20.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk
5  Larson designated the 30(b)(6) Deposition Transcript of Lucy Westwood, attached to The
6  Regents of the University of California's Cross-Motion for Summary Judgment and Response to
7  CBC's Motion for Summary Judgment as Exhibit 41, as "HIGHLY CONFIDENTIAL –
8  ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

9       21.     Exhibit 42 to the Declaration of Matthew Chivvis in Support of The Regents of the
10 University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion
11 for Summary Judgment is a test agreement between the University and Eurosemillas, S.A.  The
12 University has designated Exhibit 42 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
13 ONLY" pursuant to the Protective Order in this case.  There are compelling reasons for sealing
14 Exhibit 42.  The terms of the test agreement between the University and Eurosemillas, S.A. are
15 confidential, proprietary, and not generally available to the public.  These terms include granular
16 details regarding the financial terms of the test agreement, the conditions and limitations of the
17 test agreement, the dates of the test agreement, and the material included in the test agreement.
18 The disclosure of this confidential information could result in significant competitive harm to the
19 University as it would provide insight into the structure of its pre-commercialization agreements,
20 forcing the University into an uneven bargaining position in future pre- and post-
21 commercialization negotiations, or permit the University's competitors to obtain a competitive
22 advantage over the University by offering alternative test agreement terms.  The University
23 therefore requests that Exhibit 42 be sealed.

24      22.     Exhibit 43 to the Declaration of Matthew Chivvis in Support of The Regents of the
25 University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion
26 for Summary Judgment is a license agreement between the University and Eurosemillas, S.A.
27 The University has designated Exhibit 43 as "HIGHLY CONFIDENTIAL – ATTORNEYS'
28 EYES ONLY" pursuant to the Protective Order in this case. (ECF No. 52).  There are compelling

1  reasons for sealing Exhibit 43.  The terms of the exclusive license agreement between the
2  University and Eurosemillas, S.A. are confidential, proprietary, and not generally available to the
3  public.  These terms include granular details regarding the financial terms of the license, the
4  conditions and limitations of the license, the dates of the license, and the material included in the
5  license.  The disclosure of this licensing information could result in significant competitive harm
6  to the University as it would provide insight into the structure of its licensing deals, forcing the
7  University into an uneven bargaining position in future negotiations, or permit the University's
8  competitors to obtain a competitive advantage over the University by offering alternative
9  licensing terms.  The University therefore requests that Exhibit 43 be sealed.

10         23.     Exhibit 44 to the Declaration of Matthew Chivvis in Support of The Regents of the
11 University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion
12 for Summary Judgment is a test agreement between the University and Eurosemillas, S.A.  The
13 University has designated Exhibit 44 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
14 ONLY" pursuant to the Protective Order in this case.  There are compelling reasons for sealing
15 Exhibit 44.  The terms of the test agreement between the University and Eurosemillas, S.A. are
16 confidential, proprietary, and not generally available to the public.  These terms include granular
17 details regarding the financial terms of the test agreement, the conditions and limitations of the
18 test agreement, the dates of the test agreement, and the material included in the test agreement.
19 The disclosure of this confidential information could result in significant competitive harm to the
20 University as it would provide insight into the structure of its pre-commercialization agreements,
21 forcing the University into an uneven bargaining position in future pre- and post-
22 commercialization negotiations, or permit the University's competitors to obtain a competitive
23 advantage over the University by offering alternative test agreement terms.  The University
24 therefore requests that Exhibit 44 be sealed.

25         24.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk
26 Larson designated CBC00003840, attached to The Regents of the University of California's
27 Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as
28 Exhibit 45 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the

1  Protective Order in this case.

2  25.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated CBC_DS_00019041, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 46 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

3  26.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated CBC00000932, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 47 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

4  27.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated the Deposition Transcript of John Hansen, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 48, as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

5  28.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated the Deposition Transcript of Kyle VandenLangenberg, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 49, as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

6  29.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated the Deposition Transcript of A.G. Kawamura, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 50, as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

7  30.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated the Deposition Transcript of Liz Ponce, attached to The Regents of the

University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 51, as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

31.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated CBC00009327, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 53 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

32.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated CBC_DS_00025235, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 54 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

33.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated CBC00000529, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 57 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

34.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated CBC000014697, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 58 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

35.     Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated CBC_DS_00023984, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 59 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

36. Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated CBC_DS_00026983, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 60 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

37. Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated CBC_DS_00026986, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 61 as "CONFIDENTIAL" pursuant to the Protective Order in this case.

38. Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated CBC_DS_00019086, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 67 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

39. Lassen Canyon, a member of Crossclaim Defendants California Berry Cultivars designated LCN00000493, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 70 as "CONFIDENTIAL" pursuant to the Protective Order in this case. The University understands that Crossclaim Defendants will file a declaration establishing good cause to permit the sealing of the document.

40. Exhibit 71 to the Declaration of Matthew Chivvis in Support of The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment is a test agreement between the University and Eurosemillas, S.A. The University has designated Exhibit 71 as "CONFIDENTIAL" pursuant to the Protective Order in this case. There are compelling reasons for sealing Exhibit 71. The terms of the test agreement between the University and Eurosemillas, S.A. are confidential, proprietary, and not generally available to the public. These terms include granular details regarding the financial terms of the test agreement, the conditions and limitations of the test agreement, the dates of the test

agreement, and the material included in the test agreement. The disclosure of this confidential information could result in significant competitive harm to the University as it would provide insight into the structure of its pre-commercialization agreements, forcing the University into an uneven bargaining position in future pre- and post-commercialization negotiations, or permit the University's competitors to obtain a competitive advantage over the University by offering alternative test agreement terms. The University therefore requests that Exhibit 71 be sealed.

41. Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated CBC_DS_00026454, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 72 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.

42. Crossclaim Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson designated CBC_DS_00003053, attached to The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment as Exhibit 82 as "CONFIDENTIAL" pursuant to the Protective Order in this case.

43. Exhibit 88 to the Declaration of Matthew Chivvis in Support of The Regents of the University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion for Summary Judgment is a test agreement between the University and Eurosemillas, S.A. The University has designated Exhibit 88 as "CONFIDENTIAL" pursuant to the Protective Order in this case. There are compelling reasons for sealing Exhibit 88. The terms of the test agreement between the University and Eurosemillas, S.A. are confidential, proprietary, and not generally available to the public. These terms include granular details regarding the financial terms of the test agreement, the conditions and limitations of the test agreement, the dates of the test agreement, and the material included in the test agreement. The disclosure of this confidential information could result in significant competitive harm to the University as it would provide insight into the structure of its pre-commercialization agreements, forcing the University into an uneven bargaining position in future pre- and post-commercialization negotiations, or permit the University's competitors to obtain a competitive advantage over the University by offering

1  alternative test agreement terms. The University therefore requests that Exhibit 88 be sealed.

2      44. Exhibit 89 to the Declaration of Matthew Chivvis in Support of The Regents of the
3  University of California's Cross-Motion for Summary Judgment and Response to CBC's Motion
4  for Summary Judgment is a test agreement between the University and Eurosemillas, S.A.
5  Though this document was produced by Crossclaim Defendants, there are compelling reasons for
6  sealing Exhibit 89. The terms of the test agreement between the University and Eurosemillas,
7  S.A. are confidential, proprietary, and not generally available to the public. These terms include
8  granular details regarding the financial terms of the test agreement, the conditions and limitations
9  of the test agreement, the dates of the test agreement, and the material included in the test
10 agreement. The disclosure of this confidential information could result in significant competitive
11 harm to the University as it would provide insight into the structure of its pre-commercialization
12 agreements, forcing the University into an uneven bargaining position in future pre- and post-
13 commercialization negotiations, or permit the University's competitors to obtain a competitive
14 advantage over the University by offering alternative test agreement terms. The University
15 therefore requests that Exhibit 89 be sealed.

16     45. The University expects that pursuant to Civil Local Rule 79-5(e), Crossclaim
17 Defendants will file a declaration establishing good cause to permit the sealing of the documents
18 they have designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or
19 "CONFIDENTIAL" as necessary.

20     46. For the reasons stated above, the University respectfully requests that the above
21 Exhibits be filed under seal.

22 I declare under penalty of perjury that the foregoing is true and correct.

23 Executed on February 8, 2017, in San Francisco, CA.

*/s/ Matthew A. Chivvis*
MATTHEW A. CHIVVIS