UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>      Plaintiff,<br><br>    v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC, DOUGLAS SHAW, AND KIRK LARSON,<br><br>      Defendants.<br><br>CALIFORNIA BERRY CULTIVARS, LLC,<br><br>      Cross-Complainant,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>      Cross-Defendant. | Case No. 16-cv-02477-VC<br><br>**ORDER REALIGNING THE PARTIES FOR TRIAL**<br><br>Re: Dkt. No. 236 |

      UC's request to realign the parties for trial is granted because the primary matters in dispute are UC's claims against CBC.  *See Plumtree Software, Inc. v. Datamize, LLC*, No. 02-cv5693, 2003 U.S. Dist. LEXIS 26948 (N.D. Cal. Oct. 6, 2003).

      From this point forward, UC will be designated the plaintiff and cross-defendant, CBC will be designated the defendant and cross-complainant, and Shaw and Larson will be designated as defendants.

      **IT IS SO ORDERED.**

Dated: April 24, 2017

_____
VINCE CHHABRIA
United States District Judge

2