1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12   THE REGENTS OF THE UNIVERSITY OF          **Case No. 3:16-CV-02477-VC**
     CALIFORNIA,
13                                             **[PROPOSED] ORDER DENYING**
                         Plaintiff,            **THE UNIVERSITY'S MOTION TO**
14                                             **EXCLUDE EXPERT TESTIMONY**
          v.                                   **BY DAVID NOLTE UNDER FRE 702**
15
     CALIFORNIA BERRY CULTIVARS, LLC,
16   DOUGLAS SHAW, AND KIRK LARSON,

17                       Defendants.

18
     CALIFORNIA BERRY CULTIVARS, LLC,
19
                         Cross-Complainant,
20
          v.
21
     THE REGENTS OF THE UNIVERSITY OF
22   CALIFORNIA,

23                       Cross-Defendant.

24
25
26
27
28

1    Having considered The Regents of the University of California's (the "University")

2    Motion to Exclude Expert Testimony by David Nolte Under FRE 702 and California Berry

3    Cultivars, LLC, Douglas Shaw, and Kirk Larson's Opposition thereto, the supporting memoranda

4    of points and authorities, the evidence submitted therewith, the arguments of counsel for the

5    parties in connection therewith, if any, and finding good cause therefore, this Court **HEREBY**

6    **DENIES** the University's motion in its entirety.

7

8    **IT IS SO ORDERED**.

9

10

11   Dated: _____

12                                  _____
                                           HONORABLE VINCE CHHABRIA
                                           U.S. DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28