1 | RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
2 | WESLEY E. OVERSON (CA SBN 154737)
WOverson@mofo.com
3 | MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
4 | JACOB P. EWERDT (CA SBN 313732)
JEwerdt@mofo.com
5 | MORRISON & FOERSTER LLP
425 Market Street
6 | San Francisco, California  94105-2482
Telephone:  415.268.7000
7 | Facsimile:  415.268.7522

DAVID D. SCANNELL (*pro hac vice*)
DScannell@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: 202.887.1500
Facsimile:  202.887.0763

8 | Attorneys for Plaintiff and Crossclaim Defendant
THE REGENTS OF THE UNIVERSITY OF
9 | CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC, DOUGLAS SHAW, AND KIRK LARSON<br><br>Defendants. | Case No. 3:16-cv-02477-VC<br><br>**DECLARATION OF MATTHEW CHIVVIS IN SUPPORT OF THE UNIVERSITY'S TRIAL BRIEF** |
| CALIFORNIA BERRY CULTIVARS, LLC<br><br>Cross-Complainant,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation,<br><br>Crossclaim Defendants. | Final Pretrial<br>Conference Date: May 8, 2017<br>Time:            2:30 p.m.<br>Ctrm:            4 - 17th floor<br>Judge:           Hon. Vince Chhabria |

1    I, Matthew A. Chivvis, do hereby declare as follows:

2    1.    I am a partner with the law firm of Morrison & Foerster LLP and an attorney of

3    record for Movant The Regents of the University of California (the "University") in the above-

4    captioned matter.  I am admitted to practice law in the State of California and before this Court.  I

5    submit this declaration in support of The Regents of the University of California's Trial Brief.  I

6    have personal knowledge of the facts stated in this declaration, and I could and would

7    competently testify to them if called as a witness.

8    2.    Attached as **Exhibit 1** is a true and correct copy of the transcript of the

9    December 8, 2016, deposition of Douglas V. Shaw.

10    3.    Attached as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the

11    December 20, 2016, deposition of Michael Carriere.

12    4.    Attached as **Exhibit 3** is a true and correct copy of a letter from Linda P.B.  Katehi

13    to Steven Knapp, dated April 14, 2015, produced in this litigation with Bates number

14    UC_STRAW2_000095934.

15    5.    Attached as **Exhibit 4** is a true and correct copy of United States Plant Patent No.

16    27,830 entitled "Strawberry Plant called 'Cabrillo'."

17    6.    Attached as **Exhibit 5** is a true and correct copy of an email from Steven Knapp to

18    Douglas Shaw, dated November 17, 2015, produced in this litigation with Bates numbers

19    UC_STRAW2_00070370 to UC_STRAW2_00070373.

20    7.    **Exhibit 6** is reserved and is not currently cited in the University's trial brief.

21    8.    Attached as **Exhibit 7** is a true and correct copy of excerpts of the transcript of the

22    December 16, 2016, deposition of Steven Knapp.

23    9.    Attached as **Exhibit 8** is a true and correct copy of excerpts of the transcript of the

24    March 7, 2017, deposition of Jose Pellicer.

25    10.    Attached as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the

26    December 14, 2016, deposition of Arthur Gen Kawamura.

27    //

28    //

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on May 1, 2017, in San Francisco, CA.

3

4                              */s/ Matthew A. Chivvis*
                              MATTHEW A. CHIVVIS
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28