# EXHIBIT 9

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   CALIFORNIA BERRY CULTIVARS, LLC,  )
                                       )
 6             Plaintiff,              )
                                       ) Case No.
 7        vs.                          ) 3:16-cv-02477-VC
                                       )
 8   THE REGENTS OF THE UNIVERSITY OF  )
     CALIFORNIA, a corporation,        )
 9                                     )
               Defendant.              )
10   _____)
                                       )
11   THE REGENTS OF THE UNIVERSITY OF  )
     CALIFORNIA, a corporation,        )
12                                     )
             Cross-Complainant,        )
13                                     )
          v.                           )
14                                     )
     CALIFORNIA BERRY CULTIVARS, LLC,  )
15   DOUGLAS SHAW, and KIRK LARSON,    )
                                       )
16             Cross-Defendants.       )
     _____)
17
18       VIDEOTAPED DEPOSITION OF ARTHUR GEN KAWAMURA
19                 Palo Alto, California
20              Wednesday, December 14, 2016
21                      Volume I
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 2487797
25   Pages 1 - 376
```

Page 1

```
 1    understand that, "you" being CBC?                          11:04:50

 2            MR. LIPPETZ:  Objection.  Assumes facts,

 3    misstates prior testimony, and improper legal

 4    conclusion.

 5            Go ahead.                                          11:05:00

 6            THE WITNESS:  CBC as an entity, was, upon

 7    its formation, working with the University of

 8    California to move a program forward that had become

 9    stalled for different reasons.

10            And our -- our work to then create a block         11:05:34

11    of varieties that we could use in our program was

12    then created and conceived and put into play by our

13    members, which include International Semillas,

14    Dr. Shaw, Dr. Larson, and our other experts, which

15    would have been Lucky and Lassen, basically doing          11:06:08

16    the same collaborative work that they had been doing

17    for decades.

18            So what we would have known is, we would

19    know that we have to observe international laws,

20    national laws, and comply with them accordingly to         11:06:31

21    make this cross and make these varieties available

22    for use.

23    BY MS. KREVANS:

24        Q   Sitting here today, testifying for CBC

25    under oath, please tell me, when did CBC first             11:06:45
```

Page 91

| | | |
|---|---|---|
| 1 | understand that if the crosses set out in the | 11:06:50 |
| 2 | Shaw/Larson 2013 cross plan and 2014 cross plan that | |
| 3 | were, in fact, performed in Spain had been performed | |
| 4 | in the United States, that would have been | |
| 5 | infringement of UC's patents for any cross where a | 11:07:13 |
| 6 | UC-patented plant was the parent? | |
| 7 |     MR. LIPPETZ:  Again, misstates prior | |
| 8 | testimony.  Objection.  Assumes a fact not in | |
| 9 | evidence. | |
| 10 |     THE WITNESS:  I would believe that we | 11:07:24 |
| 11 | would have understood that in 2014. | |
| 12 | BY MS. KREVANS: | |
| 13 |   Q   Okay.  What was the event -- without | |
| 14 | telling me the specific content of a conversation | |
| 15 | with a lawyer, if that was involved, what was the | 11:07:32 |
| 16 | event that caused CBC to come to that realization? | |
| 17 |   A   I do not have a specific event, but it | |
| 18 | would have been in conversation -- I understand it | |
| 19 | would have been in conversations with Professor | |
| 20 | Shaw, with our other partners who are -- again, are | 11:07:52 |
| 21 | experts in this arena, much more so than I am -- | |
| 22 | that they would have considered the different rules | |
| 23 | and regs, regulations, and moved forward with the | |
| 24 | plans to create a set of new plants. | |
| 25 |   Q   Can you tell me when in 2014 CBC first | 11:08:20 |

```
 1              I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4              That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12              Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [x] was not requested.
16              I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19              IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: 12/29/2016
23
24                        _____
25                             CARLA SOARES
                               CSR No. 5908
```

Page 376