# EXHIBIT A

| | |
|---|---|
| **From:** | Adams, Michael |
| **Sent:** | Thursday, March 06, 2014 10:18 AM |
| **To:** | Jacob A Appelsmith; Chivvis, Matthew Alan |
| **Cc:** | Cook, Susan |
| **Subject:** | CSC v. Regents |
| **Attachments:** | ScannedDoc.pdf |

Jacob and Matthew,

Attached is a courtesy copy of the First Amended Complaint the Commission is filing today.

You will note that the Commission removed from the prayer the request for an injunction enjoining the University from entering into a license agreement with Dr. Shaw. The Commission remains opposed to such a license. We removed the request for an injunction for several reasons. First, because the University has an agreement with the Commission that it will not undertake licensing while we are in settlement discussions, we thought eliminating the request for an injunction would be a show of good faith to the University. Second, Dr. Shaw's counsel has asserted that the requested injunction is interfering with some unspecified right Dr. Shaw allegedly has to obtain a license to the germplasm. Although Dr. Shaw's counsel has ignored our request to provide documentation supporting such a right, we decided that removing the request for an injunction might also help to diffuse Dr. Shaw's concerns. Finally, we hope that the settlement discussions between UC and the Commission continue to progress in the current direction and so believe that the requested injunction is not necessary, at least at this time.

Sincerely,

Michael D. Adams
**Rutan & Tucker, LLP**
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
714-338-1855 Direct
714-546-9035 Fax
madams@rutan.com
www.rutan.com

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

IRS Circular 230 Notice: Pursuant to the Internal Revenue Service requirements we inform you that, unless specifically indicated otherwise, any tax advice contained in this e-mail, including any attachments, is not intended or written to be used, and cannot be used, by the recipient or any other person for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any tax-related matter addressed herein.

PRA-CSC039632