UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC, et al.,<br><br>　　　　Defendants. | Case No.  16-cv-02477-VC<br><br>**COURT'S VERDICT FORM** |
| CALIFORNIA BERRY CULTIVARS, LLC,<br><br>　　　　Cross-Complainant,<br><br>　　v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Cross-Defendant. | |

Dated:  May 22, 2017

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>      Plaintiff,<br><br>    v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC, et al.,<br><br>      Defendants. | Case No.  16-cv-02477-VC<br><br>**VERDICT FORM** |
| CALIFORNIA BERRY CULTIVARS, LLC,<br><br>      Cross-Complainant,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>      Cross-Defendant. | |

Your answers must be unanimous.


We, the jury in this case, find as follows:

1. Did UC prove by a preponderance of the evidence that CBC, Shaw, and/or Larson engaged in conversion by interfering with UC's property interests in the (1) Core Strawberry Germplasm; (2) other unreleased UC varieties; and/or (3) books and records relating to the Strawberry Breeding Program? Please enter an x indicating "yes" or "no" for each party, and if the answer is "yes," identify the property subject to conversion.

|  | Yes | No | If "Yes," identify the property |
|---|---|---|---|
| CBC |  |  |  |
| Douglas Shaw |  |  |  |
| Kirk Larson |  |  |  |

2. Did UC prove by a preponderance of the evidence that either Shaw or Larson or both breached the duty of loyalty owed by employees to their employers? Please enter an x indicating "yes" or "no" for each party.

|  | Yes | No |
|---|---|---|
| Douglas Shaw |  |  |
| Kirk Larson |  |  |

3.      Did UC prove by a preponderance of the evidence that Shaw or Larson breached the fiduciary duty owed to UC by committing acts contrary to the interests of UC?  Please enter an x indicating "yes" or "no" for each party.

|  | Yes | No |
|---|---|---|
| Douglas Shaw |  |  |
| Kirk Larson |  |  |

4.      Did UC prove by a preponderance of the evidence that CBC intentionally interfered with the Patent Agreement(s) between UC and Shaw and/or Larson?

____ Yes   ____No

5.      Did UC prove by a preponderance of the evidence that CBC, Shaw, and/or Larson intentionally interfered with a contract between UC and Lassen Canyon or Eurosemillas?

|  | **Lassen Canyon** | | **Eurosemillas** | |
|---|---|---|---|---|
|  | **Yes** | **No** | **Yes** | **No** |
| CBC |  |  |  |  |
| Douglas Shaw |  |  |  |  |
| Kirk Larson |  |  |  |  |

6. Did UC prove by a preponderance of the evidence that CBC, Shaw, and/or Larson intentionally interfered with prospective economic relationships with Lassen Canyon or Eurosemillas?

|  | **Lassen Canyon** | | **Eurosemillas** | |
| --- | --- | --- | --- | --- |
|  | **Yes** | **No** | **Yes** | **No** |
| CBC |  |  |  |  |
| Douglas Shaw |  |  |  |  |
| Kirk Larson |  |  |  |  |

7A.  Did UC prove by a preponderance of the evidence that CBC, Shaw, and/or Larson directly infringed or induced Eurosemillas, or its affiliate International Semillas, Javier Cano, or David Garcia Sinova to infringe UC's plant patents, through importation and/or use in the U.S. of seeds?  Please enter "yes" or "no" for each party for each of the patents listed below.

| Patent | Infringed through Importation and/or Use in U.S. | | |
| --- | --- | --- | --- |
| | CBC | Shaw | Larson |
| "Albion" - U.S. Plant Patent No. 16,228 | | | |
| "Palomar" - U.S. Plant Patent No. 19,472 | | | |
| "Monterey" - U.S. Plant Patent No. 19,767 | | | |
| "Portola" - U.S. Plant Patent No. 20,552 | | | |
| "San Andreas" - U.S. Plant Patent No. 20,975 | | | |
| "Benicia" - U.S. Plant Patent No. 22,542 | | | |
| "Mojave" - U.S. Plant Patent No. 22,589 | | | |
| "Merced" - U.S. Plant Patent No. 25,436 | | | |
| "Petaluma" - U.S. Plant Patent No. 26,683 | | | |
| "Grenada" - U.S. Plant Patent No. 26,708 | | | |
| "Fronteras" - U.S. Plant Patent No. 26,709 | | | |

*If you answered "Yes" to any part of Question 7A above, proceed to Question 7B regarding willfulness.  If you answered "No" to all parts of Question 7A above, skip to Question 8.*

7B.	Did UC prove by a preponderance of the evidence that CBC, Shaw, and/or Larson infringed any UC patents willfully, by importing or using in the U.S. seeds of UC-patented plants?  Please enter an x indicating "yes" or "no" for each party.

|  | Yes | No |
|---|---|---|
| CBC |  |  |
| Douglas Shaw |  |  |
| Kirk Larson |  |  |

8.	Did UC prove by a preponderance of the evidence that CBC, Shaw, and/or Larson infringed any UC patents willfully, by using UC-patented plants for benchmarking?  Please enter an x indicating "yes" or "no" for each party.

|  | Yes | No |
|---|---|---|
| CBC |  |  |
| Douglas Shaw |  |  |
| Kirk Larson |  |  |

9.	Did CBC prove by a preponderance of the evidence that UC breached the implied covenant of good faith and fair dealing with respect to UC's determination that the Core Strawberry Germplasm are patentable and UC's request for assignment?

\_\_\_\_ Yes   \_\_\_\_No

Dated:

_____
FOREPERSON