UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
MAY 24 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE: VINCE CHHABRIA          Case No. 16-cv-2477-VC

CASE NAME: The Regents of the University of California v. California Berry Cultivars

NOTE FROM THE JURY

Note No. 1

Date 5/24/17

Time 12:22pm

1. The Jury has reached a unanimous verdict (✓)

   or

2. The Jury has the following question:

_____

_____

_____

_____
Foreperson of the Jury
Alexandra Hallowell