UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>       Plaintiff,<br><br>   v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC, et al.,<br><br>       Defendants. | Case No. 16-cv-02477-VC<br><br>**ORDER RE CBC OBJECTION**<br><br>Re: Dkt. No. 362 |
| CALIFORNIA BERRY CULTIVARS, LLC,<br><br>       Cross-Complainant,<br><br>   v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>       Cross-Defendant. | |

     As is true of much else in this case, both sides are at fault for the current dispute about page limits, not having stipulated to page limits in advance. CBC's request to file its next brief on June 22 is granted. That brief will be limited to 35 pages. The due date for UC's final brief remains the same, and it is limited to 20 pages.

     **IT IS SO ORDERED.**

Dated: June 19, 2017

_____
VINCE CHHABRIA
United States District Judge