RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
WESLEY E. OVERSON (CA SBN 154737)
WOverson@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
JACOB P. EWERDT (CA SBN 313732)
JEwerdt@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

DAVID D. SCANNELL (*pro hac vice*)
DScannell@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: 202.887.1500
Facsimile: 202.887.0763

Attorneys for Plaintiff and Cross-Defendant
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA BERRY CULTIVARS, LLC, DOUGLAS SHAW, and KIRK LARSON,<br><br>Defendant.<br><br>CALIFORNIA BERRY CULTIVARS, LLC,<br><br>Cross-Complainant,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation,<br><br>Crossclaim Defendants. | Case No. 3:16-cv-02477-VC<br><br>**THE UNIVERSITY OF CALIFORNIA'S NOTICE OF FILING OF UNREDACTED DOCUMENTS PREVIOUSLY FILED UNDER SEAL IN DOCKET NO. 160** |


Pursuant to the Court's order of August 10, 2017 (ECF No. 376), UC submits the following unredacted versions of documents that were previously filed under seal as part of ECF No. 160.

| DOCUMENT | DOCKET CROSS REFERENCE |
|---|---|
| Exhibit 1 | 160-3 |
| Exhibit 6 | 160-4 |
| Exhibit 9 | 160-5 |
| Exhibit 13 | 160-6 |
| Exhibit 14 | 160-7 |
| Exhibit 15 | 160-8 |
| Exhibit 16 | 160-9 |
| Exhibit 20 | 160-10 |
| Exhibit 21 | 160-11 |
| Exhibit 22 | 160-12 |
| Exhibit 23 | 160-13 |
| Exhibit 31 | 160-14 |
| Exhibit 34 | 160-15 |
| Exhibit 35 | 160-16 |
| Exhibit 36 | 160-17 |
| Exhibit 38 | 160-18 |
| Exhibit 39 | 160-19 |
| Exhibit 40 | 160-20 |
| Exhibit 41 | 160-21 |
| Exhibit 42 | 160-22 |
| Exhibit 43 | 160-23 |
| Exhibit 44 | 160-24 |

| | |
|---|---|
| Exhibit 45 | 160-25 |
| Exhibit 46 | 160-26 |
| Exhibit 47 | 160-27 |
| Exhibit 48 | 160-28 |
| Exhibit 49 | 160-29 |
| Exhibit 50 | 160-30 |
| Exhibit 51 | 160-31 |
| Exhibit 53 | 160-32 |
| Exhibit 54 | 160-33 |
| Exhibit 57 | 160-34 |
| Exhibit 58 | 160-35 |
| Exhibit 59 | 160-36 |
| Exhibit 60 | 160-37 |
| Exhibit 61 | 160-38 |
| Exhibit 67 | 160-39 |
| Exhibit 70 | 160-40 |
| Exhibit 71 | 160-41 |
| Exhibit 72 | 160-42 |
| Exhibit 82 | 160-43 |
| Exhibit 88 | 160-44 |
| Exhibit 89 | 160-45 |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  August 22, 2017 | MORRISON & FOERSTER, LLP |
| 3 | | |
| 4 | David D. Scannell (*pro hac vice*) | By: */s/ Matthew Chivvis*<br>Matthew A. Chivvis |
| 5 | DScannell@mofo.com<br>MORRISON & FOERSTER LLP | Rachel Krevans (CA SBN 116421) |
| 6 | 2000 Pennsylvania Ave., NW<br>Washington, DC 20006 | RKrevans@mofo.com<br>Wesley E. Overson (CA SBN 154737) |
| 7 | Telephone: 202.887.1500<br>Facsimile: 202.887.0763 | WOverson@mofo.com<br>Matthew A. Chivvis (CA SBN 251325) |
| 8 | | MChivvis@mofo.com<br>Jacob P. Ewerdt (CA SBN 313732) |
| 9 | | JEwerdt@mofo.com<br>425 Market Street San Francisco, California |
| 10 | | 94105-2482 |
| 11 | | Telephone:   415.268.7000<br>Facsimile:   415.268.7522 |
| 12 | | *Attorneys for Plaintiff and Cross-Defendant* |
| 13 | | THE REGENTS OF THE UNIVERSITY OF |
| 14 | | CALIFORNIA |