# Exhibit 2

OUTSIDE COUNSEL'S EYES ONLY

```
                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION

CALIFORNIA BERRY CULTIVARS, LLC,    )
                                    )
            Plaintiff,              )
                                    )  Case No.
       vs.                          )  3:16-cv-02477-VC
                                    )
THE REGENTS OF THE UNIVERSITY OF    )
CALIFORNIA, a corporation,          )
                                    )
            Defendant.              )
_____)
                                    )
THE REGENTS OF THE UNIVERSITY OF    )
CALIFORNIA, a corporation,          )
                                    )
            Cross-Complainant,      )
                                    )
       vs.                          )
                                    )
CALIFORNIA BERRY CULTIVARS, LLC,    )
DOUGLAS SHAW, and KIRK LARSON,      )
                                    )
            Cross-Defendants.       )
_____)
```

          VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
                       JOSE PELLICER
                 San Francisco, California
                  Tuesday, March 7, 2017
                        Volume I
          *** OUTSIDE COUNSEL'S EYES ONLY ***

Reported by:
CARLA SOARES
CSR No. 5908
Job No. 2555533
Pages 1 - 110

Page 1

OUTSIDE COUNSEL'S EYES ONLY

```
 1              JOSE PELLICER ESPANA,                    07:25:45
 2   having been administered an oath, was examined and
 3   testified as follows:
 4         THE VIDEO OPERATOR:  Please begin.
 5         THE INTERPRETER:  This is the interpreter     07:26:44
 6   speaking.
 7         In accordance with Assembly Bill 2370,
 8   effective as of January 1st, 2015, I am obliged to
 9   make the following statement on the record:
10         My name is Francisco Hulse.  I'm a            07:26:57
11   Certified Court Interpreter of Spanish and English
12   certified by the Judicial Council of California.  My
13   certification number is 301362.  I've been in the
14   language services industry for 21 years.
15                     EXAMINATION                       07:27:11
16   BY MR. EWERDT:
17         Q   Hello, Mr. Pellicer.
18         A   Good morning.
19         Q   Do you understand that the University of
20   California served a subpoena on International        07:27:47
21   Semillas, LLC?
22         A   Can you repeat the question?
23         Q   Do you understand that the University of
24   California served a subpoena on International
25   Semillas, LLC?                                       07:28:12
```

Page 10

OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | Q    Did International Semillas pay for the | 08:17:25 |
| 2 | strawberry crosses that were carried out in 2014? | |
| 3 | MR. LIPPETZ: Objection. Form. | |
| 4 | MR. LAMBAS (Interpreted): Sorry. The | |
| 5 | first part of the question we haven't understood. | 08:18:02 |
| 6 | MR. EWERDT: What didn't you understand? | |
| 7 | MR. LAMBAS (Interpreted): All we heard of | |
| 8 | the question here was the part about 2014, but we | |
| 9 | didn't hear the prior part of the question before | |
| 10 | that. | 08:18:33 |
| 11 | BY MR. EWERDT: | |
| 12 | Q    Did International Semillas pay for the | |
| 13 | strawberry crosses that were carried out in 2014? | |
| 14 | A    As far as I know, what Javier Cano has | |
| 15 | mentioned to me is that there wasn't anything paid | 08:19:53 |
| 16 | for those crosses. Rather, they were done by a | |
| 17 | group of people who worked with him or friends of | |
| 18 | his. | |
| 19 | They were -- well, the impression that I | |
| 20 | get of these crosses is that they were not a large | 08:20:14 |
| 21 | volume. They weren't very big or extensive. It | |
| 22 | wasn't expensive to do so. But I am not sure of | |
| 23 | that. | |
| 24 | Q    Does Javier Cano work as an employee of | |
| 25 | International Semillas? | 08:20:53 |

Page 26

```
 1        A    No.                                              08:20:59
 2        Q    Does David Garcia Sinova work as an
 3   employee of International Semillas?
 4        A    Can you repeat the name?
 5        Q    David Garcia Sinova.                              08:21:23
 6        A    No.
 7        Q    Do you know David Garcia Sinova?
 8        A    Practically speaking, very, very slightly.
 9   Almost not at all.
10        Q    Who does David Garcia Sinova work for?            08:21:56
11        A    I don't know.
12        Q    Who is the group of people who worked with
13   Javier Cano to perform the strawberry crosses in
14   2014?
15        A    In general, not in 2014, but rather in            08:23:12
16   general, it seems to me that I understood that they
17   were friends of his, producers, or they were from
18   some nursery.  People who didn't so much work with
19   him but rather who would collaborate with him on
20   specific projects.                                          08:23:41
21        Q    What are the names of the people who
22   worked with Javier Cano to perform the strawberry
23   crosses in 2014?
24        A    Again in 2014?
25        Q    Yes.                                              08:24:18
```

