# Exhibit 19

**From:** Doug Shaw <dvshaw54@comcast.net>
**Sent:** Tuesday, December 09, 2014 9:43 AM
**To:** Javier Cano
**Subject:** 2015 CBC cross list
**Attachments:** CBC CROSS list for ESA 2015.xls

J:

Attached is a revised and corrected CBC cross list for 2015. I assigned the cultivar Amandine the number 109.10-1 so please modify your germplasm list with this identification. Also, I changed the cross numbers to eliminate the duplication of cross # 91. Note that this changes everything, so all prior copies of the cross list should be discarded.

The file has crosses using the original cultivar names and CBC numbers. **Only the list with CBC numbers should be distributed within ESA.**

I am very sorry about the numbering error. Please thank David for finding it. I am getting too old for this job.

D

EXHIBIT
PENGAD 800-631-6989
128
12-8-16

Highly Confidential - Attorneys' Eyes Only

**************************************

**THIS DOCUMENT WAS PROVIDED IN NATIVE FORMAT UPON REQUEST.**

**************************************

EXHIBIT
PENGAD 800-631-6989
129
12-8-16

Highly Confidential - Attorneys' Eyes Only

CBC00000915

**Northern Elite Diallel 2015**

| | San Andreas | Camarillo | BG-4316 | Sabrina | Benicia | Capri |
|---|---|---|---|---|---|---|
| Monterey | 71 | 72 | 74 | 77 | 81 | 86 |
| San Andreas | | 73 | 75 | 78 | 82 | 87 |
| Camarillo | | | 76 | 79 | 83 | 88 |
| BG-4316 | | | | 80 | 84 | 89 |
| Sabrina | | | | | 85 | 90 |
| Benicia | | | | | | 91 |
| Capri | | | | | | |

**Northern Factorial I 2015**

| | Amandine | Fortuna | Splendor | Primoris | Mojave |
|---|---|---|---|---|---|
| Monterey | 92 | 96 | 100 | 104 | 108 |
| San Andreas | 93 | 97 | 101 | 105 | 109 |
| Benicia | 94 | 98 | 102 | 106 | 110 |
| Palomar | 95 | 99 | 103 | 107 | 111 |

**Northern Factorial II 2015**

| | Merced | Petaluma | Grenada | Fronteras |
|---|---|---|---|---|
| Camarillo | 112 | 118 | 124 | 130 |
| BG-4316 | 113 | 119 | 125 | 131 |
| Sabrina | 114 | 120 | 126 | 132 |
| Capri | 115 | 121 | 127 | 133 |
| Albion | 116 | 122 | 128 | 134 |
| Portola | 117 | 123 | 129 | 135 |

Other crosses

Redundant crosses

none

Crosses to SC

none

NC cross

**Northern Elite Diallel 2015**

| | 101.4-1 | 102.1-1 | 102.2-1 | 103.1-1 | 104.1-1 | 104.7-1 |
|---|---|---|---|---|---|---|
| 101.3-1 | 71 | 72 | 74 | 77 | 81 | 86 |
| 101.4-1 | | 73 | 75 | 78 | 82 | 87 |
| 102.1-1 | | | 76 | 79 | 83 | 88 |
| 102.2-1 | | | | 80 | 84 | 89 |
| 103.1-1 | | | | | 85 | 90 |
| 104.1-1 | | | | | | 91 |
| 104.7-1 | | | | | | |

**Northern Factorial I 2015**

| | 109.10-1 | 101.1-1 | 101.2-1 | 103.2-1 | 104.3-1 |
|---|---|---|---|---|---|
| 101.3-1 | 92 | 96 | 100 | 104 | 108 |
| 101.4-1 | 93 | 97 | 101 | 105 | 109 |
| 104.1-1 | 94 | 98 | 102 | 106 | 110 |
| 100.1-2 | 95 | 99 | 103 | 107 | 111 |

**Northern Factorial II 2015**

| | 107.8-1 | 108.3-1 | 108.6-1 | 108.10-2 |
|---|---|---|---|---|
| 102.1-1 | 112 | 118 | 124 | 130 |
| 102.2-1 | 113 | 119 | 125 | 131 |
| 103.1-1 | 114 | 120 | 126 | 132 |
| 104.7-1 | 115 | 121 | 127 | 133 |
| 97.1-1 | 116 | 122 | 128 | 134 |
| 101.5-1 | 117 | 123 | 129 | 135 |

DN X DN
SD X SD
DN X SD

Southern Elite Diallel 2015

| | Primoris | Sahara | Merced | Petaluma | Grenada | Fronteras |
|---|---|---|---|---|---|---|
| Fortuna | 1 | 2 | 4 | 7 | 11 | 16 |
| Primoris | | 3 | 5 | 8 | 12 | 17 |
| Sahara | | | 6 | 9 | 13 | 18 |
| Merced | | | | 10 | 14 | 19 |
| Petaluma | | | | | 15 | 20 |
| Grenada | | | | | | 21 |
| Fronteras | | | | | | |

Southern Factorial I 2015

| | Festival | Amiga | Monterey | San Andreas | Nabila | Kamila |
|---|---|---|---|---|---|---|
| Merced | 22 | 26 | 30 | 34 | 38 | 42 |
| Petaluma | 23 | 27 | 31 | 35 | 39 | 43 |
| Grenada | 24 | 28 | 32 | 36 | 40 | 44 |
| Fronteras | 25 | 29 | 33 | 37 | 41 | 45 |

Southern Factorial II 2015

| | Palomar | Antilla | Benicia | Mojave | Viva Patricia |
|---|---|---|---|---|---|
| Fortuna | 46 | 50 | 54 | 58 | 62 |
| Sabrina | 47 | 51 | 55 | 59 | 63 |
| Primoris | 48 | 52 | 56 | 60 | 64 |
| Sahara | 49 | 53 | 57 | 61 | 65 |

**Other crosses**

Southern Elite Diallel 2015

| | 103.2-1 | 105.5-1 | 107.8-1 | 108.3-1 | 108.6-1 | 108.10-2 |
|---|---|---|---|---|---|---|
| 101.1-1 | 1 | 2 | 4 | 7 | 11 | 16 |
| 103.2-1 | | 3 | 5 | 8 | 12 | 17 |
| 105.5-1 | | | 6 | 9 | 13 | 18 |
| 107.8-1 | | | | 10 | 14 | 19 |
| 108.3-1 | | | | | 15 | 20 |
| 108.6-1 | | | | | | 21 |
| 108.10-2 | | | | | | |

Southern Factorial I 2015

| | 95.1-1 | 98.1-1 | 101.3-1 | 101.4-1 | 103.4-1 | 104.6-1 |
|---|---|---|---|---|---|---|
| 107.8-1 | 22 | 26 | 30 | 34 | 38 | 42 |
| 108.3-1 | 23 | 27 | 31 | 35 | 39 | 43 |
| 108.6-1 | 24 | 28 | 32 | 36 | 40 | 44 |
| 108.10-2 | 25 | 29 | 33 | 37 | 41 | 45 |

Southern Factorial II 2015

| | 100.1-2 | 103.3-1 | 104.1-1 | 104.3-1 | 104.5-1 |
|---|---|---|---|---|---|
| 101.1-1 | 46 | 50 | 54 | 58 | 62 |
| 103.1-1 | 47 | 51 | 55 | 59 | 63 |
| 103.2-1 | 48 | 52 | 56 | 60 | 64 |
| 105.5-1 | 49 | 53 | 57 | 61 | 65 |

SC cross