1    [Counsel on Signature Page]

2

3

4

5

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14   THE REGENTS OF THE UNIVERSITY OF          Case No. 3:16-cv-02477-VC
     CALIFORNIA, a corporation,

15                        Plaintiff,           **RULE 41(a)(1)(A)(ii) STIPULATED
                                               DISMISSAL WITH PREJUDICE IN
16          v.                                 LIGHT OF SETTLEMENT**

     CALIFORNIA BERRY CULTIVARS, LLC,
17   DOUGLAS SHAW, AND KIRK LARSON

18                        Defendants.

19   CALIFORNIA BERRY CULTIVARS, LLC

20                        Cross-Complainant,

21          v.

     THE REGENTS OF THE UNIVERSITY OF
22   CALIFORNIA, a corporation,

23                        Crossclaim Defendant.

24

25

26

27

28

As set forth in the parties' settlement (attached hereto as Exhibit A), Plaintiff The Regents of the University of California and Defendants California Berry Cultivars, LLC, Douglas Shaw, and Kirk Larson, through their undersigned counsel of record, hereby stipulate to the dismissal with prejudice of the above-captioned action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs, expenses, and attorneys' fees.

Also as set forth in the parties' settlement, Plaintiff and Defendants request that the Court maintain jurisdiction to enforce the terms of the settlement, including for any enforcement requests made pursuant to California Code of Civil Procedure § 664.6.

| | |
|---|---|
| Dated: September 15, 2017 | MORRISON & FOERSTER, LLP |
| | By: /s/ Matthew A. Chivvis |
| | Matthew A. Chivvis |

David D. Scannell (*pro hac vice*)
DScannell@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: 202.887.1500
Facsimile: 202.887.0763

Rachel Krevans (CA SBN 116421)
RKrevans@mofo.com
Wesley E. Overson (CA SBN 154737)
WOverson@mofo.com
Matthew A. Chivvis (CA SBN 251325)
MChivvis@mofo.com
Jacob P. Ewerdt (CA SBN 313732)
JEwerdt@mofo.com
425 Market Street San Francisco, California
94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Attorneys for Plaintiff and Cross-Defendant
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA

Dated: September 15, 2017

JONES DAY

By: /s/ Tharan Gregory Lanier
Tharan Gregory Lanier

Tharan Gregory Lanier (SBN 138784)
tglanier@jonesday.com
Greg L. Lippetz (SBN 154228)
glippetz@jonesday.com
Nathaniel P. Garrett (SBN 248211)
ngarrett@jonesday.com
Paul C. Hines (SBN 294428)
phines@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  +1.415.626.3939
Facsimile:      +1.415.875.5700

Rick L. McKnight (SBN 55183)
fmcknight@jonesday.com
Alexis Adian Smith (SBN 274429)
asmith@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone:  +1.213.489.3939
Facsimile:      +1.213.243.2539

Attorneys for Defendant and Cross Defendant
CALIFORNIA BERRY CULTIVARS, LLC;
Defendants DOUGLAS SHAW and KIRK
LARSON

Dated: 9/22/17

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT — NORTHERN DISTRICT OF CALIFORNIA

**ECF ATTESTATION**

I, Matthew A. Chivvis, am the ECF User whose ID and password are being used to file the following document: RULE 41(a)(1)(A)(ii) STIPULATED DISMISSAL WITH PREJUDICE IN LIGHT OF SETTLEMENT. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Tharan Gregory Lanier concurs in this filing.

Dated: September 15, 2017          MORRISON & FOERSTER, LLP

                               By: */s/ Matthew A. Chivvis*
                                       Matthew A. Chivvis