Page 27

```
 1  Semillas provide Javier Cano?                            10:17:37
 2       A    I've just told you in the previous answer.
 3       Q    Describe the legal support International
 4  Semillas provided to Javier Cano.
 5       A    I've already told you that in the previous     10:18:12
 6  answer.
 7            What else do you want to know?
 8       Q    You told me International Semillas
 9  provided legal support to Javier Cano.  Exactly what
10  type of legal support did International Semillas         10:18:21
11  provide to Javier Cano?
12       A    Acting as the manager of a strawberry
13  program.
14       Q    There is no legal contract between Javier
15  Cano and International Semillas, is there?               10:19:22
16       A    No.  I have said orally before.  Orally.
17       Q    What monetary support has International
18  Semillas provided Javier Cano?
19       A    None.
20       Q    What activity support has International        10:20:11
21  Semillas provided Javier Cano?
22       A    None.
23       Q    International Semillas performed CBC
24  business on CBC's behalf in Spain, correct?
25            MR. LIPPETZ:  Objection.  Form.                10:21:04
```

Page 53

OUTSIDE COUNSEL'S EYES ONLY

```
 1   the record.  The time, 11:12.                       11:12:31
 2              (Recess, 11:12 a.m. - 11:41 a.m.)
 3              THE VIDEO OPERATOR:  This will mark the
 4   beginning of Disk 3 to the deposition of Jose
 5   Pellicer.  We are going back on the record.  The    11:42:10
 6   time is 11:41.
 7   BY MR. EWERDT:
 8        Q   Mr. Pellicer, does Patrick Nielson
 9   represent International Semillas?
10        A   I beg your pardon.  What was the question  11:42:51
11   again?
12        Q   Does Patrick Nielson represent
13   International Semillas?
14        A   Patrick Nielson, no.
15        Q   Has International Semillas received any    11:43:13
16   legal advice from Patrick Nielson?
17              MR. LAMBAS (Interpreted):  Objection.
18   That violates attorney-client privilege.
19   BY MR. EWERDT:
20        Q   Mr. Pellicer, I'm not asking for any       11:43:39
21   content of the communications you've had with any of
22   your attorneys.
23              I'm asking whether or not International
24   Semillas has received any legal advice from Patrick
25   Nielson.  Yes or no?                                11:44:00
```

Page 71

| | | |
|---|---|---|
| 1 |     A   Advice?  I practically don't know Patrick | 11:44:30 |
| 2 | Nielson.  I don't have any communication with him. | |
| 3 | I know who he is, but -- I know who he is, but... | |
| 4 |     Q   Has International Semillas received any | |
| 5 | legal advice from anyone at the Jones Day law firm, | 11:44:51 |
| 6 | yes or no? | |
| 7 |     A   I think that there has been some | |
| 8 | communication, some conversation, but -- yes, | |
| 9 | something, but very little. | |
| 10 |     Q   What legal advice has International | 11:45:53 |
| 11 | Semillas received from the Jones Day law firm? | |
| 12 |     MR. LIPPETZ:  Objection. | |
| 13 |     MR. MARTINKUS:  Objection on behalf of | |
| 14 | International Semillas.  It invades the | |
| 15 | attorney-client privilege. | 11:46:04 |
| 16 |     MR. LIPPETZ:  Jim, are you -- | |
| 17 |     MR. LAMBAS (Interpreted):  I object.  It | |
| 18 | violates attorney-client privilege. | |
| 19 |     MR. LIPPETZ:  Mr. Martinkus or | |
| 20 | Mr. Sanchez, are you going to instruct the witness | 11:46:37 |
| 21 | not to answer the question? | |
| 22 |     MR. MARTINKUS:  If he persists in asking | |
| 23 | the question, I will instruct the witness. | |
| 24 |     MR. LAMBAS (Interpreted):  I will limit | |
| 25 | myself to warning that that question may invade the | 11:47:23 |

OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | Q    For what purpose was International | 11:58:12 |
| 2 | Semillas created? | |
| 3 | A    International Semillas was created for the | |
| 4 | purpose of having a legal instrument to get | |
| 5 | investment, to support activities, to support | 11:59:32 |
| 6 | interesting projects, some of them -- well, in | |
| 7 | principle, in the United States, in Illinois, close | |
| 8 | to another company that was there as well, right? | |
| 9 | And I was there. | |
| 10 | (Question not answered): | 12:00:00 |
| 11 | Q    What assets does International Semillas | |
| 12 | have? | |
| 13 | MR. MARTINKUS:  Objection as to relevancy, | |
| 14 | and it violates the right to privacy.  That's | |
| 15 | irrelevant. | 12:00:21 |
| 16 | BY MR. EWERDT: | |
| 17 | Q    Please answer my question. | |
| 18 | MR. MARTINKUS:  I instruct the witness not | |
| 19 | to answer the question. | |
| 20 | MR. EWERDT:  On what basis? | 12:00:41 |
| 21 | MR. MARTINKUS:  The basis I already | |
| 22 | recited in the record.  It's not relevant to any | |
| 23 | issue before the court, and it's private information | |
| 24 | that you're not entitled to. | |
| 25 | /// | 12:00:54 |

Page 77

OUTSIDE COUNSEL'S EYES ONLY

| | | |
|---|---|---|
| 1 | BY MR. EWERDT: | 12:00:54 |
| 2 | Q   Mr. Pellicer, are you going to follow the | |
| 3 | instruction of your attorney, or are you going to | |
| 4 | answer my question? | |
| 5 | A   I'm going to follow my attorney's | 12:01:26 |
| 6 | instructions. | |
| 7 | (Question not answered): | |
| 8 | Q   Does International Semillas have any | |
| 9 | operations? | |
| 10 | A   That's the same question as before. | 12:01:54 |
| 11 | Q   Before, I asked you about assets.  Now I'm | |
| 12 | asking if International Semillas has any operations. | |
| 13 | A   My answer is that the type of question | |
| 14 | fall into that same field as the one before.  And | |
| 15 | therefore, I will not answer. | 12:02:40 |
| 16 | Q   Your attorney has not instructed you to | |
| 17 | not answer my question. | |
| 18 | Are you refusing to answer my question | |
| 19 | without an instruction from your attorney? | |
| 20 | A   Yes. | 12:03:23 |
| 21 | (Question not answered): | |
| 22 | Q   Does International Semillas have any | |
| 23 | businesses? | |
| 24 | MR. MARTINKUS:  I am going to object at | |
| 25 | this point. | 12:03:42 |

Page 78

OUTSIDE COUNSEL'S EYES ONLY

|   |   |   |
|---|---|---|
| 1 | It seems this is a continuous line of | 12:03:42 |
| 2 | questioning that's not relevant to any issues before | |
| 3 | the court in this case, and we're over now.  The | |
| 4 | extended nature of these questions does suggest that | |
| 5 | you're trying to get private information that you're | 12:03:53 |
| 6 | not entitled to.  So I will instruct the witness not | |
| 7 | to answer. | |
| 8 | MR. LAMBAS (Interpreted):  With the | |
| 9 | objective of fortifying the previous objection, we | |
| 10 | also object to the extent that Mr. Pellicer is a | 12:05:34 |
| 11 | member of the board of International Semillas, and | |
| 12 | he has the responsibility to keep confidential its | |
| 13 | businesses, its know-how, and its investments. | |
| 14 | And as long as there is no concrete | |
| 15 | evidence that this has something to do with the | 12:06:05 |
| 16 | matter being litigated right now, he cannot | |
| 17 | indiscriminately answer any question about the | |
| 18 | company's businesses. | |
| 19 | BY MR. EWERDT: | |
| 20 | Q   Does International Semillas have any | 12:06:26 |
| 21 | investments relating to strawberry breeding? | |
| 22 | A   Is this question referring to the | |
| 23 | relationship with CBC? | |
| 24 | (Question not answered): | |
| 25 | Q   My question is, generally, does | 12:07:20 |

Page 79

```
 1   International Semillas have any investments relating        12:07:22
 2   to strawberry breeding?
 3           MR. MARTINKUS:  I'm going to object as
 4   well.  If the question was tailored to investments
 5   relating to CBC, it may fall within the relevancy           12:07:42
 6   concept.
 7           MR. EWERDT:  Mr. Martinkus, are you
 8   instructing the witness not to answer?
 9           MR. MARTINKUS:  Yes.  Yes, as long as you
10   do not modify the question to have some relationship        12:08:15
11   to the issues in this case.
12           MR. LAMBAS (Interpreted):  And for my
13   part, I would also like to ask my distinguished
14   colleague from the University of California at Davis
15   that the matters in this process be made concrete so        12:09:03
16   they can be pertinent to it.
17              (Question not answered):
18   BY MR. EWERDT:
19      Q   Mr. Pellicer, does International Semillas
20   have any investments other than in CBC?                     12:09:18
21      A   That is a confidential matter.
22      Q   Are you refusing to answer my question
23   without an instruction from your attorney?
24           MR. MARTINKUS:  We instruct him not to
25   answer.                                                     12:09:52
```

OUTSIDE COUNSEL'S EYES ONLY

```
 1            MR. LAMBAS (Interpreted):  I would like to      12:10:20
 2   make it clear on the record that he has answered
 3   without instruction of any attorney on this, and has
 4   expressed that he sees himself bound by his
 5   obligations, and therefore the privilege of keeping     12:10:40
 6   the confidence of trade secrets.
 7   BY MR. EWERDT:
 8        Q    Mr. Pellicer, does International Semillas
 9   own any property of any kind?
10        A    No.                                           12:11:23
11        Q    Does any other person or company besides
12   yourself have an ownership interest in International
13   Semillas?
14        A    We are two people and one company.
15        Q    Besides yourself, who is the other person    12:12:07
16   and other company with an ownership interest in
17   International Semillas?
18        A    The other company is an American company,
19   GLI [sic], and the other person is a natural person,
20   a Spaniard.                                            12:12:57
21        Q    The other person is Juan Cano, isn't he?
22        A    Juan Luis.  Juan Luis.
23        Q    The other person is Juan Luis Cano Pecci,
24   isn't he?
25        A    Yes.                                         12:13:35
```

Page 81

OUTSIDE COUNSEL'S EYES ONLY

```
 1       Q    Has anyone requested documents from                12:16:36
 2   International Semillas in relation to the CBC
 3   lawsuit against the University of California?
 4            MR. LAMBAS (Interpreted):  Sorry.  Please
 5   clarify.  Who has asked for what?  Who has asked for        12:17:09
 6   what?
 7   BY MR. EWERDT:
 8       Q    Has anyone at CBC requested documents from
 9   International Semillas in relation to the CBC
10   lawsuit against the University of California?               12:17:23
11       A    You see, the thing is, I don't understand
12   your question.  I don't understand exactly what your
13   question is asking.
14            Somebody has asked for information?
15   Somebody from CBC has asked for information from            12:18:12
16   International Semillas?  Is that what you're asking?
17       Q    I'm asking you whether on anyone at CBC
18   has requested documents from International Semillas
19   in relation to the CBC lawsuit against the
20   University of California.                                   12:18:33
21       A    I don't know.  I have no proof thereof.
22       Q    Has anyone at CBC requested information
23   from International Semillas relating to strawberry
24   breeding performed by International Semillas?
25            MR. LAMBAS (Interpreted):  I object.  The          12:19:53
```

Page 83

```
 1   question starts this way:  "Has anyone," and then it        12:19:55
 2   goes on.
 3           But the witness does not know who has
 4   asked for what.
 5   BY MR. EWERDT:                                               12:20:13
 6       Q   The question is not limited to anyone.
 7   The question is, has anyone requested information
 8   from International Semillas relating to strawberry
 9   breeding by International Semillas?
10           MR. LAMBAS (Interpreted):  I will allow              12:21:02
11   myself to advise the witness that he must answer
12   based on what he knows.
13           THE WITNESS:  The answer is that as far as
14   I know, no.  That is to say, I don't know, unless
15   I'm ignorant of the fact.                                    12:21:39
16   BY MR. EWERDT:
17       Q   Please turn to the document behind No. 68
18   in the small binder.  That should be on your table.
19           I'm going to mark as Exhibit No. 68 to the
20   deposition of Mr. Pellicer a document titled "Order          12:22:06
21   Regarding Joint Discovery Letters," that says
22   "Document No. 78" on the top.
23           (Exhibit 68 was marked for identification
24       and is attached hereto.)
25           MR. LIPPETZ:  I want to make a statement             12:22:51
```

Page 84

OUTSIDE COUNSEL'S EYES ONLY

```
 1    on the record while he's looking at that.              12:22:52
 2            MR. CHIVVIS:  No, no.
 3            MR. LIPPETZ:  There's no question pending.
 4            Per the parties' agreement, assuming that
 5    Mr. Pellicer's time is allotted for today, the         12:23:06
 6    University's time allotment is up, and it is my turn
 7    to ask questions of Mr. Pellicer.  I request the
 8    University turn over the questioning to me.
 9    BY MR. EWERDT:
10        Q   Mr. Pellicer --                                12:23:55
11            MR. LIPPETZ:  Are you refusing to
12    turn over the questions to me?
13            MR. EWERDT:  Let me finish my line of
14    questioning.
15            MR. LIPPETZ:  No.  Your time is up.  You       12:24:08
16    haven't asked a question.  It's now my time to ask a
17    question.
18            MR. EWERDT:  I just introduced an exhibit.
19            MR. LIPPETZ:  I don't care.  Your time is
20    up.  No, no.  Are you refusing to turn over the        12:24:16
21    questions to me?
22    BY MR. EWERDT:
23        Q   Mr. Pellicer --
24            MR. LIPPETZ:  Hold on.  Hold on.  I have a
25    right to know the answer to the question.              12:24:22
```

OUTSIDE COUNSEL'S EYES ONLY

```
 1              I'm going to ask a question.              12:24:23
 2         Mr. Pellicer --
 3         MR. CHIVVIS:  Excuse me.  Excuse me.  He
 4   just introduced an exhibit --
 5         MR. LIPPETZ:  I don't care.                    12:24:28
 6         MR. CHIVVIS:  -- and did not ask any
 7   questions about it.  He is not done with his
 8   deposition.
 9         MR. LIPPETZ:  The time is up.
10         MR. CHIVVIS:  You cannot try to interrupt      12:24:34
11   him asking questions about this exhibit by just
12   unilaterally taking over the questioning, Greg.  I
13   will not allow that to happen.
14         MR. LIPPETZ:  Well, it's not necessarily
15   your permission.                                     12:24:43
16         MR. CHIVVIS:  You cannot just insert
17   yourself into the questioning.
18         MR. LIPPETZ:  Then I'm going to make a
19   statement.
20         MR. CHIVVIS:  No.  No.                         12:24:49
21         MR. LIPPETZ:  The University is in
22   violation of a stipulation and in violation of the
23   Federal Rules.  We reserve our right to strike the
24   entirety of the deposition because we were not given
25   the chance to conduct an adequate cross-examination  12:24:59
```

OUTSIDE COUNSEL'S EYES ONLY

```
 1   to answer you.                                          13:04:47
 2           So in principle it seems so, but I don't
 3   know so.  I would have to study this over in detail,
 4   and I would be able to give you a concrete answer.
 5           This way, I don't know -- I don't know         13:05:06
 6   how...
 7   BY MR. LIPPETZ:
 8       Q   Who negotiated this agreement for
 9   International Semillas?
10           MR. EWERDT:  Objection.  Leading.              13:05:26
11           THE WITNESS:  As I have said previously,
12   Javier would inform us, and tacitly, we would
13   authorize him to carry on with the negotiations, and
14   he would come to agreements because they seemed like
15   interesting ones to us.                                13:06:17
16           But he was the one who would talk it over
17   and come to some agreement.  And then later on, we
18   would see them ourselves.
19   BY MR. LIPPETZ:
20       Q   Is Javier Cano the person affiliated with      13:06:44
21   International Semillas that is most familiar with
22   this agreement?
23           MR. EWERDT:  Objection.  Form and leading.
24           THE WITNESS:  Could you repeat a word
25   there at the beginning that I did not understand?      13:07:17
```

Page 98

OUTSIDE COUNSEL'S EYES ONLY

1          I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4          That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were administered an oath; that
8  a record of the proceedings was made by me using
9  machine shorthand which was thereafter transcribed
10 under my direction; that the foregoing transcript is
11 a true record of the testimony given.
12         Further, that if the foregoing pertains to
13 the original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [ ] was [X] was not requested.
16         I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or any party to this action.
19         IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21
22 Dated: 3/9/:
23 *Carla Soares*
24         CARLA SOARES
25         CSR No. 5908

Page 110